

Notice by:
Kevin Brian Gunnell El
C/o 2928 Sunbury Court North
Columbus, Ohio state, near [43219]
Zip exempt/ Nonresident/ Non-Domestic/ Republic;
Without the U.S. by order of *lex domicilii*
(Al Moroc/ Amexem/ Washitaw Territory & Empire)

FILED
RICHARD W. NAGEL
CLERK OF COURT

2017 MAY -1 PM 1:57

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

2:17mc 23

John Kasich, Governor of Ohio or the holder of the seat,
Riffe Center, 30th Floor 77 South High Street,
Columbus, OH 43215-3555; *Via* Certified Mail
No.: **7016 0340 0000 2998 8278**, with return receipt

# Judicial Notice and Proclamation of Nationality

I. (I) S. (SELF) L. (LAW) A. (AM) M. (MASTER)    Moorish Americans - Northwest Amexem

To All Elected United States Republic Officials and Public Servants of Federal, State, City, and Municipal Governments, Personnel and Corporate Entities: Concerning the Constitution and all Statutory and Civil Law Codes of the Land, etc., Know All Men by These Presents:

Upon my inherited Nobility, and upon my Private Aboriginal / Indigenous, Proper Person Status and Commercial Liability, I, **Kevin Brian Gunnell El**, have chosen this new name as my connection to my Aboriginal Indigenous Muurish/Moorish Ancestors; being duly Affirmed under Consanguine Unity; pledge my National, Political, and Spiritual Allegiance to my Moabite / Moorish Nation - being the archaic Aboriginals / Indigenes of Amexem (the Americas); standing squarely affirmed upon my Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice; do squarely Affirm to tell the truth, the whole truth, and nothing but the truth; and having knowledge and firmly - established belief upon the historical, lawful, and adjudicated Facts contained herein. Being competent (In My Own Proper Person) to Attest to this Affidavit upon which I place my Signature; Whereas, I State, Proclaim, and Declare the following to be true, correct, certain, complete, not misleading, supreme, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose, to wit:

That I, **Kevin Brian Gunnell El**, Am a Noble of the Al Moroccan Empire (North America) In Propria Persona (my own proper self); being Moorish American - a Descendant of the Ancient Moabites / Moors, by Birthright, Freehold, Primogeniture and Inheritance; being Aboriginal and Indigenous to the Land /s (Amexem / Americas) Territorium of my Ancient Moabite / Moorish Fore-Mothers and Fore-Fathers - to wit:

The Al Moroccan (American) Continents - are the Lands of the Moors; being North America, South America; Central America; including the adjoining Islands (Americana / Ameru / Al Moroc). I have, acknowledge, claim and possess, by said Inheritance and Primogeniture, the Freehold Status thereto; all Unalienable and Substantive Rights, to Be, to Enjoy, and to Act, distinct in my Aboriginal Customs and Culture; and determining my own political, social, and economic status of the State. Turning my heart and mind back to my Ancient Mothers and

Fathers - Moors / Muurs, by Divine and Natural Right. Being Moorish American, we have and possess the internationally recognized Rights to determine our own 'Status of the State' absent of threat, coercion, or acquiescence to a Color-of-Law, a Color-of-Office, nor to be subjected to an imposed Color-of-Authority. Further note, I hereby return the colonial slave status of the chattel branded, 14th Amendment U.S. Citizen, Person Corporation as found in 26 USC 7701 *et seq*, known as **KEVIN BRIAN GUNNELL, KEVIN B. GUNNELL, KEVIN GUNNELL** and all derivatives thereof, as it was prepared by former colonial masters for **their** earthly salvation. I, as Kevin Brian Gunnell El, hereby declare that all physical and spiritual equity, property, commercial rights to property and all other assets and entitlements or cargo of the commercial vessel known as **KEVIN BRIAN GUNNELL, KEVIN B. GUNNELL, KEVIN GUNNELL** are now my property; as **I Am** the only **authorized agent** of the commercial vessel with **full control**, and hold a superior interest with **rights of claim** under the Treaty of Peace and Friendship Between the United States and Morocco of -Seventeen Eighty-Seven (1787) - superseded by the Treaty of Eighteen Thirty-Six (1836). Please see UCC 7-103 and 9-311 for the Supremacy of Treaties in Commerce.

**Moors / Moorish Americans / Muurs** Have, Proclaim and Possess the Unalienable, Substantive Rights and Birthright - Inheritance to our Al Moroccan Names and Nationality by Nature's Laws, Divine Law, Primogeniture, and by the recognized Laws of the Nations of the Earth (International). Being the true, Ancient, Aboriginal / Indigenes of the Land (America) North, being the heart-land of the Moroccan Empire. Moors / Muurs are the 'De jure' Freeholders by Birthright, Inheritance and Primogeniture Status; and have, Claim and Possess the Secured Rights to Travel upon the Public Roadways, Byways and Highways of our Continental United States (the Organic Land) absent of foreign 'colored' or imposed excise taxation constructs invented, by the racketeering States' Legislators, to abridge and steal Rights belonging to the Natural Peoples. These Substantive Rights are supported by, and asserted by, Royal Law; Moorish Law; Moslem / Muslim Law; The Law of the Great Peace (Algonquian/Iroquois Confederated Republic as originated by Indigenous Muurs/Moors); The Laws of Nature; Divine Law; Nature's God; The Laws of Nations; The Free Moorish Great Seal Zodiac Constitution; and Affirmed by Articles IV and VI of the Constitution Covenant of 1774 - 1781 A.D. = 1201 M. C., as lawfully adopted for The United States Republic, establishing its Republican Form of Government. Said Constitution established the Peoples' 'Supreme Law of the Land' to secure the Rights of the People, and to keep Government bound and in check by Official Oath, and by Official Bond. Down from the Ancient Ones, our Primogenitors, comes the Supreme Law of the Land!

