



Moorish National Republic Federal Government
Northwest Amexem/ Northwest Africa/ North America/ The North Gate
Societas Republicae Ea Al Maurikanos
The True and De jure Al Moroccans (Americans)
The Aboriginal/ Indigeous Natural People of the Land

Kevin-Brian; Gunnell El
Attorney-in-Fact/Executor, heir
C/o PO BOX 6004
Columbus, Ohio 43216
Moorish American National
First party of interest
      Injured party- Plantiff,
A flesh and blood man with a soul-Foreign Plaintiff,



2: 17 mc 23

KEVIN BRIAN GUNNELL
**INFANT-ESTATE- CORPORATION-SECURITY**
Registered Trade Name
Post office box 6004
Columbus, Ohio 43216
    Property and Fictitious-Entity,

    Vs

28 U.S. Code § 1333.

Robert G. Montgomery dba
ROBERT G. MONTGOMERY
Acting as Probate Clerk of Court,
Administrative Probate Judge,
FRANKLIN COUNTY,
COMMON PLEAS COURT
COLUMBUS, OHIO 43215
      Defendant.

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Plaintiff, Moorish American National seeks declaratory and injunctive relief against defendants corporation Franklin County Probate, Franklin County Common pleas Probate, Robert G. Montgomery dba Probate Clerk and Probate Administrator acting as judge, based on the following violations and grounds: Fifth 5th Amendment Right to Due Process, right to Life,

2

  

Liberty; **Property,** 8 U.S. Code § 1481. Loss of nationality by native- born or naturalized citizen; voluntary action; burden of proof; presumptions, Roman cannon Law 3.3 Rights Suspension and Corruption Article 100- Cestui Que Vie Trust Canon 2057, 18 U.S. Code § 911. Citizen of the United States, 31 CFR § 354.1 Adverse Claim. ORC 1308.01 UCC 8-102 Adverse Claim. Chapter 1308 Investment Securities, ORC 1308.19 UCC 8-105 Notice of adverse Claim. The Universal Declaration of Human Rights Article 15, 17. **MOTU PROPRIO CIVIL ORDERS-** Pope Francis Sends Obama Powerful Letter via Attorney [on] July 4th 2014. Fraud, Finical Fraud.

1. There is no adequate remedy other than an injunction.
2. Truly irreparable harm will occur in the absence of an injunction.
3. It is more likely than not that the moving party will prevail on the underlying above entitled case Pursuant to ORC 2109.301 (B) (2) Certificate of Termination, for Adverse Claim and other applicable laws.
4. The benefit to the party seeking the injunction outweighs the burden of the party opposed to the injunction.
5. The moving party's right to the relief sought is clear.

## NATURE OF THE ACTION

Plaintiff brings this action under Fifth Amendment Due Process right to Property, Adverse Claim Pursuant to **ORC1308.01** Definitions - UCC 8-102. (A) In this chapter: (1) "Adverse claim" means a claim that a claimant has a property interest in a financial asset and that it is a violation of the rights of the claimant for another person to hold, transfer, or deal with the financial asset. ... and all above violations and grounds herein.

## BACK GROUND BRIEF HISTORY

On April 5, 1933, the physical possession and legal title to lawful money (gold) was taken from the people. But the people had to retain the equitable title to this lawful money or else it would have amounted to theft, and Congressman Louis Thomas McFadden's charges of theft and

3

  

treason on May 23, 1933 lodged with the Judiciary would have required prosecution. These charges were mitigated by the passing of HJR 192 on June 5, 1933 which provided for the possibility of "discharge upon payment" of all obligations. This remedy was subtly effected by two United States Codes: 1) 12 USC 411 which provides access to this lawful money "upon demand", and 2) 12 USC 95a(2) which assures "full discharge" of all obligations upon assignment or transfer of payments to the United States. Later, the State provided people a Certificate of Live Birth (COLB) as evidence of the people's equitable title to their labor taken by the State at birth (to mitigate similar charges of theft and involuntary servitude). This COLB creates a PERSON identified by the NAME of a born-alive INFANT that is presumed abandoned by the mother/informant at a birth event and, after seven years of non-appearance/activity, is also presumed dead, enabling the State to become the Executor of the INFANT's "estate" in probate. However, this presumption of death always has the possibility of being rebutted by a subsequent "appearance" of the INFANT as being "alive". Therefore, this equitable title exists in the form of a "reversionary interest" in this INFANT's property/labor "estate". Once Proof of Life* for INFANT is established, said "reversionary interest" in the decedent's estate re-vests in the INFANT as the "living beneficiary" of same. Said INFANT must thereafter, in order to honorably perform the terms of the 1933 constructive trust to discharge obligations incurred by said INFANT, assign or transfer (partially or wholly) said "reversionary interest", in the form of lawful money demanded (12 USC 411), to the United States who, in turn, as trustee thereof, must then apply said lawful money interest payment as full discharge of the obligation to the extent thereof by operation of law (12 USC 95a(2)). An indorsed bill is an instrument that performs said assignment or transfer by said INFANT. Notice that the amount on the original presentment is a positive number – representing the CREDIT of the NATION extended by the people in the form

4

  

of labor expended to produce all of the products and services in the nation. The INFANT holds the equitable title to this CREDIT, and is liable to release this credit to the United States as payment. The presentment just needs the INFANT's authorization/instruction added to it to properly transfer this equitable title to the United States. Then both the legal and equitable titles of both the credit and the obligation amounts are now vested in that one piece of paper, and when that signed instrument is returned to the party that sent it, then that party is now the Holder in due course of the legal and equitable titles to both the asset and liability amounts for that account and must then present that Lawful Money Full Discharge Instrument to the United States as payment, or else, by refusal to present payment to the United States (minor) or to provide in return evidence of dishonor of same by the Unites States (minor) for acceptance for honor supra protest, the debt is discharged by operation of law (UCC 3-603, as enacted in State general statutes and codes) for the INFANT, and the person now holding that instrument becomes liable for that payment as the Holder in Due Course thereof.

The Internal Revenue Manual (I.R.M.) 21.7.13.3.2.2, "An infant is the decedent of an estate or grantor, owner or trustor of a trust, guardianship, receivership or custodianship that has yet to receive an SSN." An infant is anyone under the age of 21.

Most truth seekers know that Republic of the United States was by fraud turned into a corporation in 1871, and the U.S. Service Corporation is ultimately owned or controlled by the Vatican. This is what gives the Pope or the Vatican the authority in his CIVIL ORDERS. The CIVIL ORDERS is written verbatim as written in the Pope's CIVIL ORDERS document.

5



MOTU PROPRIO- CIVIL ORDERS – Pope Francis Sends Obama Powerful Letter via Attorney [on] July 4th 2014. The Pope asserted in his civil orders document: "Insomuch as corporate officers operating the United States of America, Incorporated, and the UNITED STATES have contrived under conditions of fraud and semantic deceit to revenue the estates of the American States and living American State Citizens to the foreign jurisdiction of the United States of America (minor) they are found guilty of capital crimes, including acts of fraud and treason committed between 1933 and 1945, and are condemned posthumously. Insomuch as elected officials operating the United States of America (minor) have similarly committed war crimes against the American States and their peaceful inhabitants during the same time period, they stand condemned posthumously."

"All those **(E)states** and **ESTATES** erroneously believed to represent the American States and American State Citizens and which were conveyed by fraud and legal deceit to the United States of America (minor) and more recently to the City-State of the United Nations, are re-venued without exception to the geographically defined American States and the American State Citizens where they shall remain in perpetuity as assets belonging to the rightful and lawful beneficiaries."

"All legal fiction entities however structured and named after the American States and American State Citizens are returned to them and their control, free and clear of any debt, promise, encumbrance or obligation alleged against them as a result of false claims made –in

their behalf‖ by officers of the United States of America, Inc. and the UNITED STATES, INC. or

by any foreign officials operating the United States of America (minor), or the United Nations City State falsely claiming to –represent‖ them or have jurisdiction over them." See full copy

6

  

Civil Orders attached backed by my affidavit by my consent under penalty of perjury that the document is a copy verbatim written by or for the Pope."

