**PRESS FIRMLY TO SEAL**




U.S. POSTAGE PAID
PM 1-Day
COLUMBUS, OH
43207
SEP 10, 19
AMOUNT
**$7.35**
R2304E105014-19

1005    43215

 **UNITED STATES POSTAL SERVICE®**

**FROM:**

**PRIORITY** ★ MAIL ★      **UNITED STATES POSTAL SERVICE®**

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**FROM:**
c/o Kevin Gunnell El
P.O. Box 6004
Columbus, Ohio 43206

# PRIORITY
# MAIL

- Date of delivery specified*
- USPS TRACKING™ included to many major international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs declaration label may be required.

* Domestic only

**TO:** Clerk
United States District court
85 Marconi Blvd Room 121
Columbus, Ohio 43215

To schedule free Package Pickup, scan the QR code.



**USPS.COM/PICKUP**

**EXPECTED DELIVERY DAY: 09/11/19**
**USPS TRACKING NUMBER**

9505 5160 1862 9253 1083 25


PS00001000014

EP14F Oct 2018
OD: 12 1/2 x 9 1/2


* Domestic only.   * For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.