**Egypt**, the Capital Empire of the Dominion of Africa. The Inhabitants of Africa are the Descendants of the Ancient Canaanites from the Land of Canaan. The Moabites from the Land of Moab who received permission from the Pharaohs of Egypt to settle and inhabit North-West Africa; they were the founders and are the true possessors of the present **Moroccan Empire**. With their Canaanite, Hittite and Amorite brethren who sojourned from the Land of Canaan seeking new homes. Their Dominion and Inhabitation extended from North-East and South-West Africa, across the great Atlantis even unto the present **North, South** and **Central America** and also **Mexico** and the **Atlantis Islands**; before the great earthquake, which caused the great Atlantic Ocean.

**The 'Great Seal Pyramid'** is the 'National Emblem and Insignia' of The Moorish Nation / Empire of North America (geographical location). The Great Pyramid is also the archaic symbol for Civilization on the planet Earth. The honorable Moors' acknowledgement of our 'Great Seal' indicates those Heirs who own up to, who support, and who proclaim, our 'Free National Government'. Moors who are 'Active' and NOT 'Passive' in the Social, Civilization, Culture and Custom matters, involving Law, Order and Governmental Principles, are hereby entreated to support this Affirmation. Moors / Muurs who strive toward this end, with honor, are entrusted by Noble Drew Ali, to help in the great humanitarian work of uplifting ourselves, our fellow-man, and humanity at

large. We seek, at all times, to be conscious of the works, instructions, and acts necessary to teach, preserve and defend the Birthrights of All Moorish Americans (Al Moroccans), etc.

The Noble Moors / Muurs (Heirs Apparent) are the Natural Members / Citizens of the Ancient Al Moroccan Empire (North America) and are duty-bound to recognize and to support our 'Great Seal' Sovereign Moorish Government and Nation of the Natural People, and command the enforcement of our Constitution. Thus, such organized communication Orders are referred to as "The Great Seal National Association of Moorish Affairs". The Free Moorish Nation - inclusive of all the Aboriginal / Indigene Tribes and Provinces of the Natural People, etc., are the rightful bearers of the Names and Titles, **Ali, El, Bey, Dey,** and **Al.** The Free Moors / Muurs, by Freehold Inheritance, retain all Substantive Rights and Immunities; enjoy the exercising of Substantive Rights, and operate upon consummated, Right-Law, Isonomi - Principles; having vested Constitution - secured Rights and Immunities from TAXATION, and from Criminal and Civil Jurisdiction by, and of, the Union States Rights Republic (U.S.A.), pursuant to, but not limited to, the United States Republic Supreme Court, and the 'Acts of State' to wit:

*"Every Sovereign State (People) is bound to respect the independence of every other Sovereign State (People) and the courts of one country (People) will not sit in judgment on the acts of the government of another, done within (the same or) its own territory…"*

The present Union States Municipal and Civil Laws and Codes of the Land are an 'incorporated unit of self-government' established by the political powers of the 'General Assembly' of each State of the Union, and initiated at Philadelphia, Pennsylvania, North America, in the year Eighteen fifty-four (1854). It governs 'ONLY' the rights and conduct of "WHITE PEOPLE", Christians and Jews, of the Eighteen sixty-three (1863) Union States Rights Republic, under the Magna Charta (Charter), the Knights of Columbus Code, and the Ku Klux Klan Oath. Forever said Union States Rights Republic denies citizenship in the United States Republic (U.S.A.) to the descendants of the Moorish Nation in the Western Hemisphere, erroneously referred to, and 'branded' and mislabeled as, Negroes, Blacks, Coloreds, and African Americans, etc., etc. In addition, the Supreme Court of the United States (in the landmark case) of "Dred Scott v. Sandford" 60 US (19 Howard) 393 (1857) held that Negroes—whether held to slavery or free– were not included and were not intended to be included in the 'category' of 'citizen' (subjects) of the Union States Rights Republic. Resultantly, the True Indigene Nobles of the Al Moroccan Empire (Free Moors), bearers of the Names / Titles, Ali, El, Bey, Dey and Al, are excluded from the Union States Rights Republic (U.S.A.) jurisdiction. The True Nobles of the Al Moroccan Empire are Sovereign, Private, and Self-Governed, by 'Right-Law' Principles and customs; and ONLY Obligated to the 'Free Moorish Zodiac Constitution' - Circle 7 - archaically established by our Ancient Fore-Mothers and Fore-Fathers. Such extended allegiance and 'Obligation' includes 'The Great Seal' and the High Principles and Moor-al Standards, embodied in the Moorish National Flag (Standard) - **Love, Truth, Peace, Freedom,** and **Justice.** The True Al Moroccan Noble Indigenes of the Land maintain a Constitutional and lawful, NON-OBLIGATORY tax 'Status' and position, relative to 'FOREIGN ENTITY TAXATION' (Indigenes Not Taxed) and maintain a NON–OBLIGATORY respect for the Union States Rights Republic (U.S.A.), its members, its laws; its ordinances; its codes; it customs and its traditions, pursuant to: The Free Moorish American Zodiac Constitution - Articles IV and VI; The Treaty of Camp Holmes made with the Washitaw Muurs in 1835 (changed to Witchetaw in the Treaty; as Arkansas is a part of Washitaw Proper, which is a part of the Amexem/Al Moroccan Empire); The Treaty of Peace and Friendship Between the United States and Morocco -Seventeen Eighty-Seven (1787) - superseded by the Treaty of Eighteen Thirty-Six (1836); Resolution 75: Journals of The House of Representatives; United States - April 17, 1933 A. D. - Moorish American Society of Philadelphia and the Use of Their Names; The United Nations **"Declaration of the Rights of the Child"** General Assembly Resolution 1386 (XIV), 14 U.N. GAOR Supp. (No, 16) at 19, U.N. Doc. A/4354 (1959); The United Nations **"Universal**

Declarations on Human Rights" Article XV, General Assembly Resolution 217 A (III) of 10, December 1948 A.D.; "**Executive Order 13107**"—United States Republic, North America -The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX—Reservation of the Rights of the People; The United States Department of Justice Moorish Credentials; Free Moorish Zodiac Constitution, Truth A-1 Classified; The United States Copyright Certificate Number AA222141 Clock of Destiny; The Moorish Nationality and Identification Card; Moorish Holy Temple of Science / Moorish Science Temple Identification Card, etc.