On or about April 14, 2017 Kevin Gunnell El filed and opened a case with this tribunal, putting this governmental service corporation for the United States America (minor) on judicial notice of his nationality of his Moorish American Nationality, in accordance with 8 U.S. Code § 1481. Loss of nationality by native- born or naturalized citizen; voluntary action; burden of proof; presumptions (a) (1) obtaining naturalization in a foreign state upon his own application or upon an application filed by a duly authorized agent, after having attained the age of eighteen years; or (2) taking an oath or making an affirmation or other formal declaration of allegiance to a foreign state or a political subdivision thereof, after having attained the age of eighteen years.

The Pope's civil orders expose the fraud of the governmental service corporation, the Pope's assertions in his civil orders of American State and the American State Citizens (major) is a representation to the Moorish American Nationals as myself, but Most truth seekers know that the Republic, the United States of America Republic is governed by we the people the sovereign aboriginal moors mislabeled and reclassified as African Americans an foolishly call themselves black, but aboriginal moors have value as heirs to the land to be summarily claimed as chattel backing- US government debt not African American as asserted in the Pope's civil orders.

However, it's a crime to personate to be a U.S. Citizen according to the corporation by laws pursuant to 18 U.S. Code 911., and 46 U.S. Code § 50501. Entities deemed citizens of the United States; therefore, it's impossible for a real natural man or women to be a U.S. Citizen when it's a crime to personate to be a U.S. Citizen pursuant to 18 U.S. Code 911 and corporations is deemed citizens of the United States pursuant to 46 U.S. Code § 50501., this is only a scratch of the

7

  

surface of the fraud and deceit the Pope was addressing in his civil orders. Even though Georgia Commons aka Code of Georgia where it clearly says that Moors are Aboriginal and immune from criminal prosecution for lack of jurisdiction title IV Criminal Law Persons of Color, and County Regulations (Pages 695-957) (24.5 MB) ON PAGE 833. Backed by the Full Faith Credit Clause. Mills v. Duryee, 11 U.S. 7 Cranch 481 481 (1813)

Nil debet is not a good plea to an action founded on a judgment of another state. … "Full faith and credit shall be given in each state to the public acts, records, and judicial proceedings of every other state.

The Corporate Probate, foreign officials was put on notice of adverse of claim, see documents attached, the Plaintiff Kevin Gunnell El repeatedly filed contracts and documents with probate foreign officials and for proclaiming his nationality, he also attempted to have the probate officials issue a decree of his name change or correction, the name change is the appellation as demonstrated in the documents filed with all levels of the governmental service corporation (minor). Plaintiff knew that Probate officials could only administer the name change of the Estate- Birth Certificate.

With or without a decree issued by Probate foreign officials, but under the common law the people and officials for the governmental service corporation was put on notice of his name change for his appellation of his Moorish American Nationality, the title of nobility El for Gunnell El.

Secure Transaction, UCC 1, and Contracts and Power of Attorney/Attorney-in-Fact was filed and registered with the Ohio Secretary of State UCC business section filed and registered

  

with the county recorder giving Plaintiff Kevin Gunnell El first lien holder over the KEVIN
BRIAN GUNNELL ESTATE assigned SSN. See affidavit and documents attached.

Plaintiff Kevin Gunnell El was appointed Executor of his (E)state/ ESTATE, KEVIN BRIAN
GUNNELL ESTATE and the Estate was assigned a EIN that he Plaintiff Kevin Gunnell El
initiated thru the IRS Department of The Treasury-International Monetary Fund, the KEVIN
BRIAN GUNNELL ESTATE with the SSN was conveyed, pursuant to The Internal Revenue
Manual (I.R.M.) 21.7.13.3.2.2, "An infant is the decedent of an estate or grantor, owner or trustor
of a trust, guardianship, receivership or custodianship that has yet to receive an SSN." The
Estate and Social Security Number was assumed transfer over to Kevin Gunnell El foreign
American State and American State Citizen (major) the foreign Estate, it was Kevin Gunnell El's
Notice of Adverse claim ORC 1308.19 UCC 8-105. ORC 1308.01 UCC 8-102 Adverse Claim.
31 CFR § 354.1 Adverse Claim. Chapter 1308 Investment Securities.

ORC 2109.301 Administrator or executor rendering account. (A) An administrator or
executor shall render an account at any time other than a time otherwise mentioned in this
section upon an order of the probate court issued for good cause shown either at its own instance
or upon the motion of any person interested in the estate. Except as otherwise provided in
division (B) (2) of this section, an administrator or executor shall render a final account within
thirty days after completing the administration of the estate or within any other period of time
that the court may order (B) (2) In estates of decedents in which the sole legatee, devisee, or heir
is also the administrator or executor of the estate, no partial accountings are required. The
administrator or executor of an estate of that type shall file a final account or final and
distributive account or, in lieu of filing a final account, the administrator or executor may file
with the court within thirty days after completing the administration of the estate a certificate of



termination of an estate that states all of the following: a) All debts and claims presented to the estate have been paid in full or settled finally.

**(b)** An estate tax return, if required under the provisions of the Internal Revenue Code or Chapter 5731. of the Revised Code, has been filed, and any estate tax has been paid.

**(c)** All attorney's fees have been waived by or paid to counsel of record of the estate, and all executor or administrator fees have been waived or paid.

(d) The amount of attorney's fees and the amount of administrator or executor fees that have been paid.

(e) All assets remaining after completion of the activities described in divisions (B)(2)(a) to (d) of this section have been distributed to the sole legatee, devisee, or heir.

(3) In an estate of the type described in division (B)(2) of this section, a sole legatee, devisee, or heir of a decedent may be liable to creditors for debts of and claims against the estate that are presented after the filing of the certificate of termination described in that division and within the time allowed by section 2117.06 of the Revised Code for presentation of the creditors' claims.

(4) Not later than thirteen months after appointment, every administrator and executor shall render an account of the administrator's or executor's administration, unless a partial account is waived under division (A) of this section or a certificate of termination is filed under division

10

 

(B)(2) of this section. After the initial account is rendered or a waiver of a partial account is filed, every administrator and executor shall, at least once each year, render further accounts or file waivers of partial accounts until the estate is closed, unless a certificate of termination is filed under division (B) (2) of this section.

(a) All debts and claims presented to the estate have been paid in full or settled finally.

(b) An estate tax return, if required under the provisions of the Internal Revenue Code or Chapter 5731. of the Revised Code, has been filed, and any estate tax has been paid.

(c) All attorney's fees have been waived by or paid to counsel of record of the estate, and all executor or administrator fees have been waived or paid.

(d) The amount of attorney's fees and the amount of administrator or executor fees that have been paid.

(e) All assets remaining after completion of the activities described in divisions (B)(2)(a) to (d) of this section have been distributed to the sole legatee, devisee, or heir.

(3) In an estate of the type described in division (B)(2) of this section, a sole legatee, devisee, or heir of a decedent may be liable to creditors for debts of and claims against the estate that are presented after the filing of the certificate of termination described in that division and within the time allowed by section 2117.06 of the Revised Code for presentation of the creditors' claims.

(4) Not later than thirteen months after appointment, every administrator and executor shall render an account of the administrator's or executor's administration, unless a partial account is waived under division (A) of this section or a certificate of termination is filed under division (B)(2) of this section. After the initial account is rendered or a waiver of a partial account is filed, every administrator and executor shall, at least once each year, render further accounts or file




waivers of partial accounts until the estate is closed, unless a certificate of termination is filed under division (B) (2) of this section.

According to the Pope's Civil Orders that assert:

"All legal fiction entities however structured and named after the American States and American State Citizens are returned to them and their control, free and clear of any debt, promise, encumbrance or obligation alleged against them as a result of false claims made ‒in their behalf‖ by officers of the United States of America, Inc. and the UNITED STATES, INC. or by any foreign officials operating the United States of America (minor), or the United Nations City State falsely claiming to ‒represent‖ them or have jurisdiction over them.

This assertion by the Pope in his Civil Orders voids the part in ORC 2109.301 Administrator or executor rendering account. Because he the Pope asserted that "All legal fiction entities however structured and named after the American States and American State Citizens are returned to them and their control, free and clear of any debt, promise, encumbrance or obligation alleged against them as a result of false claims made ‒in their behalf‖ by officers of the United States of America, Inc. and the UNITED STATES, INC. or by any foreign officials operating the United States of America (minor) etc. that means all Plaintiff Kevin Gunnell El would need to do, is to file the Certificate of Termination without no delay, the Probate administrating over the KEVIN BRIAN GUNNELL ESTATE assigned the SSN shall close the estate free and clear any debt. Even though the Secure Transaction UCC1 financial Statement a legal form that a creditor files to give notice that it has or may have an interest in the personal property of a debtor and the attached contracts demonstrated to Probate officials an adverse

  

claim, no one was owed and that Plaintiff Kevin Gunnell El was the Power of Attorney/Attorney-in-Fact over the debtor.