𝒥urthermore, I Assert My full Birthrights - Sovereignty and Substantive Rights and claim to Hereditaments - Being a Sundry Free Moor / Muur and a (Natural Being) pursuant to: Moabite / Moorish Pedigree; The Free Moorish Zodiac Constitution; The Great Seal of the Moorish Nation (Ab Antiquo); The Treaty of Peace and Friendship - 1787 / 1836; The Sundry Free Moors Act of 1790; The 1781 Organic United States Constitution; The Moorish Federal Financiers Act (Union States Army: 1861 -1863); The 1854 Roman Catholic Magna Charta; the Knights of Columbus Code; The Ku Klux Klan Oath; The United Nations Charter, Article 55(c); The Rights of Indigenous People: Part I, Articles 1, 2, 3, 4, 5; Part II, Article 6; The United States Supreme Court - 'Acts of State'; The foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on International Road Traffic -Day 19, September 1949, The World Court Decision, The Hague, Netherlands - Day 21, January 1958 A.D = 1378 M.C. In reference to the Rights of the Natural People and Substantive Rights, etc., the following are pertinent Supreme Court Decisions, (Stare Decisis) to wit:

1. 𝒥he Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all Absolute Rights, and the Police can not make void the exercise of Rights. **State v. Armstead, 60 s. 778, 779, and 781**:

2. 𝒥he use of the highways for the purpose of travel and transportation is not a mere privilege, but a common and Fundamental Right of which the public and Natural Beings cannot be deprived. **Chicago Motor Coach v. Chicago 337 Illinois 200, 169 NE 22, ALR, Ligare v. Chicago 139 ILL. 46, 28 HE 934, Boone v. Clark 214 SW 607, 25 AM jur (1st), Highways, sec. 163:**

3. 𝒥he Right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the 5th Amendment of the United States Constitution. **Kent v. Dulles 357 US 116, 125:**

4. 𝒥he Right of a citizen to Travel upon the public highways and to transport one's property thereon, either by carriage or automobile, is not a mere privilege, which a City may prohibit or permit at will, but a common Right, which he / she has under the Right to Life, Liberty, and the Pursuit of Happiness. **Thompson v. Smith 154 SE 579:**

5. 𝒮tate Police Power extends only to immediate threats to public safety, health, welfare, etc., **Michigan v. Duke 266 US, 476 Led. At 449:** which driving and speeding are not. **California v. Farley Ced. Rpt. 89, 20 CA3rd 1032 (1971):**

6. 𝒥he state is prohibited from violating Substantive Rights. **Owens v. City, 445 US 662 (1980);** and it can not do by one power (eg. Police Power) that which is, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of Law. **US and UT v. Daniels, 22 p 159,** nor indirectly that which is prohibited to it directly. **Fairbanks v. US 181, US 283, 294, 300:**

7. 𝒥raveling in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed no other duty to the public (eg. the State); he / she

4

and his / her auto, having equal right to and on the roadways / highways as horses and wagons, etc.; this same right is still Substantive Rule, in that speeding, running stop signs, traveling without license plates, or registration, are not threats to the public safety, and thus, are not arrestable offenses. **Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905—1910: California v, Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971).**

8. *U*nder the United States Republic's Constitutional system of Government and upon the individuality and intelligence of the citizen, the State does not claim to control one's conduct to others, leaving one the sole judge as to all that affects oneself. **Mugler v. Kansas 1213 US 623, 659—60:**

9. *W*here Rights secured by the Constitution are involved, there can be no rule - making or legislation, which would abrogate them. **Miranda v. Arizona 384 US 436, 125:**

10. *T*he claim and exercise of Constitutional Rights cannot be converted into a crime. **Miller v. Kansas 230 F 2nd 486, 489:**

11. *F*or a crime to exist, there must be an injured party (Corpus Delicti). There can be no sanction or penalty imposed on one because of this Constitutional Right. **Sherer v. Cullen 481 F. 945:**

12. *I*f any Tribunal (court) finds absence of proof of jurisdiction over a person and subject matter, the case must be dismissed. **Louisville v. Motley 2111 US 149, 29S. CT 42.** "The Accuser Bears the Burden of Proof Beyond a Reasonable Doubt".

13. "*L*ack of Federal Jurisdiction can not be waived or overcome by agreement of parties". **Griffin v. Matthews, 310 F Supra 341, 342 (1969):** and "Want of Jurisdiction may not be cured by consent of parties". **Industrial Addition Association v. C.I.R., 323 US 310, 313.**

*W*hereas, In light of the foregoing Jurisprudence 'Stare Decisis' Supreme Court Decisions, Facts, and Law; and counter to the negative and 'colorable' social conditions instituted by State Persons of the Union States Society, there exists a blatant 'WANT OF JURISDICTION' on the part of the Union States Rights Republic (U.S.A.), its agents, personnel, contractors, and assigns. Axioms are legally in force under National and International Law attending these issues. And this Affiant (Natural Person - In Propria Persona) does not waive any rights; does not transfer power of attorney; and does not willingly consent to any public trial or hearing in any 'colorable' tribunal venue or non-Article III, unconstitutional jurisdiction. The Official Oaths, the Obligations, and the Fiduciary duties of all accusers and bound 'claimants' to National Law and Order; Civilization Principles fixed in Constitution Law, still stands! Definition and Truth still Rules. NON-COMPLIANCE is a Federal and International Law offence.