### FRAUD AND DECIET COMMITTED BY ROBERT G. MONTGOMERY AS ASSERTED AND COMFIRMED BY THE POPE'S CIVIL ORDERS

Plaintiff Kevin Gunnell El filed numerous of documents and affidavits demonstrating his Nationality by adding the appellation El to his last name Gunnell, the El is parts of his name to make up his appellation of him being a Moorish American National, aboriginal Moorish American, see judicial notice and proclamation filed with the clerk of this court.

Robert G. Montgomery violates Plaintiff Kevin Gunnell El right to claim his nationality as he Mr. Montgomery is or was on full notice of Plaintiff Kevin Gunnell El appellation and Moorish Nationality but he ignore and refuse to recognize his Kevin Gunnell El Moorish nationality.

Plaintiff Kevin Gunnell El has a right to a Nationality and a right to change his name to associate with his nationality even though thru birth right thief and fraud plaintiff was born an aboriginal Moorish American National.

Robert G. Montgomery committed fraud when he stated in his July 12, 2019 Judgment Entry Dismissing Case For Lack of Jurisdiction that me Kevin Gunnell El and the Estate KEVIN BRIAN GUNNELL/ Kevin Brian Gunnell is one and the same entity. Again this is the Fraud and deceit the Pope asserted about in his civil orders.

Pursuant to ORC 2109.301 (B)(2) **In estates of decedents in which the sole legatee, devisee, or heir is "also" the administrator or executor of the estate**, no partial accountings are required.

The administrator or executor of an estate of that type shall file a final account or final and distributive account or, in lieu of filing a final account, the administrator or executor may file

13



with the court within thirty days after completing the administration of the estate a certificate of

termination of an estate that states all of the following: etc… the bold and underline part above is

about the infant the decedent of an estate, when the real natural man or women reach the Age of

Majority ORC 3109.01, he is assumed to be the infant the minor who was classed as dead until a

rebuttal showing oneself is alive not abandoned, lost at sea or dead. The infant the decedent is

nothing more than the legal fiction entity.   Plaintiff Kevin Gunnell El is the sole legatee, devisee

or heir is *__also__* the executor of the KEVIN BRIAN GUNNELL ESTATE assigned the SSN

The KEVIN BRIAN GUNNELL ESTATE assigned the SSN when it is an infant and a minor

having been convey over to the KEVIN BRIAN GUNNELL ESTATE assigned the EIN. See IRS

document showing my appointment of me Palintiff Kevin Gunnell El being the Executor over

the KEVIN BRIAN GUNNELL ESTATE assigned the EIN.

Therefore, Plaintiff Kevin Gunnell El, full life having reached the age of majority, no longer

need for the governmental service corporation, Probate for the United States of America (minor)

to administer his (E)state and ESTATE, the Pope makes it clear in his Civil Orders as stated

herein and the attached copy of the Civil Orders.

Plaintiff Kevin Gunnell El several times tried by attempting to file the certificate of

termination with Probate but all Probate employee officials (magistrates) including Robert G.

Montgomery refuse to file and comply with the ORC 2109.301 (B)(2), certificate of termination

with probate.

Robert G. Montgomery is in the business of human trafficking he want to keep my Plaintiff

Kevin Gunnell El Estate open with Probate so that Probate and the State of Ohio (minor) can

administrate over my Estate and profit $ off my Estate, so that they can bring false claims against

14

 

KEVIN BRIAN GUNNELL ESTATE violating the Supreme Court Annotated Statute, Clearfield Trust Co. v. United States 318 U.S. 363371 1942.

Whereas defined pursuant to Supreme Court Annotated Statute: Clearfield Trust Co. v. United States 318 U.S. 363-371 1942:

"Governments descend to the level of a mere private corporation, and take on the characteristics of a mere private citizen . . . where private corporate commercial paper [Federal Reserve Notes] and securities [checks] is concerned . . . For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government."

What the Clearfield Doctrine is saying is that when private commercial paper is used by corporate government, then government loses its sovereignty status and becomes no different than a mere private corporation.

As such, government then becomes bound by the rules and laws that govern private corporations which means that if they intend to compel an individual to some specific performance based upon its corporate statutes or corporation rules, then the government, like any private corporation, must be the holder-in-due-course of a contract or other commercial agreement between it and the one upon who demands for specific performance are made.

And further, the government must be willing to enter the contract or commercial agreement into evidence before trying to get the court to enforce its demands, called statutes.

This case is very important because it is a 1942 case that was decided after the UNITED STATES CORPORATION COMPANY filed its "CERTIFICATE OF INCORPORATION" in the State of Florida (July 15, 1925). And it was decided AFTER the 'corporate government' agreed to use the currency of the private corporation, the FEDERAL RESERVE. The private currency, the Federal Reserve Note, is still in use today.

15




The KEVIN BRIAN GUNNELL ESTATE assigned the SSN is a Bank Note, Probate and State of Ohio under the United States of American, Inc. and the UNITED STATES, INC or by any foreign officials operating the United States of American (minor) assume they are the holder-in-due course of a contract, the Estate or other commercial agreement, the Estate between it and the one upon who demands for specific performance are made, the foreign officials will willfully ignore Plaintiff Kevin Gunnell El Secure Transaction UCC 1 and Contracts and Power of Attorney/Attorney-in-Fact commercial agreement giving Kevin Gunnel El superior control over the KEVIN BRIAN GUNNELL ESTATE assigned the SSN, the foreign officials will demand for specific performance through the Estate and force Kevin Gunnell El to be the accommodating party in order to benefit revenue through the KEVIN BRIAN GUNNELL ESTATE, Bank Note that's assigned the Social Security Number (SSN).

Therefore, if the Probate Officials file the certificate of termination pursuant to ORC 2109.301 (B)(2) the KEVIN BRIAN GUNNELL ESTATE, Bank Note assigned the SSN the Contract becomes void with the United States of America, Inc. and the UNITED STATES, INC (minor) they longer have control over Kevin Gunnell El property and so called personal jurisdiction to force their codes and statutes on me Kevin Gunnell El through the Settlement Certificate.

Robert G. Montgomery committed fraud when claimed he lack jurisdiction, the Pope Civil Orders stated it best:

"All legal fiction entities however structured and named after the American States and American State Citizens are returned to them and their control, free and clear of any debt, promise, encumbrance or obligation alleged against them as a result of false claims made —in their behalf‖ by officers of the United States of America, Inc. and the UNITED STATES, INC. or

16




by any foreign officials operating the United States of America (minor), or the United Nations City State falsely claiming to ―represent‖ them or have jurisdiction over them. "

"We note that the current circumstance is in part the result of criminal acts engaged in 150 years ago, which resulted in the commercial enslavement of African Americans who were summarily claimed as chattels backing ―US government‖ debt in the wake of the Civil War.Despite every act of abolition and declaration of prohibition against both peonage and slavery, it has been the policy of the ―US government‖ to enslave its citizens and to operate as a rogue state among the nations of the world. Instead of freeing African Americans the sum total result of the Civil War was to vastly expand public sector ownership of slaves, giving rise to the outrageous and improper claims that have been made against the American States and the American State Citizens that we are dealing with today. It is uniquely fitting that The Grand Army of the Republic is recalled to settle this circumstance in favor of the people."

An Estate is known as a birth certificate: A Settlement Certificate, also known as a "Birth Certificate" since 1837, is an official document issued to validly recorded poor (paupers) granting them certain basic rights and entitlement to benefits in exchange for recognition of their status as being owned as "property" and lawful slaves, also known as indentured servants and bondsmen. A "settlement" therefore is equivalent to a voluntary slave plantation.

Robert G. Montgomery judgment entry is an ORC 2921.52 Using sham legal process.