*W*hereas, there is no question that a 'Bench Appearance Summons', Detention, Arrest and Ticket or Citation issued by a Police Officer or others for traveling with no driver's license, foreign driver's license, not having current registration, or mandatory insurance, etc., which carries a fine or jail time, is a penalty or sanction and is indeed "converting a right into a crime"; thus violating Substantive Rights. It is reasonable to assume that these Supreme Court judicial decisions are straight and to the point, that there is no lawful method for government to put restrictions or limitations on Rights belonging to the People.

*T*hat the Organic United States Republic Constitution (derived from Ancient Moabite / Moorish Law) remains 'The Supreme Law of the Land'. And all Treaties made, or which shall be made, under the Authority of The United States Flag of Peace, pursuant to United States Code, Title 4, Chapter 1. Any law that is Repugnant to the Constitution, shall remain forever 'colorable' and is Null and Void. **Marbury v. Madison 5 U.S. 137, 174, 176**

(1803). Any Municipal Officer, Person, Personnel, Employee or Contractor who violate the Rights of the People or Citizens are subject to suit in their personal and / or official capacity to wit:

### Title 18, Part 1, Chapter 13 §241 of United States Codes of Law:

*If* two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, commonwealth, Possession, or district in the free exercise or enjoyment of any right or privilege secured to him/her by the Constitution or Laws of the United States, or because of him/her having so exercised the same; or...

*If* two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his/her free exercise or enjoyment of any right or privilege so secured -

*They* shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

### Title 18, Part 1, Chapter 13 §242 of United States Codes of Law:

*Whoever*, under 'color' of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or Laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his/her color, or race, that are prescribed for the citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.

*Therefore*, in preservation of 'The Rights of Indigenous Peoples' and the Preservation of the Rights of the People, in accord and defence of the Constitution for the United States Republic of North America and its Republican Form of Government - being the 'Supreme Law of the Land'; and primal to the contractual liabilities, Oath - bound Obligations, and Fiduciary Duties of the Officers of the Courts - Federal, State, City, and Municipal, etc., I hereby, Demand the enforcement of the De jure Laws of the United States, and all Treaties made under the Authority of The United States, in accord with Article VI of the Constitution; The Bill of Rights; The Declaration of the Rights of the Child; The Rights of Indigenous Peoples; The Universal Declaration of Human Rights; The United Nations Charter, Article 55(c); The United States Supreme Court - 'Acts of State'; The Foreign Sovereign Immunities Act 28 USC 1601; et Sequa., The Convention on 'International Road Traffic'—Day 19, September 1949, The World Court Decisions, The Hague, Netherlands, Day 21, January 1958 A.D = 1378 M.C.; and **"Executive Order 13107"** - United States Republic, North America: The Implementation of Human Rights Treaties; The National Constitution for the Continental United States, Article III, Section 2; Amendment V - Liberty Clause; Amendment IX, etc., etc. I hereby, Demand a Dismissal of any and all unconstitutional sanctions, claims, or other warrants or charges made or issued, which are devoid of true identity personages; a denial of 'Due Process' of a 'Trial' by a Jury of my own National Peers; or absent of a verified and lawful Indictment, sanctioned by an assembled Grand Jury; and that I be availed all lawful Constitutional - secured safeguards, established by the Supreme Law; with documented proper Jurisdiction and Venue confirmed and in place.

**Wherefore** all parties of interest are Authorized by this Writ, pursuant to National and International Law, to honor all Substantive Rights and Constitutional Immunities reserved for, and to, this Aboriginal / Indigenous Free and Sovereign Moor / Muur*. All Officials are to enlist all available and appropriate measures to ensure, and assure, that all My Substantive Rights and Constitutionally - secured Rights and Immunities are not violated, not breached, nor abridged. The Sovereign, Natural Being, named herein, is not to be Arrested nor held for Detention under any 'colorable' circumstances! You are to notify the active Ministers of the Aboriginal / Indigenous Moorish Nationals of the Territory (Organic Land). The Natural Person named herein is NON-OBLIGATORY and thus Exempt from Customs, Tariffs, Taxation, 'Owner in Fee' permit-deception Constructs, and from any other hindrance or restriction of His or Her Freedoms, Allodial Properties, Compensations, Rights of Travel, or Freedom of Movement on, in, or within, any member or non-member States of the United States Union, etc. The Moor / Muur (bearer of this Indigenous Peoples' Document) is to be treated with all due Respect and 'Due Process' Rights under the Law. All available and appropriate measures are to be taken to prevent injustice, harm, false arrest, trumped –up charges, or attack on the Natural Being's Person, Property, Personalty, Conveyances, Freedoms, and / or Dignity.

**Explicit** Reservation and use of 'All Rights Reserved Without Prejudice' U.C.C. 1– 207 / 308, U.C.C. 1-103, is Noted To All Federal, State, City, and Municipal Peace Officers; in harmony with State's Statutes, and indicates the Reservation of My Rights. Whereby I may Reserve My Substantive Rights and Constitutional - secured Rights and Immunities to 'NOT' be Compelled to perform under any Contracts or Agreements that I have not entered into knowingly, voluntarily, willingly, or unintentionally. I do not accept any actual or implied 'Liabilities' associated with any 'COMPELLED - BENEFITS' of any 'unrevealed' or deceptively-imposed commercial contracts. I, furthermore, do not sanction any 'unconstitutional' rules or policies, nor acts of Misprision committed by any U.S. Government or State Officials, at any level, claimed by any of them, in the name of the United States Republic, nor do I assent to any implied colorable policies made by alleged representatives, as being sanctioned by the People and Citizens. Consider any formerly-assumed constructs alleged to be related to me as being misrepresentations and thusly 'Cured' forthwith. Let it be known…:

**Represent** means to 'Depict' to 'Portray', to 'Symbolize' and to 'Stand for'. Let it be known that the Union States Society 'Bar Association' Lawyers, Esquires, and Attorneys of European Colonial descent, and foreign corporation, cannot depict, portray or symbolize a Free Moor; as they are not of the same Nation Jurisdiction, Customs, or National Peers; and cannot sit in judgment of any Free Moor (Acts of State). Europeans are not Indigenes to the Land (Americas) - Moors are Aboriginal! Union States Lawyers and Attorneys operate in Demo - political format, which is contrary to Article IV, Section 4 of the Constitution for the United States. Moors operate in a Republican Form of Government, conjoined with Isonomi Principles - being in harmony with the Constitution. Moors respect Constitution Principles. The unconstitutional Tribunals operating under the Union States Society conflicts with, and is repugnant to, "Due Process" under Constitution Principles, and functions primarily in 'colorable' procedures. Therefore, no 'Fair', 'Just' trial, or remedy is availed to the Natural Peoples of the Land, through such 'colorable' processes! These violating acts constitute a 'Conflict of Interest', a 'Conflict of Law' and clearly establishes the 'Federal Questions' of 'Diversity of Citizenship'; a Conflict of Identity; and of Nationality etc. Thus, a clear 'Averment of Jurisdiction' is also hereby proclaimed and advanced. Only Moors can 'Present' and 'Depict' themselves as being Moors / Al Moroccans, and Aboriginal /Indigenes of the Land! Thus, only Moors can '**Present**' 'Self'!

**I**, Kevin Brian Gunnell El, A real, live flesh and blood, breathing, non-fictional, and Natural Being, born of a natural Mother, do solemnly, sincerely, and squarely Affirm that the foregoing facts contained in this Constructive and Actual Judicial Notice and Proclamation, by Affirmed Affidavit, are true, to the best of my

7

knowledge, Culture, Customs and Beliefs; being actual, correct, not misleading, etc.; and being the Truth, the whole Truth, and nothing but the Truth.

*H*ibu (Love), *H*aqq (Truth), *S*alaam (Peace), *H*urryatun (Freedom), *A*dl (Justice),

*A*ll Rights Reserved Without Prejudice; U.C.C. 1-207 / 308, U.C.C. 1-103.

*I* Am: Kevin Brian Gunnell El, Kevin Brian Gunn El, Gunnell Kevin Brian El.
*N*atural Person - In Propria Persona - Authorized Representative; All Rights Reserved Free Moor / Muur; *N*orthwest *a*mexem / *N*orthwest *a*frica / *N*orth *a*merica

*A*boriginal / Indigenous, free Sovereign Moor - Natural Person of the Land; 'In Propria Persona' (Not Pro Se Nor Colorable)

*Moors / Muurs: The Aboriginal and Indigenous Natural Peoples and True Inheritors of the Lands (Territories) - North America, Central America, South America, and the Adjoining Islands Al Moroc / Ameru / Americana)

County of Franklin )
) ss:
State of Ohio )

*B*y Special Appearance, before me on Day 4th of April, 2017, in Honor, the Divine Being, **Kevin Brian Gunnell El**, Affirms that He is the Natural Person / Divine Being herein named, existing in His own Proper Person; meeting the 'law of evidence' as required and defined in 'Identity'; affirmed by Lawful, Substantive Right; by Birthright; and respectively acknowledged - being lawfully qualified and competent to execute this Document of *J*udicial *N*otice and *P*roclamation of *N*ationality and affirming that the above stated facts are true to the best of his knowledge. I therefore place my hand and seal thereto.

*Signature By*: Karryn Hoston, *Notary Public*
Vizier / Minister / (Public Officer) Notary Act of 1850

*Notary*: Karryn Hoston *Commission Expires*: Mar 5 2020 COUNTY: Franklin

*Witness*: JAMEED SAUNDERS / Jameed Saunders
Print Name: *N*atural Person - In Propria Persona - All Rights Reserved. Sign Name: *N*atural Person - In Propria Persona - All Rights Reserved.

*Witness*: Brenda Woodfolk / Brenda Woodfolk
Print Name: *N*atural Person - In Propria Persona - All Rights Reserved. Sign Name: *N*atural Person - In Propria Persona - All Rights Reserved.

Aboriginal and Indigenous Peoples' Documents: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States.




8





Kevin Brian Gunnell El©™
C/o 2928 Sunbury Court North
Columbus, Ohio state, near [43219]
Zip exempt/ Nonresident/ Non-Domestic/ Republic;
Without the U.S. by order of *lex domicilii*
(Al Moroc/ Amexem/ Washitaw Territory & Empire)

# * PUBLIC NOTICE *

FREE MUURISH/ MOORISH AMERICAN NATIONAL: ALLODIAL STATUS-
ABORIGINAL/ INDIGENOUS NATURAL PEOPLES
THE UNITED STATES OF AMERICA REPUBLIC-
NORTHWEST AMEXEM/ NORTH AMERICA-
THE ZODIAC CONSTITUTION; ARTICLES II, III & IV; *ET AL*

# AFFIDAVIT OF ALLODIAL PERMIT POLITICAL STATUS:

Classified Truth A-1 Freehold by Inheritance Diplomatic Immunity Registration No. AA222141
AS REGISTERED WITH THE LIBRARY OF CONGRESS AND THE U.S. DEPARTMENT OF JUSTICE IN WASHINGTON, D.C.; UNITED STATES REPUBLIC OF NORTH AMERICA