(4) "Sham legal process" means an instrument that meets all of the following conditions:

 

(a) It is not lawfully issued. (b) It purports to do any of the following: (i) To be a summons, subpoena, **judgment**, or order of a court, a law enforcement officer, or a legislative, executive, or administrative body. Etc...

### CONCLUSION FOR RELIEF

Plaintiff Kevin Gunnell El the injured party seeks preliminary/ permanent declaratory injunction relief to enforce the Probate officials to comply with ORC 2109.301 (B) (2) Certificate of Termination, because Plaintiff have an adverse claim to the property and Pope Francis of the Vatican who controls the United State corporation (minor) gave specific orders in his civil orders to the service corporation employees and agents all domestic and foreign officials and successors to return the (E)states ESTATES to the rightful owners debt free.

### 28 U.S. Code § 1746. Unsworn declarations under penalty of per-jury

Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:





"I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct. Executed on 9/10/2019

By _____

Respectfully Submitted

_____

C/o Kevin Gunnell El Ex
PO Box 6004
Columbus, Ohio 43206- 9998

19




## PROOF OF SERVICE

I certify a true copy of the Injunction was sent to Robert G. Montgomery at Franklin County probate court 373 south High Street 22nd Floor Columbus, Ohio 43215-6311 by via U.S Mail Postal Service on 9/10/2019 and a true copy was sent by via U.S. Mail Postal Service to the United States District court clerk at 85 Marconi Blvd Room 121, Columbus, Ohio 43215.

20

IN THE PROBATE COURT OF FRANKLIN COUNTY, OHIO
ROBERT G. MONTGOMERY, JUDGE

In re: Kevin Brian Gunnell        :
aka Kevin Brian Gunnell El     :         Case No. 591191

<u>JUDGMENT ENTRY DISMISSING CASE FOR LACK OF JURISDICTION</u>

      This matter comes before the court on the motion to close the above captioned case filed by Kevin Brian Gunnell aka Kevin Brian Gunnell El on July 3, 2019.

      On April 30, 2018, Mr. Gunnell filed a miscellaneous document opening Franklin County Probate Court Case No. 591191, which he captioned "Estate of Kevin Brian Gunnell," and categorized as a "miscellaneous" case type. Kevin Brian Gunnell, the movant in this case, is not deceased.

      On December 18, 2018, Mr. Gunnell filed documents to close the estate of "Kevin Brian Gunnell, Deceased," pursuant to R.C. 2109.301(B)(2). On July 3, 2019, Mr. Gunnell filed another motion to close.

      The probate court is a court of limited jurisdiction. R.C. 2101.24. Probate courts have jurisdiction over the estates of deceased individuals, but only when the individual is, in fact, deceased.

      Kevin Brian Gunnell is not deceased. As such, this Court cannot administer the estate of "Kevin Brian Gunnell, Deceased." As the movant failed to request relief within the jurisdiction of this Court, this matter shall be dismissed.



FILED #23

JUL 1 2 2019

Robert G. Montgomery, Judge
Franklin County Probate Court

Case No. 591191

Finding no just reason for delay, this judgment entry shall constitute a final appealable order pursuant to R.C. 2505.02 and Civ.R. 54(B).

**IT IS SO ORDERED.**



Robert G. Montgomery, Judge

FILED #23

JUL 1 2 2019

Robert G. Montgomery, Judge
Franklin County Probate Court

In re: Kevin Brian Gunnell aka Kevin Brian Gunnell El          :          Case no. 591191

REGULAR MAIL RETURNED

FILED #13
JUL 1 7. 2019
Robert G. Montgomery, Judge
Franklin County Probate Court

ROBATE JUDGE
COUNTY PROBATE COURT
HIGH STREET • 22nd FLOOR
IMBUS OH 43215-6311

RVICE REQUESTED

  

RECEIVED

JUL 1 4 2019

FRANKLIN COUNTY
PROBATE COURT

KEVIN BRIAN GUNNELL
2928 SUNBURY CT N.
COLUMBUS, C

RETURN TO SENDER
GUNNELL
PO BOX 6004
COLUMBUS OH 43206-0004

RETURN TO SENDER

FIAFABF19320911

SUPPLEMENTAL CERTIFICATE OF SERVICE

A copy of the Judgment Entry Dismissing Case for Lack of Jurisdiction was re-sent to:

Brian Gunnell

PO Box 6004

Columbus, OH 43206

This 17th day of July, 2019.

_L. Webster_
DEPUTY CLERK

PC-E-13.6A (Rev. 7-2017)

# PROBATE COURT OF FRANKLIN COUNTY, OHIO
## ROBERT G. MONTGOMERY, JUDGE

ESTATE OF _____ KEVIN BRIAN GUNNELL _____, DECEASED

CASE NO. _____

# CERTIFICATE OF TERMINATION
### [R.C. 2109.301]

I certify I am the executor or administrator and the sole legatee, devisee or heir.

I further certify:

(1)  all debts and claims presented to the estate have been paid in full or settled finally;

(2)  an estate tax return, if required under Chapter 5731 of the Revised Code, has been filed, and any estate tax due under that chapter has been paid;

(3)  all attorney fees have been [check one] ☒ waived by counsel of record, ☐ paid to counsel of record in the amount of $ _____;

(4)  all fiduciary fees have been [check one] ☒ waived by the fiduciary, ☐ paid to the fiduciary in the amount of $ _____.

(5)  all assets remaining after completion of the activities described above have been distributed to myself as the sole legatee, devisee or heir.

_____
Attorney for Fiduciary

_____
Fiduciary

Attorney Registration No _____

# ENTRY

Based upon the above certification it is ordered that the surety, if any, is discharged, and the fiduciary is discharged one year from the date of filing of this certificate.

_____
Robert G. Montgomery
Probate Judge

FRANKLIN COUNTY FORM E-13.6A - CERTIFICATE OF TERMINATION

*591191*     x

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

Date of this notice: 01-31-2018

Employer Identification Number:
98-6087897

001801.824855.472300.19876 1 MB 0.424 530

Form: SS-4

Number of this notice: CP 575 B

KEVIN BRIAN   GUNNELL ESTATE
KEVIN GUNNELL EL EX
2928 SUNBURY CT N
COLUMBUS OH   43219

For assistance you may call us at:
1-800-829-4933

01801

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 98-6087897. This EIN will identify your estate or trust. If you are not the applicant, please contact the individual who is handling the estate or trust for you. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear-off stub and return it to us.

Based on the information received from you or your representative, you must file the following form(s) by the date(s) shown.

        Form 1041                        04/15/2019

If you have questions about the form(s) or the due dates(s) shown, you can call us at the phone number or write to us at the address shown at the top of this notice. If you need help in determining your annual accounting period (tax year), see Publication 538, Accounting Periods and Methods.

We assigned you a tax classification based on information obtained from you or your representative. It is not a legal determination of your tax classification and is not binding on the IRS. If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2004-1, 2004-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue). Note: Certain tax classification elections can be requested by filing Form 8832, Entity Classification Election. See Form 8832 and its instructions for additional information.

FILED #29
DEC 13 2018
Robert G. Montgomery, Judge
Franklin County Probate Court

# PROBATE DIVISON OF COMMON PLEAS COURT
## ROBERT G. MONTGOMERY, ADMINISTRATIVE JUDGE

In the Matter of:

Case No: ~~~~~~

The Estate of KEVIN BRIAN GUNNELL,
DECEASED

**MOTION**

**ORC 2109.301 (B) (2)**

## MOTION PURSUANT TO CLAIMS AND LITIGATION ORC 1337.53

Now comes Kevin Gunnell El as (POA) Power of attorney (fiduciary) but the sole legatee, devisee, or heir and the Executor of the ESTATE- KEVIN BRIAN GUNNELL, DECEASED and move the court to close the ESTATE- KEVIN BRIAN GUNNELL with probate or probate court without delay.

> **31 CFR § 354.1 Definitions of terms.**
> (a) Adverse claim means a claim that a claimant has a property interest in a Security and that it is a violation of the rights of the claimant for another person to hold, transfer, or deal with the Security.