Lawful/Legal Notice of Preservation of Unalienable Rights and Constitutional Secured Immunities: This "Lawful/Legal Notice" is hereby presented as an adequate point in Law to Inform and to give Public Notice to All Comers – Foreign, Private and Public; including All Elected and non-elected Public Officials, etc., that I, Kevin Brian Gunnell El©™, am a man Aboriginal/ Indigene to the Land anciently known as Ta-Ausar, Egypt of the West, Al Moroc, Mahgrib Al Aqsa; the Most Extreme West of the Muurish/Moorish Al Moroccan Empire, Northwest Amexem/ North America. In the Full Deific Life of Noble Drew Ali, who was/is the Allodial Title holder to the lands of Northeast and Southwest Africa, across the Great Atlantis, to the present day North, Central and South America, Mexico and the Adjoining Islands; *i.e.* the Atlantis (Atlantic) Islands, this Estate in Allodium was issued to his successors in Fee Simple Absolute, the Els, Beys, Deys, Als, and Alis, we as the true heirs being "Natural Persons" (and not a 14th Amendment Corporate Person(s), Artificial Entity(ties), Nom de Guerre, nor Straw-men/straw-women, as written in all CAPITAL LETTERS.) With full respect, honors and homage given to the works of Moorish elders such as C.M. Bey (whose works are acknowledged as truth by Congress and the U.S. Department of Justice; *et al*), Empress Verdiacee "Tiara" Washitaw-Turner Goston El-Bey (whose works are acknowledged as truth by the United Nations; *et al*), Taj Tarik Bey (A Moorish

Adept, Historian and Law Master), Elihu Pleasant Bey (A writer who is one of the last surviving Elders of the Moorish Adept Chamber) and the works of others who propagated this truth as given by Noble Drew Ali, and with this Affidavit of Allodial Permit I do declare and say: All Unalienable Rights; all Substantive Rights, all Birthrights; all Constitutional Secured Rights; all Human Rights; and all International Law - secured Rights are preserved and secured by the Supreme Law of the Land, and by Treaties (in force) between The United States Republic of North America / Morocco, (Mahgrib Al Aqsa; the most Extreme West) Northwest Amexem/ North America, etc. All other Divine, Unalienable, and Substantive Rights, known and unknown, are Preserved; Reserved; Not Waived; Not transferred to any other; and are acknowledged as being in force; and Not abandoned, nor ever intended to be abandoned; Any contemporary, misrepresented claims made by Any Person, Personnel, or foreign Corporate Entity, to the contrary, notwithstanding!!!

In harmony with my Ancient Fore-bearer's Aboriginal Customs, *In Communi* with other Muurish/ Moorish Nationals; in universal truth, in reason, and in accord with The Established Law of the Land; refer to the Declaration on the Rights of Indigenous Peoples; E/Cn. 4/Sub.2/1994/2/ Add. 1 (1994). See Articles 1 and 2 with all Sections and Declaration on the Rights of Indigenous Peoples (2007); United Nations Resolution 61-295 *in toto*. Enforced by Federal Constitution Law and by International Law. See Article VI of The United States of America Republic Constitution, and Executive Order 13107, "The Implementation of Human Rights Treaties", etc., to which the Senators, the Representatives, the Members of the several State Legislatures, and All Executive and Judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution. Any laws of Any state, to the contrary, notwithstanding. United States Supreme Court: "State courts, like federal courts, have a "constitutional obligation" to safeguard personal liberties and to uphold federal law." Stone v. Powell 428 US 465, 96 S. Ct. 3037, 49 L. Ed. 2d 1067. United States Supreme Court: "The obligation of state courts to give full effect to federal law is the same as that of federal courts." New York v. Eno. 155 US 89, 15 S. Ct. 30, 39 L. Ed. 80. United States Supreme Court: "An administrative agency May Not finally decide the limits of its statutory powers; this is a judicial function." Social Security Board v. Nierotko. 327 US 358, 66 S. Ct. 637, 162 ALR 1445, 90 L. Ed. 719.

I AM: True Allodial Heir Claimant: FEE SIMPLE ABSOLUTE - FEE SIMPLE ABSOLUTE - FEE SIMPLE ABSOLUTE
Aboriginal and Indigenous Peoples' Documents for: Northwest Amexem / Northwest Africa / North America / The Moroccan Empire - Continental United States.

I stand on this Affidavit of Allodial Permit to be made "without prejudice," "without recourse," "as good as aval" and executed "without the United States of America." I affirm and solemnly declare on My Inherent Nobility, My private unlimited commercial asset credit/liability and under penalty of perjury under the laws of the republic union states of America, (Al Moroc/ Amexem/ Washitaw Territory & Empire), that the foregoing is true, correct, complete and certain to the best of my informed knowledge

2

and further claimant saith not. I now affix my autograph and official seal to the above Affidavit of Allodial Permit.

As my word is my bond,
Duly tendered in honor

_Ken B. Gunnell EL_

Kevin Brian Gunnell EI ©TM,
All Rights and Remedies Reserved-
Uniform Commercial Code 1-103, 1-207(1-308)

*Right Thumbprint*

Witness: _James Saunders_  _James Saunders_
Print Name: Natural Person – In Propria Persona – All Rights Reserved. Sign Name: Natural Person – In Propria Persona – All Rights Reserved. Deuteronomy 19:15-21; Public Law 97-280, 96 Stat. 1211, Senate Joint Resolution 165 and Proclamation 6100.

Witness: _Brenda Woodfolk_  _Brenda Woodfolk_
Print Name: Natural Person – In Propria Persona – All Rights Reserved. Sign Name: Natural Person – In Propria Persona – All Rights Reserved. Deuteronomy 19:15-21; Public Law 97-280, 96 Stat. 1211, Senate Joint Resolution 165 and Proclamation 6100.