### ADVERSE CLAIM FOR RELIEF

The Magistrate(s) that works in the probate court where you are assigned as clerk in your own court is fraudulently interfering with the (POA) Power of Attorney's right to file a Certificate of Termination pursuant to ORC 2109.301 Administrator or Executor rendering account (B) (2). As stated above it is a violation of the rights of the claimant for another person to hold, transfer, or deal with the Security. The attorney-in-fact Kevin Gunnell El have a property interest in the Security that probate court is holding; dealing with and the Magistrate(s) is refusing to allow for me to file a Certificate of Termination, in order for, that probate can continue to hold, transfer and deal with my property interested Security that would otherwise release my property from Probate Court Administrating over my property interest.

Attached with this motion is an Affidavit in support that all debts and claims presented is paid in full or settled finally.

1

Attached with this motion is a Certificate of Termination and with the support of the Affidavit it shall waive the time requirements of the Certificate of Termination, and there should be no delay to close the Estate with probate court upon 10 days giving through the attached Affidavit without no rebuttal to the attached Affidavit.

Attached with the motion is a UCC document filed with the Secretary of State to support the Executor's claim as secure party and creditor etc. Also attached with this motion is an IRS document to support the Executor's claim.

Respectfully, Submitted

By: _____

Executor of the ESTATE KEVIN BRIAN GUNNELL
2928 Sunbury Ct N
Columbus, Ohio [43219]

591191

™Kevin Gunell© Gunnell El, Secured Party and Creditor
c/o 2928 Sunbury Ct N
Non Domestic
Columbus, Ohio [43219]
Continental America



FILED #29
DEC 1 3 2018
Robert G. Montgomery, Judge
Franklin County Probate Court

**ATTN:** ALL CORPORATE AGENCIES

Date: _12_ (month), _13ᵗʰ_ (day), 2018

Debtor: ™KEVIN BRIAN GUNNELL ©, A LEGAL ENTITY FOR USE IN COMMERCE # **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**

Creditor: ™ Kevin Gunnell © Gunnell El, A Living, Natural Man, and Secured Party.

## AFFIDAVIT OF STATUS AS SECURED PARTY AND CREDITOR

I, **Kevin Gunnell ©**, sole authorized agent for the Debtor and by sovereign administrative judgment hereby serve your office with official notice of my lawful standing as Sovereign Secured Party and Creditor. I have supreme authoritative power of attorney, sole security interest, and am the holder in due course of first right of claim over the Debtor, evidenced by a $100,000,000,000.00 commercial lien. I control all affairs of the Debtor, own all assets of the Debtor, and am exempt from levy and relieved of all liability from the Debtor.

**NOTICE:** The following lawful establishments shall apply upon this notice:

1. All commercial contracts listing the Debtor have been lawfully cancelled, rescinded and revoked and are invalid and unenforceable.
2. As a Sovereign Creditor and Secured Party, I am distinguished and set apart as a separate entity from the Debtor established so by lawful filings into the public and noticed with THE SECRETARY OF STATE, #OH00161096702 and the UNITED STATES TREASURER OFFSET BOND # ENDING 7766. My identity, ™ Kevin Gunnell © Gunnell El, is copy written and no agency or person has authorization to use, disclose, report, list or store my name or my personal information for any purpose. Your agency is hereby ordered by Estoppel to remove all computer entries, records, histories, paper documents, references and details in the name of the Debtor and give notice to The Secured Party addressed below. Failure to comply is considered an International Criminal Action under UNIFORM COMMERCIAL CODES with severe penalty at law.

Page 1 of 2

*591191*

3. No agency or corporate entity shall have jurisdiction over the Secured Party whatsoever. The flesh and blood man, ™ **Kevin Gunnell** © Gunnell El, does not require licenses or permission to exercise any natural right.

If you find this AFFIDAVIT OF STATUS AS SECURED PARTY AND CREDITOR to be in error, send rebuttal of the points herein to the Secured Party and Creditor, signed by an authorized representative or attorney for your corporation under oath and agreement to testify to the facts and understanding before a jury under penalty of perjury.

**Furthermore:** If your corporate agency has any lawful commercial claim against the Sentient, Flesh and Blood, Non-Corporate, Natural Man, **Kevin Gunnell** © Gunnell El, submit it within **(10) Ten days** of the date of this notice to the address below with valid proof of claim.

If an authorized representative of your agency fails to respond with a valid affidavit of truth in the form of a rebuttal or does not or cannot provide a True Bill of Commerce and a Complete Assessment of any commercial claim against my natural being, or you ignore this notice and remain silent without stating your claim for a period of **(10) Ten days**, **THEN YOU ACCEPT MY CLAIM OF LAWFUL ESTABLISHMENTS HEREIN** by *tacit* agreement and **MY AFFIDAVIT STANDS AS TRUTH IN COMMERCE.** Your default under the maxims of law will constitute your AGREEMENT that any alleged claims against this Living, Breathing, Flesh-and-Blood, Sentient, Natural Man, and Sovereign Creditor and Secured Party, **Kevin Gunnell** © **Gunnell El** are unfounded in common law and thus **DO NOT AND CANNOT EXIST.**

Honorably,

Affiant By: _Kevin Gunnell El_

**Kevin Gunnell** © **Gunnell El,** Secured Party, and Creditor
c/o 2928 Sunbury Ct N
Non Domestic
Columbus, Ohio [43219]
Continental North America

Authorized Signature: DEBTOR _Kevin B. Gunnell_

Autograph & Seal By: Secured Party Creditor_____
**WITHOUT PREJUDICE–WITHOUT RECOURSE–NON-ASSUMPSIT**
**All Rights Reserved–Errors & Omissions Excepted**

FILED #29

DEC 13 2018

Robert G. Montgomery, Judge
Franklin County Probate Court

Dated: _18th_ Day of _December_____, 2018

Notary Public's Signature: _____

Notary Public's Seal:



Charlene Rieves
Notary Public, State of Ohio
My Commission Expires 01-30-2023

Page 2 of 2

## MOTU PROPRIO CIVIL ORDERS – Pope Francis Sends Obama Powerful Letter via Attorney [on] July 4th 2014. Valid to all successor(s)

Issued to All Members of the Domestic Police Forces, US Marshals Service, the Provost Marshal, Members of the American Bar Association and the American Armed Services.

These organic American states of the Union known as The United States of America (major) exercising plenary civil power upon the land hereby appoint General Carter F. Ham to lead and command The Grand Army of the Republic (GAR) and its successors under the guidance of the Joint Chiefs of Staff and with their full support.

Should it become necessary to suppress commercial mercenary forces operating under the guise of being federal government agencies including but not limited to the Department of Homeland Security, the Federal Emergency Management Administration, the Internal Revenue Service, the Bureau of Alcohol, Tobacco and Firearms, etc., General Ham shall assume immediate command and control of all armed forces and services owed to The United States of America (major) stationed in North America and shall join them under his

Command as The Grand Army of the Republic. All forces of air, land, and sea are to be employed. Any cost or loss suffered as a result of deployment of The Grand Army of the Republic shall be charged as stipulated prior.

All effort shall be made by The Grand Army of the Republic to spare life and property while undertaking any action whatsoever within the states of the Union without exception. The GAR is uniquely enabled by these Orders to operate on the land of the fifty (50) organic states for the purposes of securing the lives and property of the American States and American State Citizens. The GAR is not a foreign army and is composed primarily of American State Citizens.

If required to take field position, the local commanders shall make every effort to communicate the basis of their authority and the reasons for their presence on American State soil to ensure a prompt cessation of hostilities and a widespread understanding of the usurpations and acts of fraud which have led to any conflict. All parties must be brought to understand the nature of the federal government, the limitations of its authority, and their own obligation to act in favor of the organic states of the Union. The Grand Army of the Republic shall continue to operate under General Order 100 known as the Lieber Code, extant from the pen of the last Republic President, Abraham Lincoln.

No orders, Executive or otherwise, issued by Barack H. Obama pretending authority on the land of the American States while operating as ─President‖ of the UNITED STATES Corporation nor as the

─President‖ of the United States of America (minor) are owed any performance by the Joint Chiefs of Staff, General Ham, or any Ordinary. All plainly stated grants of contractual authority evident in The Constitution for the united States of America remain in place, subject to good faith performance of the accompanying obligations and treaties.