County of _Franklin_ )
                    ) ss:
State of _Ohio_     )

On this ___4th___ day of ___April___, A.D. ___2017___ year, before me, a Notary Public of the State of Ohio, came a man personally known by me (or who proved to me on the basis of satisfactory evidence) to be the man whose signature is subscribed hereon. The said man solemnly affirmed under oath, that he has firsthand knowledge of the facts contained herein this "<u>Affidavit of Allodial Permit</u>" and that they are true, correct and complete to the best of his knowledge, understanding and belief.

Signature By: _Karryn Hoston_, Notary Public
Notary Act of 1850

Notary: _Karryn Hoston_  Commission Expires _May 520..._

*KARRYN HOSTON - NOTARY PUBLIC*



Ohio Secretary of State
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

09/12/2012

KEVIN BRIAN GUNNELL
2928 SUNBURY CT
COLUMBUS, OH   43219

OVER THE COUNTER

Financing Statement Number: OH00161096702

Miscellaneous Number: 0

Filing Date: 09/07/2012

Document Number: 201225400191

Order Number: 1303616013

Batch Number: 80704193

Debtor Name: KEVIN BRIAN GUNNELL

Please validate your filing on our Web site at WWW.STATE.OH.US/SOS.

Form: publici sui juris / Affidavit
Session: one Supreme Court

Archetype

## Act of State
### Reaffirmation of Character
### And Renunciation of Attempted Expatriations

I, Kevin Brian Gunnell, by International Common Law Registration, being of the age of majority, complete in my faculties, a natural born Divine creation, and a Private, Sentient, Sovereign within the constitutional Public survey boundaries within Ohio, a Republic, of the constitutional Township, Columbus, within the body of a constitutional county, Franklin, the proper jurisdiction of a Common Law thereto, do solemnly make this Reaffirmation of Character, pursuant to my absolute freedom of religion, of an Ambassador and Subject-Citizen of the Kingdom of Heaven under its King, Jesus the Christ; and an American Sovereign Citizen-Principal in good standing and Behavior, Public Minister (Ambassador), and "dominium" (absolute owner) inhabitant of the organic United States ("a more perfect union") under the Constitution for the united States of America (1791 to date) as ordained and established, with reservation of all Divinely created and inherent unalienable Rights/Privileges. It is, at the same time that I renounce and declare void, ab initio, any and all attempts (De Facto / Renegade / Corporate) by means of fictions or otherwise, of any changes in my lawful Citizenship Status to that of a Corporate Statutory / Military / Maritime / Admiralty / Fictitious U.S.: "person", "consumer", "individual", "citizen", "citizen-subject", "plaintiff/defendant", "resident", "whoever", "taxpayer", "driver", "gun/firearm owner", "DEBTOR", et al, subject to the seizure of Alien Properties by the hypothecated, Corporate/Legislative/Military/Admiralty/Fictitious Democracy UNITED STATES, et al. Such corporations, fraudulent and non-existent in the Law, include, but are not limited to, the UNITED STATES, U.S., US, STATE OF OJIO, COUNTY OF FRANKLIN, CITY OF COLUMBUS, KEVIN BRIAN GUNNELL, KEVIN B GUNNELL, K BRIAN GUNNELL, KEVIN GUNNELL, or any variation thereof, 295-70-XXXX, etc. This doctrine of "Piercing the Corporate Veil", with its "Instrumentality Rule", will serve Notice, (judicial, presidential or otherwise), that all acting as Corporate officers, etc., whether by color of law or color of official right, are acting or have acted without the usual immunities afforded in lawful civil/judicial proceedings. For the peace of and safety of all Corporate officers, etc., as well as myself, I have identified all my guaranteed, absolute properties ("Life, Liberty, and the Pursuit of Happiness"),until such times as the present De Facto / Renegade / Corporate government can make the necessary changes to its structure to insure the same. These identifications will list the International Record (Seal) Number (Apostille Number), as has been recognized, received, recorded, and issued by the De Facto / Renegade / Corporate government. As this number is the International registration, National authentication, and State certification of a Public Document of the United States of America, my Nations, and my Citizenships, as well as identification of all guaranteed, properties, whether Public or Private, are and have been in Lawful possession of me. Any confiscation or seizure of any kind of any of the guaranteed, Private or Public properties by any of the De Facto/Corporate officers, etc. will result in damages of Ten Million Dollars of United States Treaty States, nation-state specie Money (United States Dollars silver) that being enumerated in Article I, Section 10, Clause 1 as "gold and silver coin" in the Constitution for the united States of America (1791 to date) to be multiplied by not only the damaging party(ies), but all those in concert and cause of action. This Declaration is made absolute by the enclosed Apostille (the State of Ohio), copy and pursuant to 15 Stat. Ch. 249 pg. 223 (1868), shall be made final, adopted, and accepted by the Doctrines of Estoppel (by acquiescence), Law of the Record, (Apostille), Moral Obligation (peremptory mandamus), and the Divine Law (380 U.S. 163; The Bible is law to be applied nationally); or upon the passing of a customary and reasonable time of ten (10) consecutive calendar days from receipt of the service guaranteed U.S. Mail (Certified) or otherwise. It will be the President's absolute ministerial duty to identify, restore, and correct any and all errors, injuries, wrongs, and damages at any time applied and/or attached to Me pursuant to Congressional demand within 15 Stat. Ch 249. Dates: spiritual "In the Beginning" plus Six days: Announcement of Diplomatic Arrival: APRIL 4, 1969.