Mr. Obama is the ―President‖ of a governmental services corporation under contract to provide stipulated services to the organic states and is on their payroll. He otherwise acts as a foreign dignitary representing the United States of America (minor). In neither of these capacities is he allowed any granted authority to impose upon American State Citizens, endanger American State property, or command mercenary forces on American State soil — however veiled as federal civilian service agencies. We require the Joint Chiefs of Staff and General Ham to commence measures to disarm federal civilian agency personnel and to seize control of the vast stockpiles of arms which have been improperly amassed by ―the Department of Homeland Security‖, FEMA, and other agencies employed by the UNITED STATES.

The only federal agency allowed free egress on the land of the American States is the U.S. Marshals Service, and then only when their personnel are engaged in their duty to protect the U.S. Mail and sworn to act as constitutional officers. All other federal agency personnel are limited to unarmed service until further notice.

We direct the Joint Chiefs of Staff to communicate these first two General Civil Orders directly to Mr. Obama, the members of the ―US Congress‖, the administrators of all ―federal‖ agencies, the members of the ―Supreme Court‖ and those acting as ―Governors‖ to compel their rapid understanding and cooperation.

Any expense or damage incurred by these organic states or any American State Citizen as a result of actions undertaken by any federal agency personnel acting as armed mercenaries on American State soil will be understood as the result of violent crimes committed against the peaceful inhabitants of the land and will incur immediate judgment liquidating the assets of the International Monetary Fund (IMF) and the Federal Reserve (FEDERAL RESERVE) in payment of the stipulated reparations. Such crimes shall also be considered contract default increasing the public debt subject to bounty.

Any and all corporate officers of the UNITED STATES or any successor organization(s) inheriting ―federal‖ service contracts who support, condone, or promote such crimes against the American States or against American State Citizens shall be subject to arrest and prosecution for commercial and violent crimes. All foreign officials operating as elected or appointed officials of the United States of America (minor) who support, condone, or promote such crimes against the American States or against American State Citizens shall be subject to arrest, confiscation of their assets, and deportation to Puerto Rico, Guam, or such other ―states‖ as may be willing to receive them.

Such ―foreign officials‖ include members of the American and British Bar Associations who were licensed to act as privateers against the interests of the American States and the American State Citizens from 1845 to 2013 in flagrant Breach of Trust. All such licenses are now extinguished. Members of the Bar Associations are required to cease and desist assaults against the American States and American State Citizens and shall be subject to arrest, confiscation, and deportation otherwise.

Insomuch as corporate officers operating the United States of America, Incorporated, and the UNITED STATES have contrived under conditions of fraud and semantic deceit to revenue the

estates of the American States and living American State Citizens to the foreign jurisdiction of the United States of America (minor) they are found guilty of capital crimes, including acts of fraud and treason committed between 1933 and 1945, and are condemned posthumously. Insomuch as elected officials operating the United States of America (minor) have similarly committed war crimes against the American States and their peaceful inhabitants during the same time period, they stand condemned posthumously.

No enforcement upon any American State or American State Citizen is owed as a result of any —Act‖ of any —Congress‖ operating as the sovereign government of the United States of America (minor) nor as the Board of Directors or Board of Trustees of any incorporated entity whatsoever.

All those (E)states and ESTATES erroneously believed to represent the American States and American State Citizens and which were conveyed by fraud and legal deceit to the United States of America (minor) and more recently to the City-State of the United Nations, are re-venued without exception to the geographically defined American States and the American State Citizens where they shall remain in perpetuity as assets belonging to the rightful and lawful beneficiaries.

All legal fiction entities however structured and named after the American States and American State Citizens are returned to them and their control, free and clear of any debt, promise, encumbrance or obligation alleged against them as a result of false claims made —in their behalf‖ by officers of the United States of America, Inc. and the UNITED STATES, INC. or by any foreign officials operating the United States of America (minor), or the United Nations City State falsely claiming to —represent‖ them or have jurisdiction over them

We note that the current circumstance is in part the result of criminal acts engaged in 150 years ago, which resulted in the commercial enslavement of African Americans who were summarily claimed as chattels backing —US government‖ debt in the wake of the Civil War.Despite every act of abolition and declaration of prohibition against both peonage and slavery, it has been the policy of the —US government‖ to enslave its citizens and to operate as a rogue state among the nations of the world. Instead of freeing African Americans the sum total result of the Civil War was to vastly expand public sector ownership of slaves, giving rise to the outrageous and improper claims that have been made against the American States and the American State Citizens that we are dealing with today. It is uniquely fitting that The Grand Army of the Republic is recalled to settle this circumstance in favor of the people.

16038465-1

# United States of America



## DEPARTMENT OF STATE

*To all to whom these presents shall come, Greetings:*

I Certify That the document hereunto annexed is under the Seal of the Secretary of State of the State(s) of Ohio, and that such Seal(s) is/are entitled to full faith and credit.*

*\*For the contents of the annexed document,the Department assumes no responsibility*
*This certificate is not valid if it is removed or altered in any way whatsoever*

In testimony whereof, I, John F. Kerry, Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Assistant Authentication Officer, of the said Department, at the city of Washington, in the District of Columbia, this seventeenth day of June, 2016.

*Issued pursuant to CHXIV. State of Sept. 15, 1789, 1 Stat. 68-69; 22 USC 2657; 22USC 2651a; 5 USC 301; 28 USC 1733 et. seq.; 8 USC 1443(f); RULE 44 Federal Rules of Civil Procedure.*

Secretary of State

By _____

Assistant Authentication Officer,
Department of State

VERIFY PRESENCE OF ODH WATERMARK     HOLD TO LIGHT TO VIEW

*This is a true certification of the name and birth facts as recorded in the office of Vital Statistics. Witness my signature and seal of the Department of Health.*

FEB 1 0 2005

*Sandra Taylor, RHIA*

Local Registrar of Vital Statistics

## OHIO DEPARTMENT OF HEALTH
### DIVISION OF VITAL STATISTICS
### CERTIFICATE OF LIVE BIRTH

Registrar's No. **4613**

Reg. Dist. No. **45**

Primary Reg. Dist. No. **2601**

Birth No. **134 -**

| CHILD—NAME | First **Kevin** | Middle **Brian** | Last **GUNNELL** | DATE OF BIRTH (Month, Day, Year) **April 4, 1969** | HOUR **5:41 A.M.** |
|---|---|---|---|---|---|

| SEX **Single** | THIS BIRTH—SINGLE, TWIN, TRIPLET, ETC. | IF NOT SINGLE BIRTH—Born first, second, etc. | COUNTY OF BIRTH **Franklin** |
|---|---|---|---|

| CITY, VILLAGE, OR LOCATION OF BIRTH **Columbus** | INSIDE CITY LIMITS (If within city or not) **Yes** | HOSPITAL—NAME (If not in hospital, give street and number) **University Hospital** |
|---|---|---|

| MOTHER—MAIDEN NAME First **Carol** | Middle **Arlene** | Last **Cunningham** | AGE (At time of this birth) **29** | STATE OF BIRTH (If not in U.S.A., name country) **Ohio** |
|---|---|---|---|---|

| RESIDENCE—STATE **Ohio** | COUNTY **Franklin** | CITY, VILLAGE, OR LOCATION **Columbus** | INSIDE CITY LIMITS (Specify yes or no) **Yes** | STREET AND NUMBER **1346 Brooks Ave.** |
|---|---|---|---|---|

| FATHER—NAME First **Ronald** | Middle **Leon** | Last **Gunnell** | AGE (At time of this birth) **32** | STATE OF BIRTH (If not in U.S.A., name country) **Ohio** |
|---|---|---|---|---|

| INFORMANT'S NAME OR SIGNATURE **Carol Gunnell** | RELATION TO CHILD **Mother** |
|---|---|

I certify that the above named child was born alive at the place and time and on the date stated above.

SIGNATURE **David B. Peck, M.D.**    DATE SIGNED **4/4/69**

ATTENDANT—M.D., D.O., midwife, other (specify) **M.D.**

CERTIFIER—NAME (Type or Print) **David B. Peck, M.D.**

MAILING ADDRESS (Street or R.F.D. No., City or Village, State, Zip) **#3210 410 W. 10th Ave., Columbus, Ohio**

REGISTRAR—SIGNATURE

DATE RECEIVED BY LOCAL REGISTRAR **APR 2 1 1969**

Doc ID --> 201423800972



| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | PENALTY | CERT | COPY |
|------|-------------|-------------|--------|-------|---------|------|------|
| 08/26/2014 | 201423800972 | FICTITIOUS NAME/ORIGINAL FILING (NFO) | 50.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Receipt
This is not a bill. Please do not remit payment.