_Kevin B. Gunnell_     12-1-14
Me, American, Private, Christian, Sentient;    Date
Sovereign; Divine Inhabitant within North America; within Ohio, a Republic;
"within" a constitutional county and a constitutional township republic.
". . . at the mouths of two, or at the mouths of three the matter is established."
Deuteronomy 19:15

_signature_ 12-1-14     _Sterling Galen Robinson_ 12-1-14
Divine, Sentient, and Common Law Witness   Date     Divine, Sentient, and Common Law Witness   Dat XZCe

**Archetype**

**Form: publici sui juris / Affidavit**
**Session: one Supreme Court**

### Act of State
### Primary Signature Certification
(Convention de La Haye du 5 October 1961)
TIAS 10072, 33 UST 883, 527 UNTS 189. (Convention # 12)

I, _Kevin B. Gunnell_____, do hereby certify the Sentient signature on the Archetype document enclosed to be a true, correct, complete and not misleading original, containing the primary signature as sealed below. This notarization is for the purpose of signature (autograph) certification only, for foreign use (i.e., United States of America) of the U.S. originated document. This is pursuant to the Hague Conference on Private International Law dated October 5th, 1961, at the Convention Abolishing the Requirement of Legislation for Foreign Public Documents. It was on 15 October, 1981 in which the United States declared as being a signatory to this Convention, and this procedure is required for the legalization of administrative/judicial documents as herein enclosed.

**The State of Ohio**          Acknowledged before me the __1st__ day of _December_ 2014 A.D.

**The County of Franklin**

_[signature]_                    _[signature]_
**Sentient Citizen; Autograph**          **Notary Signature**

                                                        [Notary Seal: SHANAFEE SULLIVAN, NOTARY PUBLIC, STATE OF OHIO]

**Apostille Number:** _____

(applied manually upon issuance)

*Reaffirmation of Character and Renunciation of Attempted Expatriation / Act of State*

# ACKNOWLEDGMENT

Grant of Exclusive Power Of Attorney to Conduct All Tax, Business and Legal Affairs of Grantor

# POWER OF ATTORNEY

1) I, KEVIN BRIAN GUNNELL, DEBTOR and GRANTOR, at, 2928 SUNBURY CT COLUMBUS, OHIO 43219 do hereby appoint, Kevin Brian Gunnell, Secured Party Creditor, and Grantee, and attorney in fact, c/o2928 Sunbury ct Columbus Ohio, Republic; near [43219], Non-Domestic without the US, as my Private attorney in fact, to take exclusive charge of, manage, and conduct all of my tax, business and legal affairs, settle debts, make purchases, etc., and for such purpose to act for me in my name and place, without limitation on the powers necessary to carry out this exclusive Power of Attorney in fact as authorized:

(A) To take possession of, hold, and manage my real estate and all other property;

(B) To receive money or property paid or delivered to me from any source;

(C) To deposit funds into, make withdrawals from, or sign checks or drafts against any account standing in my name individually or jointly in any bank or other depository, to cash coupons, bonds, or certificates of deposits to endorse checks, notes or other documents in my name; to have access to, and to place items in or remove them from, any safety deposit box standing in my name individually, and otherwise to conduct bank transactions or business for me in my name;

(D) To pay my just debts and expenses, including reasonable expenses incurred by my attorney in fact, Kevin Brian Gunnell, in exercising this exclusive power of attorney;

(E) To retain any investments, invest, and to invest in stocks, bonds or other securities, or in real estate or other property;

(F) To give general and special proxies or exercise rights of conversion or rights with respect to shares or securities, to deposit shares or securities with, or transfer them to protective committees or similar bodies, to join in any reorganization and pay assessments or subscriptions called for in connection with shares or securities;

(G) To sell, exchange, lease, give options, and make contracts concerning real estate or other property for such considerations and on such terms as my attorney in fact, Kevin Brian Gunnell may consider prudent;

(H) To improve or develop real estate, to construct, alter, or repair building structures and appurtenances or real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant, cultivate, harvest, and sell or otherwise dispose of crops and timber, and do all things necessary or appropriate to good husbandry;

(I) To provide for the use, maintenance, repair, security, or storage of my tangible property;

(J) To purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as my attorney in fact, Kevin Brian Gunnell, may consider prudent.

2) The Secured Party Creditor, Kevin Brian Gunnell, named herein and on the Form UCC-1 recorded with the SECRETARY OF STATE of WASHINGTON, is authorized by law to act for and in control of the DEBTOR, KEVIN BRIAN GUNNELL,KEVIN B GUNNELL,KEVIN GUNNELL, or any derivative thereof. In addition, Kevin Brian Gunnell has the exclusive power of attorney to contract for all business and legal affairs of KEVIN BRIAN GUNNELL 295-70-XXXX, DEBTOR.

3) The term "exclusive" shall be construed to mean that while this power of attorney is in force, only my attorney in fact may obligate me in these matters, and I forfeit the capacity to obligate myself with regard to same. This grant of Exclusive Power is Irrevocable during the lifetime of Kevin Brian Gunnell.

Executed and sealed by the voluntary act of my own hand, this __7__ day of __September__, 2012

This instrument was prepared by Kevin Brian Gunnell.

Acceptance:

__KEVIN BRIAN GUNNELL__
KEVIN BRIAN GUNNELL, GRANTOR

LS: __Kevin B. Gunnell__
Kevin Brian Gunnell, Grantee

I, the above named exclusive attorney in fact, do accept the responsibility for the herein-named DEBTOR-Grantor and will execute the herein granted Power of Attorney with Due Diligence.

***

## ACKNOWLEDGEMENT OF NOTARY

State of __Ohio__        )
                         ) ss.
County of __Franklin__   )

On the __7th__ day of __September__, two thousand-, twelve, before me, __Derek Herbruck__, Notary, personally appeared   Kevin Brian Gunnell, known to me (or proved to me on the basis of satisfactory evidence of identification) to be the living man whose name is subscribed upon this instrument and acknowledged to me that he  will execute the same in his authorized capacity; and by his  signature on this instrument, Kevin Brian Gunnell will execute on behalf of the GRANTOR.

Witnessed by my hand and official seal,

__[signature]__

My Commission Expires: __2/9/2016__

NOTARY SEAL

**DEREK HERBRUCK**
Notary Public, State of Ohio
My Commission Expires
February 09, 2016