KEVIN B. GUNNELL
2928 SUNBURY CT
COLUMBUS, OH 43219

# STATE OF OHIO
## CERTIFICATE

### Ohio Secretary of State, Jon Husted
2321430

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**KEVIN BRIAN GUNNELL**

and, that said business records show the filing and recording of:

Document(s)                                          Document No(s):
**FICTITIOUS NAME/ORIGINAL FILING**                  201423800972
        Effective Date:  08/25/2014

                    KEVIN B. GUNNELL
                    2928 SUNBURY CT
                    COLUMBUS, OH 43219

Expiration Date:      08/25/2019



United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the
Secretary of State at Columbus, Ohio this
26th day of August, A.D. 2014.

*Jon Husted*

**Ohio Secretary of State**

Page 1

Franklin County Ohio Clerk of Courts of the Common Pleas- 2016 Jul 06 11:53 AM-16MS000270

0D133 - D87

AFFIDAVIT OF OWNERSHIP

State of _Ohio_ }

} SS

County of _Franklin_

RE: Birth Certificate

I, the undersigned, of lawful age and being first duly sworn on oath, depose and state that I am familiar with the facts recited, and the party named in said birth certificate is the same party as one of the owners named in said certificate of title.

_____

Signature

Signed and sworn to before me this __29__ day of __June__, 20 _16_

_April 26, 2020_

Notary Public My Commission Expires

0D915 – M50

Franklin County Ohio Clerk of Courts of the Common Pleas- 2017 Nov 28 1:50 PM-16MS000270

# AFFIDAVIT OF OWNERSHIP OF
## CERTIFICATE OF TITLE & REGISTERED SECURITIES

In North America )

} ss.

Land of Ohio )

Social Security Administration

SEP 27 2017

Columbus, OH DTN FO 389

### "Equity is Paramount and Mandatory by Law"

[With Trust]   To all to whom presents shall come, Greetings: **Age of Majority**

I, Kevin B. Gunnell El, a living and Aboriginal native American man established by my Judicial Notice and Proclamation of Nationality, Affidavit of Allodial permit filed and recorded with the county, State and Federal Public Officials, Affiant (hereinafter) Registered Owner), being duly sworn, declare and state that I am of full age of 18 and legally competent, (**Age of Majority**) and do have firsthand knowledge of the facts stated herein and believe these facts to be true and correct to best of my knowledge. I also depose and say that I am the Registered Owner of record UCC1 Financing Statement File # OH00161096702 a Trust and holder of the Certificate Security and/ or Bond with the name as a minor that appears to be like mine without the El on the face of the instrument but error of spelling of the last name showing all caps as GUNNELL (Trust / Estate) by reference to the Official Certificate of live Birth (Title), recorded and filed dated April 4, 1969, in the Office of the Clerk, County of Franklin, land of Ohio, as the same appears to be held for safekeeping by State Registrar of titles, Said Certificate is Valid Instrument and further describes the same property that is an active Trust/ Estate conveyed unto Affiant (Registered Owner as set forth in the above- mentioned Certificate of Title and all financial assets, accounts, registered securities, entitlements, real and other personal property that are associated with said Trust/ Estate (whether now owned or hereafter acquired), further described in the attached Form UCC1 and under Notice of Claim, Affiant (Registered Owner) is the one legally entitled to claim under the SI 01120.205 Uniform to Minors Act/ R.C. 3109.01 Age of Majority and duly authorized to act, appoint, assign, conveyed and/or execute said Trust/ Estate no other parties are allowed without consent from Entitlement Holder/ Registered owner after transfer. [AND IT IS SO ORDERED] 28 U.S.C 1746 (1)

In Witness Whereof: said Affiant (Owner) has hereunto set his hand and seal
Done this _21st_ day of _September_ 2017

By: _____ El
Entitlement Holder Registered Owner

0D915 – M51   Franklin County Ohio Clerk of Courts of the Common Pleas- 2017 Nov 28 1:50 PM-16MS000270

WITNESS:

I declare that Kevin Brian Gunnell El, is personally known to me (or has proven to me on the basis of convincing evidence) to be the Affiant (Registered Owner) that he signed or Acknowledged this "Affidavit of Ownership of Certificate of title &Registered Securities" in my presence, or he appears to be of sound mind and under no duress or undue pressure and/ or influence.

By: _____

Print Name: Frank B. Sullivan IV   Date: 09/21/2017

By: _____

Print Name: James B Saunders     Date: 9-21-17

## 28 U.S.C.1746 (1)

## CERTIFICATE OF ACKNOWLDGMENT

I Certify under penalty of perjury on this date the men/or women named above, in their stated capacity, personally appeared before me and acknowledged that this instrument attached hereto was signed as free and voluntary act and deed for the purposes stated therein under the laws of the United States of America that the forgoing is true, correct Executed on 9/21/17

_____
Authorized Representative /Attorney in Fact

e-Filed Franklin County Probate Court
Submitted – Jan 12 2017 12:16 PM
Filed – Jan 12 2017 12:18 PM - 582686A

# AFFIDAVIT OF OWNERSHIP OF
## CERTIFICATE OF TITLE & REGISTERED SECURITIES

In North America  )

                  } ss.

Land of Ohio  )

### "Equity is Paramount and Mandatory by Law"

[With Trust]        To all to whom presents shall come, Greetings:

I, Kevin B. Gunnell, a living and original native American man established by my Ohio domicile, Affiant (hereinafter) Registered Owner), being duly sworn, declare and state that I am of full age of 18 and legally competent and to have firsthand knowledge of the facts stated herein and believe these facts to be true and correct to best of my knowledge. I also depose and say that I am the Registered Owner of record UCC1 Financing Statement File # OH00161096702 and holder of the Certificate Security and/ or Bond with the name that appears to be like mine on the face of the instrument but error of spelling of the last name showing all caps as GUNNELL (Trust / Estate) by reference to the Official Certificate of live Birth (Title), recorded and filed dated April 4, 1969, in the Office of the Clerk, County of Franklin, land of Ohio, as the same appears to be held for safekeeping by State Registrar of titles, Said Certificate is Valid Trust Instrument and further describes the same property that is an active Trust/ Estate conveyed unto Affiant (Registered Owner as set forth in the above- mentioned Certificate of Title and all financial assets, accounts, registered securities, entitlements, real and other personal property that are associated with said Trust/ Estate (whether now owned or hereafter acquired), further described in the attached Form UCC1 and under Notice of Claim, Affiant (Registered Owner) is the one legally entitled and duly authorized to act, appoint, assign, conveyed and/or execute said Trust/ Estate no other parties are allowed without consent from Entitlement Holder/ Registered owner [AND IT IS SO ORDERED!] 28 U.S.C 1746 (1)

In Witness Whereof; said Affiant (Owner) has hereunto set his hand and seal
Done this __5th__ day of __January__ 2017

By: _____
Entitlement Holder Registered Owner

**WITNESS:**

I declare that <u>Kevin Brian Gunnell,</u> is personally known to me (or has proven to me on the basis of convincing evidence) to be the Affiant (Registered Owner) that he signed or Acknowledged this "Affidavit of Ownership of Certificate of title &Registered Securities" in my presence, or he appears to be of sound mind and under no duress or undue pressure and/ or influence.

By: _____

Print Name: _DEMEHRS AHH_ Date: _1/5/17_

By: _____

Print Name: _Frank B. Sullivan_ Date: _1-5-17_

### 28 U.S.C.1746 (1)

### CERTIFICATE OF ACKNOWLDGMENT

I Certify under penalty of perjury on this date the men/or women named above, in their stated capacity, personally appeared before me and acknowledged that this instrument attached hereto was signed as free and voluntary act and deed for the purposes stated therein under the laws of the United States of America that the forgoing is true, correct Executed on _5th_

_____
**Authorized Representative**

OD915 — M55 Franklin County Ohio Clerk of Courts of the Common Pleas- 2017 Nov 28 1:50 PM-16MS000270



**Ohio Secretary of State**
Central Ohio: (614) 466-3910
Toll Free: 1-877-SOS-FILE (1-877-767-3453)

09/12/2012

KEVIN BRIAN GUNNELL
2926 SUNBURY CT
COLUMBUS , OH   43219

OVER THE COUNTER

Financing Statement Number:  OH00161096702

Miscellaneous Number:  0

Filing Date:  09/07/2012

Document Number:  201225400191

Order Number:  1303616013

Batch Number:  80704193

Debtor Name:  KEVIN BRIAN GUNNELL

Please validate your filing on our Web site at WWW.STATE.OH.US/SOS.

591191

Filed at Ohio Secretary of State 8/2/2018 9:00 AM FILE#SR184346

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Kevin Gunnell El 614-625-4832

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Kevin Brian Gunnell El, KEVIN BRIAN GUNNELL
2928 Sunbury Ct N
Columbus, Ohio 43219

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
OH00161096702

**1b.** ☑ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☑ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.
☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. ☐ DELETE name: Give record name to be deleted in item 6a or 6b. ☑ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

**6. CURRENT RECORD INFORMATION:**

**6a. ORGANIZATION'S NAME**
KEVIN BRIAN GUNNELL

| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

**7a. ORGANIZATION'S NAME**

| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Gunnell El | Kevin | Brian | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 2928 Sunbury Ct. N | Columbus | Oh | [43219] | USA |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| Not Applicable | | ESTATE/TRUST | United States America Republic | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned

## ALL PROPERTY BELONGS TO DEBTOR BELONGS TO SECURED PARTY
## DEBTOR IS A TRANSMITTING UTILITY
## DEBTOR IS A TRUST
## SEE *A* PROPERTY LIST

FILED #29
DEC 13 2018
Robert G. Montgomery, Judge
Franklin County Probate Court

**9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

**9a. ORGANIZATION'S NAME**

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Gunnell El | Kevin | Brian | |

**10. OPTIONAL FILER REFERENCE DATA**
POA UPDATE FINANCING STATEMENT TO BE RECORDED IN REAL ESATE RECORDS

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

**Doc ID –>**    201225400191

# ACKNOWLEDGMENT

Grant of Exclusive Power Of Attorney to Conduct All Tax, Business and Legal Affairs of Grantor

# POWER OF ATTORNEY

1) I, KEVIN BRIAN GUNNELL, DEBTOR and GRANTOR, at, 2926 SUNBURY CT COLUMBUS, OHIO 43219 do hereby appoint, Kevin Brian Gunnell, Secured Party Creditor, and Grantee, and attorney in fact, c/o2926 Sunbury ct Columbus Ohio, Republic; near [43219], Non-Domestic without the US, as my Private attorney in fact, to take exclusive charge of, manage, and conduct all of my tax, business and legal affairs, settle debts, make purchases, etc., and for such purpose to act for me in my name and place, without limitation on the powers necessary to carry out this exclusive Power of Attorney in fact as authorized:

(A)  To take possession of, hold, and manage my real estate and all other property;

(B)  To receive money or property paid or delivered to me from any source;

(C)  To deposit funds into, make withdrawals from, or sign checks or drafts against any account standing in my name individually or jointly in any bank or other depository, to cash coupons, bonds, or certificates of deposits to endorse checks, notes or other documents in my name; to have access to, and to place items in or remove them from, any safety deposit box standing in my name individually, and otherwise to conduct bank transactions or business for me in my name;

(D)  To pay my just debts and expenses, including reasonable expenses incurred by my attorney in fact, Kevin Brian Gunnell, in exercising this exclusive power of attorney;

(E)  To retain any investments, invest, and to invest in stocks, bonds or other securities, or in real estate or other property;

(F)  To give general and special proxies or exercise rights of conversion or rights with respect to shares or securities, to deposit shares or securities with, or transfer them to protective committees or similar bodies, to join in any reorganization and pay assessments or subscriptions called for in connection with shares or securities;

(G)  To sell, exchange, lease, give options, and make contracts concerning real estate or other property for such considerations and on such terms as my attorney in fact, Kevin Brian Gunnell may consider prudent;

(H)  To improve or develop real estate, to construct, alter, or repair building structures and appurtenances or real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant, cultivate, harvest, and sell or otherwise dispose of crops and timber, and do all things necessary or appropriate to good husbandry;

(I)  To provide for the use, maintenance, repair, security, or storage of my tangible property;

(J)  To purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as my attorney in fact, Kevin Brian Gunnell, may consider prudent.

2) The Secured Party Creditor, Kevin Brian Gunnell, named herein and on the Form UCC-1 recorded with the SECRETARY OF STATE of WASHINGTON, is authorized by law to act for and in control of the DEBTOR, KEVIN BRIAN GUNNELL, KEVIN B GUNNELL, KEVIN GUNNELL, or any derivative thereof. In addition, Kevin Brian Gunnell has the exclusive power of attorney to contract for all business and legal affairs of KEVIN BRIAN GUNNEL EBTOR.

3) The term "exclusive" shall be construed to mean that while this power of attorney is in force, only my attorney in fact may obligate me in these matters, and I forfeit the capacity to obligate myself with regard to same. This grant of Exclusive Power is irrevocable during the lifetime of Kevin Brian Gunnell.

**Doc ID -->** 201225400191

Executed and sealed by the voluntary act of my own hand, this 7 day of September, 2012

This instrument was prepared by Kevin Brian Gunnell.

Acceptance:

KEVIN BRIAN GUNNELL                     LS: Ken B. Dunnell
KEVIN BRIAN GUNNELL, GRANTOR                Kevin Brian Gunnell, Grantee

I, the above named exclusive attorney in fact, do
accept the responsibility for the herein-named
DEBTOR-Grantor and will execute the herein
granted Power of Attorney with Due Diligence.

## ACKNOWLEDGEMENT OF NOTARY

State of ___Ohio___ )
                     ) ss.
County of ___Franklin___ )

On the 7th day of September, two thousand-, twelve, before me, Derek Herbruck,
Notary, personally appeared Kevin Brian Gunnell, known to me (or proved to me on the basis of satisfactory
evidence of identification) to be the living man whose name is subscribed upon this instrument and acknowledged to
me that he will execute the same in his authorized capacity; and by his signature on this instrument, Kevin Brian
Gunnell will execute on behalf of the GRANTOR.

Witnessed by my hand and official seal,

Derek Herbruck

My Commission Expires: 2/9/2016

NOTARY SEAL

**DEREK HERBRUCK**
Notary Public, State of Ohio
My Commission Expires
February 09, 2016

Page 10

**e-Filed Franklin County Probate Court**
Submitted - Jan 12 2017 12:16 PM
Filed - Jan 12 2017 12:18 PM - 582686A

AFFIDAVIT OF OWNERSHIP

State of ___Ohio___ }

} SS

County of ___Franklin___

RE: Birth Certificate

I, the undersigned, of lawful age and being first duly sworn on oath, depose and state that I am
familiar with the facts recited, and the party named in said birth certificate is the same party as one
of the owners named in said certificate of title.

_____

Signature

Signed and sworn to before me this ___29___ day of ___June___, 20 16 .

___April   26, 2020___

Notary Public My Commission Expires

# THE DAILY REPORTER

**www.thedailyreporteronline.com**

580 South High Street • Suite 316
Columbus, Ohio 43215-5644
(614) 224-4835
FAX (614) 224-8649
email: legal@thedailyreporteronline.com

Preliminary Proof
For Private Files Only

584867
KEVIN GUNNELL
2928 SUNBURY CT N
COLUMBUS OH 43219

584867
Re: Kevin Brian Gunnell
To: Kevin Brian Gunnell EL

**Franklin County**
**Probate Court**
**Notice of Hearing**
**On Change of Name**
In Re: Change of Name of:
Kevin Brian Gunnell
EL
To: Kevin Brian Gunnell
EL
Case No. 584867
Applicant hereby gives notice to all interested persons that the applicant has filed an Application for Change of Name in Probate Court of Franklin County, Ohio, requesting the change of name of Kevin Brian Gunnell to Kevin Brian Gunnell EL.
The hearing on the application will be held on the 27th day of July, 2017, at 3:00 PM in the Probate Court of Franklin County, located at 373 South High Street, 22nd Floor, Columbus, Ohio 43215-6311.
May 12

The Daily Reporter is publishing, at your request, the Public Notice shown at right. Please examine and advise us of any changes before the next publication. The publication dates are shown at the end of the notice.

Total public notice charge:          $ 30.00