IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISON

FILED
RICHARD W. NAGEL
CLERK OF COURT
2019 SEP 24 PM 1:33
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

Kevin-Brian; Gunnell El
Attorney-in-Fact/Executor, heir
C/o PO BOX 6004
Columbus, Ohio 43216
Moorish American National
First party of interest
        Injured party- Plantiff,
A flesh and blood man with a soul-Foreign Plaintiff,

2: 17 mc 23

Probate case No's 591191
582686A

KEVIN BRIAN GUNNELL- Deceased
**INFANT-ESTATE- CORPORATION-SECURITY**
Registered Trade Name
Post office box 6004
Columbus, Ohio 43216
    Property and Fictitious Name-Entity,

      Vs

28 U.S Code 1333

Robert G. Montgomery dba
ROBERT G. MONTGOMERY
Acting as Probate Clerk of Court,
Administrative Probate Judge,
FRANKLIN COUNTY,
COMMON PLEAS COURT
COLUMBUS, OHIO 43215
        Defendant.

## 7 U.S. Code § 2714.Civil enforcement proceedings.

**(a)Enforcement of orders by district court; referral of civil actions to Attorney General**
The several district courts of the <u>United States</u> are vested with jurisdiction specifically to enforce, and to prevent and restrain any person from violating, any order or regulation made or issued pursuant to this chapter. Enforcement of Canon Laws.
Plaintiff, Moorish American National seeks Enforcement of **Pope Francis civil orders, Pope Francis Sends Obama Powerful Letter via Attorney [on] July 4th 2014. Valid to all successor(s). Plaintiff Kevin Gunnell El brings this cause of action pursuant to 28 U.S. Code § 1333.Admiralty, maritime and prize cases.**
**The district courts shall have original jurisdiction, exclusive of the courts of the States, of:**
**(1)Any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they are otherwise entitled. Etc.**

Moorish National Republic Federal Government
Northwest Amexem/ Northwest Africa/ North America/ The North Gate
Societas Republicae Ea Al Maurikanos
The True and De Jure Al Moroccans (Americans)
The Aboriginal/ Indigeous Natural People of the Land


Kevin-Brian; Gunnell El
Attorney-in-Fact/Executor, heir
C/o PO BOX 6004
Columbus, Ohio 43216                                    2: 17 mc 23
Moorish American National
First party of interest
     Injured party- Plantiff,                   Probate case No's 591191
 A flesh and blood man with a soul-Foreign Plaintiff,                        582686A

KEVIN BRIAN GUNNELL- Deceased
INFANT-ESTATE- CORPORATION-SECURITY
Registered Trade Name
Post office box 6004
Columbus, Ohio 43216
    Property and Fictitious Name-Entity,


       Vs


Robert G. Montgomery dba
ROBERT G. MONTGOMERY
Acting as Probate Clerk of Court,
Administrative Probate Judge,
FRANKLIN COUNTY,
COMMON PLEAS COURT
COLUMBUS, OHIO 43215
       Defendant.


## 7 U.S. Code § 2714.Civil enforcement proceedings.

**(a)Enforcement of orders by district court; referral of civil actions to Attorney General**
The several district courts of the <u>United States</u> are vested with jurisdiction specifically to enforce, and to prevent and restrain any person from violating, any order or regulation made or issued pursuant to this chapter. Enforcement of Canon Laws.
Plaintiff, Moorish American National seeks Enforcement of **Pope Francis civil orders, Pope Francis Sends Obama Powerful Letter via Attorney [on] July 4th 2014. Valid to all successor(s). Plaintiff Kevin Gunnell El brings this cause of action pursuant to 28 U.S. Code § 1333.Admiralty, maritime and prize cases.**

**The district courts shall have original jurisdiction, exclusive of the courts of the States, of: (1)Any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they are otherwise entitled. Etc.**

## Brief History

This is a US Supreme Court case that they try to hide. US Supreme Court of the United States 1795, "In as much as every government is an artificial person, an abstraction, and a creature of the mind only, a government can interface only with other artificial persons. The imaginary, having neither actuality nor substance, is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them." S.C.R. 1795, Penhallow v. Doane's Administrators (3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54).

Particularly note, that the rights of the natural person (American), precede the organization of the state. The common-law rights of the individual are senior to any contrary statutes or regulations (colorable law). The people who masquerade as so-called 'government' have used various means to trick their victims to unwittingly submit to statutory jurisdiction.

Definition of the United States: (15) "United States" means—(A) a Federal corporation; (B) an agency, department, commission, board, or other entity of the United States; or (C) an instrumentality of the United States. http://cfr.law.cornell.edu/uscode/28/usc_sec_28_00003002----000-.html

UNITED STATES OF AMERICA, INC. Non-profit Delaware Corporation, Incorporation Date 4/19/89 File No. 2193946, : UNITED STATES OF AMERICA, INC., :Non-profit Delaware Corporation, :Incorporation :Entity Name: UNITED STATES OF AMERICA, INC., Entity Kind: CORPORATION, Entity Type: RELIGIOUS NONPROFIT. Residency: DOMESTIC State: DE ; Status: VOID TAX INFORMATION Last Annual Report Filed: 1991 http://www.state.de.us/corp/directweb.shtml

U.S.A. is a RELIGIOUS CORPORATION now managed by Queen Elizabeth and UNDER CONTROL OF THE VATICAN. The Pope's laws are obligatory on everyone. (Bened. XIV., De Syn. Dioec, lib, ix., c. vii., n. 4. Prati, 1844) (Syllabus, prop 28, 29, 44). Therefore, ALL said MOORS contracting with the U.S. / U.S.A. are Chattel Property of the Vatican. Go to the www.manta.com website, owned by Dunn & Bradstreet. If you research the private corporation called 'the UNITED STATES Government', you will find that the 'OWNER' is listed as being 'Archbishop Deric J. McLeod, of The Basilica of the National Shrine of the Immaculate Conception, of Washington, D.C. Since Archbishops of the Vatican are sworn to poverty, then, the Archbishop can only be the named agent for the secular (so-called) Roman Empire, situate in the city / state called the Vatican (Papal State). According to "ELEMENTS OF ECCLESIASTICAL LAW" 20: The Pope can abolish any law in the United States. Why, because, it is a Religious Corporation, a said Christian Society now.

The CIVIL ORDERS is written verbatim as written in the Pope's CIVIL ORDERS document. See full copy Civil Orders attached, Plaintiff Kevin Gunnell El certify, backed by his

consent by his affidavit under penalty of perjury that the document is a copy verbatim written by or for the Pope pursuant to Rule 803. Exceptions to the Rule Against Hearsay, Rule 902. Evidence. That Is Self-Authenticating.

Pope Frances being the acting Pope did exactly what is asserted herein, he abolished the assumed laws, statutes, codes in the United States and his, Popes laws are obligatory on everyone in the United States: **MOTU PROPRIO- CIVIL ORDERS – Pope Francis Sends Obama Powerful Letter via Attorney [on] July 4th 2014. Valid to all successor(s).**

## Enforcement of Pope's orders by district court

The Pope's civil orders was, and is a directive, to the officials in this tribunal under its jurisdiction to enforce the Pope's Civil Orders, the Pope asserted in his Civil Orders document:

"Insomuch as corporate officers operating the United States of America, Incorporated, and the UNITED STATES have contrived under conditions of fraud and semantic deceit to revenue the estates of the American States and living American State Citizens to the foreign jurisdiction of the United States of America (minor) they are found guilty of capital crimes, including acts of fraud and treason committed between 1933 and 1945, and are condemned posthumously. Insomuch as elected officials operating the United States of America (minor) have similarly committed war crimes against the American States and their peaceful inhabitants during the same time period, they stand condemned posthumously."

"All those **(E)states** and **ESTATES** erroneously believed to represent the American States and American State Citizens and which were conveyed by fraud and legal deceit to the United States of America (minor) and more recently to the City-State of the United Nations, are re-venued without exception to the geographically defined American States and the American State Citizens where they shall remain in perpetuity as assets belonging to the rightful and lawful beneficiaries."

"All legal fiction entities however structured and named after the American States and American State Citizens are returned to them and their control, free and clear of any debt, promise, encumbrance or obligation alleged against them as a result of false claims made —in their behalf| by officers of the United States of America, Inc. and the UNITED STATES, INC. or by any foreign officials operating the United States of America (minor), or the United Nations City State falsely claiming to —represent| them or have jurisdiction over them."

### CLAIM FOR ENFORCMENT ORDER

Plaintiff El Gunnell Kevin having gone through obstacles to expatriate out the UNITED STATES Corporation (minor).

Plaintiff El Gunnell Kevin Brian having made contracts, UCC Secure Transactions becoming the Power of Attorney/Attorney-in-Fact under Ohio Revised Code ( ORC) secure party/creditor El

Gunnell Kevin Brian over the Debtor-Organization Estate- KEVIN BRIAN GUNNELL on file registered with the Ohio Secretary of State file # OH00161096702; County recorder SR184346.

Plaintiff filed age of majority document and many other expatriate contracts with corporate State of Ohio Franklin County Common Pleas and with Franklin County Probate.

Plaintiff submitted expatriate declaration affidavit pursuant to 8 U.S. Code § 1481.Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof; presumptions to the appropriate UNITED STATES Service Corporation political subdivision. See expatriation declaration affidavit attached.

Plaintiff Kevin Gunnell El assumed he was protected as being a secure party/ creditor, Secure Transaction UCC business Contracts, not including other contracts and documents to protect his human rights.

Plaintiff is afraid for his life, liberty and property after witnessing the fraud and the deceit the Pope asserted in his civil Orders and the Perfidy as asserted in the Canon Laws (e.g. foreign officials member of the American Bar Association/ Ohio Bar Association by fraud and in flagrant breach of Trust against the so call African American, (misnomer) to Moorish American National El Robinson Sterling Galen a Secure Party/Creditor too, with matching equal amount of documents, affidavits as Mr. Gunnell El that rescinded all of his contracts with the UNITED STATES service Corporation (minor), he Mr. Robinson El being the Power of Attorney/ Attorney-in-Fact over his Estate etc.

Plaintiff Kevin Gunnell El witness the foreign official Jaiza N. Page pretending to be a judge in the franklin County Common Pleas municipality without an license, as her license was extinguished per Orders by the Pope that he asserted in his civil orders: "Such —foreign officials‖ include members of the American and British Bar Associations who were licensed to act as privateers against the interests of the American States and the American State Citizens from 1845 to 2013 in flagrant Breach of Trust. All such licenses are now extinguished. Members of the Bar Associations are required to cease and desist assaults against the American States and American State Citizens and shall be subject to arrest, confiscation, and deportation otherwise."

"ELEMENTS OF ECCLESIASTICAL LAW" The actual subject material of the canons is not just doctrinal or moral in nature, but all-encompassing of the human condition. It has all the ordinary elements of a mature legal system: laws, courts, lawyers, judges.

The Canon Laws govern the UNITED STATES corporation, when Plaintiff witness the U.S. Constitution Article VI that states: This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding. Being violated Plaintiff Kevin Gunnell El was scared for his life and liberty when the foreign official not having a license committed Perfidy.

The Covenant (Treaty) Canons of Positive Law Article 138-Perfidy Canon 1601 Perfidy is the deliberately deceitful act of falsely making a promise, a vow, allegiance or agreement for the purpose of gaining proximity and trust in order to undertake an act of treachery and great injury.

Canon 1602 Perfidy is one of the most heinous acts against the law and society in that a person deliberately uses the good faith and trust of others against them, thus creating confusion, further mistrust and turmoil.

Canon 1603 Of all the persons and inferior juridic persons that have existed, there exists two classes of persons who have consistently demonstrated continued acts of perfidy against virtually every society and community, with apparent immunity within the framework of inferior Roman Law: the Banking class and the Bar Associations.

Canon 1604 The Banking class of families sharing long history of creating, owning and controlling financial institutions are the single greatest source of acts of Perfidy than every other class of professions and persons combined, excluding the Bar Associations. As a result, this Banking class sharing common ancestry and cultural heritage have been responsible for more wars, genocides, recessions, depressions and global misery than all the worst dictators of history.

Canon 1605 Second to the Banking class of families, the Bar Association are the second greatest source of acts of Perfidy, usually working closely in support of the Banking class.

Canon 1606 In accordance with these Canons and the sacred Covenant Pactum De Singularis Caelum and as penalty for their historic Perfidy, no person whose father, grandfather or great grandfather was a director of a bank or major shareholder of a bank is permitted to hold any position of any financial institution, nor may any of their family be involved in banking for seven generations that follow.

Canon 1607 In accordance with these Canons and the sacred Covenant Pactum De Singularis Caelum and as penalty for their historic Perfidy, no person who is a member of a Bar Association is permitted to hold any position at law including judge, magistrate, barrister, attorney, lawyer, clerk or assistant.

**Roman canon law is a fully developed legal system, with all the necessary elements: courts, lawyers, judges, a fully articulated legal code principles of legal interpretation, and coercive penalties, though it lacks civilly-binding force in most secular jurisdictions. It lacks civilly-binding force in the United States America (major) the United States of America Republic. The canon laws have civilly- binding force on the United States Corporation (minor).**

### III. Rights
**3.2 Rights Suspension and Corruption**
**Article 99-Estate: See copy of canon laws attached for enforcement**
**Article 100-Cestui Que Vie Trust See copy of canon laws attached:**

The Canon Laws attached further support the fraud and deceit the Pope asserted in his Civil Orders.

### ORC Chapter 1707: SECURITIES

Estate ESTATE is the birth certificate, the birth certificate is the settlement certificate, the settlement certificate is the birth certificate, the Estate is bank note, the bank note is a financial asset the financial asset is the Security.

The so called Judges, magistrate, attorney, lawyer, clerk without a license and oath of office is using individual Estate(s)-bank note; creating bonds and with no delegation of authority is kidnapping and locking up the real man or women in jail or prison without no consent, that constitute human trafficking, the Pope exposed the United States service corporation (minor) when he asserted in his civil orders:

"We note that the current circumstance is in part the result of criminal acts engaged in 150 years ago, which resulted in the commercial enslavement of African Americans who were summarily claimed as chattels backing —US government‖ debt in the wake of the Civil War.Despite every act of abolition and declaration of prohibition against both peonage and slavery, it has been the policy of the —US government‖ to enslave its citizens and to operate as a rogue state among the nations of the world. Instead of freeing African Americans the sum total result of the Civil War was to vastly expand public sector ownership of slaves, giving rise to the outrageous

and improper claims that have been made against the American States and the American State Citizens that we are dealing with today. It is uniquely fitting that The Grand Army of the Republic is recalled to settle this circumstance in favor of the people."

## REMEDY FOR ENFORCEMENT ORDER

The ECCLESIASTICAL Probate court, foreign officials, pursuant to ORC 2109.301 B (2) have a duty to terminate the Cestui Que (Vie) Trust for the Estate-birth certificate Bank Note, a security that's being used for profit for the corporation (minor) working closely with the banks but causing injury to the real man or women.

The Pope's civil orders supersedes the ORC 2109.301 B (2) them procedures under that code is not warranted; therefore, officials can directly terminate their Administration or Executor relationship over the Estate assigned the Social Security Number (SSN) that the Pope asserted was a fraud in his civil orders, terminate the Certificate/Estate and return it to the rightful owners as ordered by the Pope.

Canon 1303 Any Administrator or Executor that refuses to immediately dissolve a Cestui Que (Vie) Trust, upon a Person establishing their status and competency, is guilty of fraud and fundamental breach of their fiduciary duties requiring their immediate removal and punishment. See attached Probate official Robert G. Montgomery judgment order that refuses to immediately dissolve the Cestui Que (Vie) Trust of the KEVIN BRIAN GUNNELL ESTATE.

For the above forgoing reason it is imperative that the officials that's aware of this case enforce the Pope's civil orders and order the inferior corporate probate court officials (corporate state of Ohio) to terminate Plaintiff Kevin Gunnell El (Estate) ESTATE-Birth certificate, and an order to update and correct the birth record of him Kevin Gunnell El being a Moor upon termination and return the estate, KEVIN BRIAN GUNNELL Estate forthwith, it is so ORDERED.

Plaintiff Kevin Gunnell El is aware that Secretary of Agriculture is an agriculture ministry, minister for agriculture within a religious corporation.

28 U.S. Code § 1746. (1) Unsworn declarations under penalty of per-jury
Wherever, under any law of the United States or under any rule, regulation, order, or requirement made pursuant to law, any matter is required or permitted to be supported, evidenced, established, or proved by the sworn declaration, verification, certificate, statement, oath, or affidavit, in writing

of the person making the same (other than a deposition, or an oath of office, or an oath required to be taken before a specified official other than a notary public), such matter may, with like force and effect, be supported, evidenced, established, or proved by the unsworn declaration, certificate, verification, or statement, in writing of such person which is subscribed by him, as true under penalty of perjury, and dated, in substantially the following form:

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 9/23/2019

By _____

Respectfully Submitted

_Kevin_Gunnell El_____
C/o Kevin Gunnell El Ex
PO Box 6004
Columbus, Ohio 43206- 9998


## CERTIFICATE OF SERVICE

**I certify a true copy of the Civil enforcement proceedings was sent to Robert G. Montgomery at Franklin County probate court 373 south High Street 22nd Floor Columbus, Ohio 43215-6311 by via U.S Mail Postal Service on 9/23/2019 and a true copy was sent by via U.S. Mail Postal Service to the United States District court clerk at 85 Marconi Blvd Room 121, Columbus, Ohio 43215.**

_Kevin Gunnell El_____

## MOTU PROPRIO CIVIL ORDERS – Pope Francis Sends Obama Powerful Letter via Attorney [on] July 4th 2014. Valid to all successor(s)

Issued to All Members of the Domestic Police Forces, US Marshals Service, the Provost Marshal, Members of the American Bar Association and the American Armed Services.

These organic American states of the Union known as The United States of America (major) exercising plenary civil power upon the land hereby appoint General Carter F. Ham to lead and command The Grand Army of the Republic (GAR) and its successors under the guidance of the Joint Chiefs of Staff and with their full support.

Should it become necessary to suppress commercial mercenary forces operating under the guise of being federal government agencies including but not limited to the Department of Homeland Security, the Federal Emergency Management Administration, the Internal Revenue Service, the Bureau of Alcohol, Tobacco and Firearms, etc., General Ham shall assume immediate command and control of all armed forces and services owed to The United States of America (major) stationed in North America and shall join them under his

Command as The Grand Army of the Republic. All forces of air, land, and sea are to be employed. Any cost or loss suffered as a result of deployment of The Grand Army of the Republic shall be charged as stipulated prior.

All effort shall be made by The Grand Army of the Republic to spare life and property while undertaking any action whatsoever within the states of the Union without exception. The GAR is uniquely enabled by these Orders to operate on the land of the fifty (50) organic states for the purposes of securing the lives and property of the American States and American State Citizens. The GAR is not a foreign army and is composed primarily of American State Citizens.

If required to take field position, the local commanders shall make every effort to communicate the basis of their authority and the reasons for their presence on American State soil to ensure a prompt cessation of hostilities and a widespread understanding of the usurpations and acts of fraud which have led to any conflict. All parties must be brought to understand the nature of the federal government, the limitations of its authority, and their own obligation to act in favor of the organic states of the Union. The Grand Army of the Republic shall continue to operate under General Order 100 known as the Lieber Code, extant from the pen of the last Republic President, Abraham Lincoln.

No orders, Executive or otherwise, issued by Barack H. Obama pretending authority on the land of the American States while operating as —Presidentl of the UNITED STATES Corporation nor as the

—Presidentl of the United States of America (minor) are owed any performance by the Joint Chiefs of Staff, General Ham, or any Ordinary. All plainly stated grants of contractual authority evident in The Constitution for the united States of America remain in place, subject to good faith performance of the accompanying obligations and treaties.

1

Mr. Obama is the —President‖ of a governmental services corporation under contract to provide stipulated services to the organic states and is on their payroll. He otherwise acts as a foreign dignitary representing the United States of America (minor). In neither of these capacities is he allowed any granted authority to impose upon American State Citizens, endanger American State property, or command mercenary forces on American State soil — however veiled as federal civilian service agencies. We require the Joint Chiefs of Staff and General Ham to commence measures to disarm federal civilian agency personnel and to seize control of the vast stockpiles of arms which have been improperly amassed by —the Department of Homeland Security‖, FEMA, and other agencies employed by the UNITED STATES.

The only federal agency allowed free egress on the land of the American States is the U.S. Marshals Service, and then only when their personnel are engaged in their duty to protect the U.S. Mail and sworn to act as constitutional officers. All other federal agency personnel are limited to unarmed service until further notice.

We direct the Joint Chiefs of Staff to communicate these first two General Civil Orders directly to Mr. Obama, the members of the —US Congress‖, the administrators of all —federal‖ agencies, the members of the —Supreme Court‖ and those acting as —Governors‖ to compel their rapid understanding and cooperation.

Any expense or damage incurred by these organic states or any American State Citizen as a result of actions undertaken by any federal agency personnel acting as armed mercenaries on American State soil will be understood as the result of violent crimes committed against the peaceful inhabitants of the land and will incur immediate judgment liquidating the assets of the International Monetary Fund (IMF) and the Federal Reserve (FEDERAL RESERVE) in payment of the stipulated reparations. Such crimes shall also be considered contract default increasing the public debt subject to bounty.

Any and all corporate officers of the UNITED STATES or any successor organization(s) inheriting —federal‖ service contracts who support, condone, or promote such crimes against the American States or against American State Citizens shall be subject to arrest and prosecution for commercial and violent crimes. All foreign officials operating as elected or appointed officials of the United States of America (minor) who support, condone, or promote such crimes against the American States or against American State Citizens shall be subject to arrest, confiscation of their assets, and deportation to Puerto Rico, Guam, or such other —states‖ as may be willing to receive them.

Such —foreign officials‖ include members of the American and British Bar Associations who were licensed to act as privateers against the interests of the American States and the American State Citizens from 1845 to 2013 in flagrant Breach of Trust. All such licenses are now extinguished. Members of the Bar Associations are required to cease and desist assaults against the American States and American State Citizens and shall be subject to arrest, confiscation, and deportation otherwise.

Insomuch as corporate officers operating the United States of America, Incorporated, and the UNITED STATES have contrived under conditions of fraud and semantic deceit to revenue the estates of the American States and living American State Citizens to the foreign jurisdiction of the United States of America (minor) they are found guilty of capital crimes, including acts of fraud and treason committed between 1933 and 1945, and are condemned posthumously. Insomuch as elected officials operating the United States of America (minor) have similarly committed war crimes against the American States and their peaceful inhabitants during the same time period, they stand condemned posthumously.

No enforcement upon any American State or American State Citizen is owed as a result of any —Actǁ of any —Congressǁ operating as the sovereign government of the United States of America (minor) nor as the Board of Directors or Board of Trustees of any incorporated entity whatsoever.

All those (E)states and ESTATES erroneously believed to represent the American States and American State Citizens and which were conveyed by fraud and legal deceit to the United States of America (minor) and more recently to the City-State of the United Nations, are re-venued without exception to the geographically defined American States and the American State Citizens where they shall remain in perpetuity as assets belonging to the rightful and lawful beneficiaries.

All legal fiction entities however structured and named after the American States and American State Citizens are returned to them and their control, free and clear of any debt, promise, encumbrance or obligation alleged against them as a result of false claims made —in their behalfǁ by officers of the United States of America, Inc. and the UNITED STATES, INC. or by any foreign officials operating the United States of America (minor), or the United Nations City State falsely claiming to —representǁ them or have jurisdiction over them

We note that the current circumstance is in part the result of criminal acts engaged in 150 years ago, which resulted in the commercial enslavement of African Americans who were summarily claimed as chattels backing —US governmentǁ debt in the wake of the Civil War.Despite every act of abolition and declaration of prohibition against both peonage and slavery, it has been the policy of the —US governmentǁ to enslave its citizens and to operate as a rogue state among the nations of the world. Instead of freeing African Americans the sum total result of the Civil War was to vastly expand public sector ownership of slaves, giving rise to the outrageous and improper claims that have been made against the American States and the American State Citizens that we are dealing with today. It is uniquely fitting that The Grand Army of the Republic is recalled to settle this circumstance in favor of the people.

3

INA: ACT 349- LOSS OF NATIONALITY BY NATIVE-BORN OR NATURALIZED CITIZEN

SEC.349. [8 U.S.C. 1481]

"I Kevin Brian: Gunnell El, being duly sworn, does hereby declare my nationality as a Moor, Moorish, Muur Aboriginal Indigenous National and not a citizen of the United States"

I Am: _Kevin Brian: Gunnell El_

Kevin Brian: Gunnell El (In Propria Persona) Authorized Representative
All rights reserved, Without Prejudice UCC 1-207, 1-308

## ACKNOWLEDGEMENTS

As a Notary Public, and an Officer of the Court, I hereby Certify that the living soul, Kevin Brian: Gunnell El, appeared before me voluntarily and I place my hand and seal hereon as an authentic act as Notary Public.

_Kevin Hoston_     Date 12-26-17

**Notary Public**

My Commission Expires: Mar 5. 2020

_Shawna Bush El_     Date 12-26-17

**Aboriginal Indigenous National Witness**

Registered Mail # 2315 0610 0000 1004 5408
Notice to Agent is Notice to Principal
Notice to Principal is Notice to Agent

## U.S. DEPARTMENT OF STATE

Kevin B. Gunnell El
Aboriginal/ Indigenous
c/o2928 Sunbury Ct N
Columbus, Ohio [43219]

Rex W. Tillerson
3290 Hermosillo Place
Washington, DC 20521-3290

Re: **Renounce U.S. Citizenship.**

Dear Mr. Tillerson.

Enclosed please find my Judicial Notice and Proclamation of Nationality Affidavit Writ, and my Public Notice Affidavit of Allodial Permit Political Status, Free Simple Absolute. Also please find the Power of Attorney contract and over the counter document from the Ohio Secretary of State. The Enclosed Power of Attorney gives me the right to represent the real 14th amendment citizen, Artificial Person/ Debtor.

The enclosed Affidavits / writ and contract should demonstrate that I, Kevin B. Gunnell El do hereby renounce U.S. Citizenship and upon my Inherited Nobility, and upon my Private Aboriginal/ Indigenous, Proper Person full life Status and Commercial Liability do hereby renounce U.S. Citizenship. I never agreed to be a 14th amendment Citizen or Artificial person/ entity; however, this was something that was forced upon me being born no birthright etc... My power of Attorney contract is part of my Trust that's recorded and filed with public records.

I respectfully request that my status is corrected and updated accordingly.

28 U.S.C 1746(1)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct Executed on 5/8/2017

Case: 2:17-mc-00023-ALM-KAJ Doc #: 3 Filed: 09/24/19 Page: 15 of 22 PAGEID #: 77

# Canonum De Ius Positvum
## Canons of Positive Law

**ONE-HEAVEN.ORG**
United States of Spirit·



## III. Rights

3.2 Rights Suspension and Corruption

## Article 100-Cestui Que Vie Trust

### Canon 1283

A **Cestui Que Vie Trust** is a fictional concept being a Temporary Testamentary Trust, first created during the reign of Henry VIII of England through the Cestui Que Vie Act of 1540 and updated by Charles II through the Cestui Que Vie Act of 1666 wherein an Estate may be effected for the Benefit of a Person presumed lost or abandoned at "sea" and therefore assumed "dead" after seven (7) years. Additional presumptions by which such a Trust may be formed were added in later statutes to include bankrupts, minors, incompetents, mortgages and private companies.

### Canon 1284

The original purpose and function of a Cestui Que (Vie) Trust was to form a temporary Estate for the benefit of another because some event, state of affairs or condition prevented them from claiming their status as living, competent and present before a competent authority. Therefore, any claims, history, statutes or arguments that deviate in terms of the origin and function of a Cestui Que (Vie) Trust as pronounced by these canons is false and automatically null and void. A Cestui Que (Vie) Trust may only exist for seventy (70) years being the traditional accepted "life" expectancy of the estate.

### Canon 1285

A Beneficiary under Estate may be either a Beneficiary or a Cestui Que (Vie) Trust. When a Beneficiary loses direct benefit of any Property of the higher Estate placed in Cestui Que (Vie) Trust on their behalf, they do not "own" the Cestui Que (Vie) Trust and are only the beneficiary of what the Trustees of the Cestui Que (Vie) Trust choose to provide them.

### Canon 1286

As all Cestui Que (Vie) Trusts are created on one or more presumptions based on its original purpose and function, such a Trust cannot be created if none of these presumptions can be proven to exist.

### Canon 1287

The Trust Corpus created by a Cestui Que (Vie) is also known as the Estate from two Latin words e+statuo literally meaning "by virtue of decree, statute or judgment". However, as the Estate is held in a Temporary not permanent Trust, the (Corporate) Person as Beneficiary is entitled only to equitable title and the use of the Property, rather than legal title and therefore ownership of the Property. Only the Corporation, also known as Body Corporate, Estate and Trust Corpus of a Cestui Que (Vie) Trust possesses valid legal personality.

## Canon 1288

The Property of any Estate created through a Temporary (Testamentary) Trust may be regarded as under "Cestui Que Use" by the Corporate Person, even if another name or description is used to define the type of trust or use. Therefore "Cestui Que Use is not a Person but a Right.

## Canon 1289

The Corporate Person being the Estate of a Cestui Que (Vie) Trust can never be considered as the Person for whose benefit the Trust is Created, but a dead body representing a "likeness" of the deceased body of the missing Person of the Beneficiary in whose name the Cestui Que (Vie) Trust was originally formed.

## Canon 1290

As all Cestui Que (Vie) Trusts are (temporary) Testamentary Trusts holding Estate, a valid certificate or instrument is required to be issued for their birth technically declaring the true Beneficiary "dead" until their return. If a private company, it is a Certificate of Incorporation.

## Canon 1291

Under the fundamental rules of Cestui Que Vie Trusts, a Birth Certificate of the Body Corporate being the Estate of a Cestui Que (Vie) Trust is invalid if it does not make plain the status of the relevant Beneficiary as "dead" until their return including how the certificate may be redeemed and the Trust and Estate dissolved upon their return.

## Canon 1292

Since 1933, when a child is borne in a State (Estate) under inferior Roman law, three (3) Cestui Que (Vie) Trusts are created upon certain presumptions, specifically designed to deny the child forever any rights of Real Property, any Rights as a Free Person and any Rights to be known as man and woman rather than a creature or animal, by claiming and possessing their Soul or Spirit.

Case: 2:17-mc-00023-ALM-KAJ Doc #: 3 Filed: 09/24/19 Page: 17 of 22 PAGEID #: 79

### Canon 1293

Since 1933, upon a new child being borne, the Executors or
Administrators of the higher Estate willingly and knowingly convey
the beneficial entitlements of the child as Beneficiary into the 1st
Cestui Que (Vie) Trust in the form of a Registry Number by registering
the Name, thereby also creating the Corporate Person and denying the
child any rights as an owner of Real Property.

### Canon 1294

Since 1933, when a child is borne, the Executors or Administrators of
the higher Estate knowingly and willingly claim the baby as chattel to
the Estate. The slave baby contract is then created by honoring the
ancient tradition of either having the ink impression of the feet of the
baby onto the live birth record, or a drop of its blood as well as
tricking the parents to signing the baby away through the deceitful
legal meanings on the live birth record. This live birth record as a
promissory note is converted into a slave bond sold to the private
reserve bank of the estate and then conveyed into a 2nd and separate
Cestui Que (Vie) Trust per child owned by the bank. Upon the
promissory note reaching maturity and the bank being unable to
"seize" the slave child, a maritime lien is lawfully issued to "salvage"
the lost property and itself monetized as currency issued in series
against the Cestui Que (Vie) Trust.

### Canon 1295

Since 1540 and the creation of the 1st Cestui Que Act, deriving its
power from the Papal Bull of Roman Cult leader Pope Paul III of the
same year, whenever a child is baptized and a Baptismal Certificate is
issued, the parents have knowingly or unknowingly gifted, granted
and conveyed the soul of the baby to a "3rd" Cestui Que Vie Trust
owner by Roman Cult, who has held this valuable property in its
vaults ever since. Since 1816, this 3rd Crown of the Roman Cult and
3rd Cestui Que Vie Trust representing Ecclesiastical Property has
been managed by the Temple Bar and subsequent Bar Associations
representing the reconstituted "Galla" responsible as Grim Reapers
for reaping the souls.

### Canon 1296

Each Cestui Que Vie Trust created since 1933 represents one of the 3
Crowns representing the 3 claims of property of the Roman Cult,
being Real Property, Personal Property and Ecclesiastical Property
and the denial of any rights to men and women, other than those
chosen as loyal members of the society and as Executors and
Administrators.

### Canon 1297

The Three (3) Cestui Que Vie Trusts being the specific denial of rights
of Real Property, Personal Property and Ecclesiastical Property for
most men and women, corresponds exactly to the three forms of law

available to the Galla of the Bar Association Courts. The first form of law being corporate commercial law is effective because of the 1st Cestui Que Vie Trust. The second form of law being maritime and canon law is effective because of the 2nd Cestui Que Vie Trust. The 3rd form of law being Talmudic law is effective because of the 3rd Cestui Que Vie Trust of Baptism.

### Canon 1298

In societies controlled by Inferior law, when a man or woman physically dies without ever having dissolved their Cestui Que (Vie) Trusts, the property of the Temporary Testamentary Trust is conveyed into a permanent Testamentary Trust and a formal Death Certificate is issued

### Canon 1299

The creation of a Cestui Que (Vie) Trust and Estate is unlawful if a valid Birth Certificate is not issued to the next of kin of the relevant "missing" and "presumed dead" Beneficiary, including clear instruction on how it may be redeemed and the trust dissolved upon their return or reaching majority.

### Canon 1300

Failure to disclose, or admit upon request the existence of a Cestui Que (Vie) Trust instead of Beneficiary relationship to an Estate constitutes a fundamental breach of duties of any Administrator or Executor of the Estate and a most serious fraud requiring their immediate removal and punishment.

### Canon 1301

Under their solemn obligations and duties as Trustee, it is the sole responsibility at first opportunity of any Administrator or Executor not the Person before them to offer remedy and relief to re-establish their competency, living status and return thus extinguishing any Cestui Que (Vie) Trusts and returning any remaining assets to the Person.

### Canon 1302

Upon a Person fulfilling the requirements to re-establish their status and competency, the relevant Administrator and Executor is duty bound to dissolve the Cestui Que (Vie) Trust as it has been proven to have been created on one or more errors of presumption. It is immaterial to the dissolution of any Cestui Que (Vie) Trust and Estate if a Person, upon proving the necessary errors of presumption, returns any or all copies of the Birth Certificate of the Trust and Body Corporate.

### Canon 1303

Any Administrator or Executor that refuses to immediately dissolve a
Cestui Que (Vie) Trust, upon a Person establishing their status and
competency, is guilty of fraud and fundamental breach of their
fiduciary duties requiring their immediate removal and punishment.

### Canon 1304

Failure to provide a full accounting of the former Estate of a dissolved
Cestui Que (Vie) Trust, including the return of any remaining assets to
the Beneficiary constitutes both theft and fraud by the Administrators
and the Executors.

<<Previous    Continue>>

Copyright © *ab initio* One-Heaven.Org. All Rights reserved.



Case: 2:17-mc-00023-ALM-KAJ Doc #: 3 Filed: 09/24/19 Page: 20 of 22 PAGEID #: 82

**Canonum De Ius Positvum**
**Canons of Positive Law**

**ONE-HEAVEN.ORG**
United States of Spirits

## III. Rights

### 3.2 Rights Suspension and Corruption

### Article 99-Estate

#### Canon 1269

Estate, also known as "allodium" is a fictional concept first created from Latin during the reign of Henry VIII of England through Statutes concerning Wills and of Uses (Property) and the Cestui Que Vie Act of 1540 to describe the artificial creation of a Trust Corpus of a Temporary Testamentary Trust, also known as a Cestui Que Vie Trust upon one or more presumptions. Hence the word Estate is derived from two Latin words e+statuo literally meaning "by virtue of decree, statute or judgment".

#### Canon 1270

The word Estate is equivalent to Trust Corpus, except Estate specifically and always defines a trust corpus created by artificial means through Cestui Que Vie Trust rather than by the operation of will through vow, oath and agreement of two living beings. Estate cannot be used to describe the trust corpus of a living trust or natural testamentary trust.

#### Canon 1271

Unlike a normal Testamentary Trust, an Estate through a Cestui Que Vie Trust may come into existence without the need for the Grantor, known as the Testator to be deceased.

#### Canon 1272

The granting of Benefits from an Estate to Beneficiaries is at the discretion of the Trustees of a Cestui Que Vie Trust known as the Executors, also called Executives appointed by the Trustees in accordance with the terms of the Deed and Will of the Estate. A Beneficiary of an Estate is always the same as a Beneficiary of a Cestui Que (Vie) Trust.

#### Canon 1273

The Deed and Will of an Temporary Testamentary Trust, also known as a Cestui Que Vie Trust that forms an Estate is also known as a Constitution or Statute. Statute, Constitution and Estate are all derived from the same Latin root word *statuo*.

Case: 2:17-mc-00023-ALM-KAJ Doc #: 3 Filed: 09/24/19 Page: 21 of 22 PAGEID #: 83

### Canon 1274

The term Estate is a description of the formation of an artificial trust corpus and so as a term is devoid of legal personality. Instead, it is the body being the corpus or corporation of the trust corpus that is recognized as a valid legal entity, having legal personality.

### Canon 1275

Any Corporation or Body Corporate also known as a State or Estate must by definition belong to a Cestui Que Vie Trust in accordance to a particular Constitution or Statute as its Deed and Will.

### Canon 1276

Unlike a perpetual and natural Testamentary Trust whereby the Testator nominates the office of Executor, under a Cestui Que Vie Trust, it is the Trustees who hold sole power to appoint the office of Executor to themselves or another to administer an Estate. A person who seeks to usurp the Trustees and unlawfully claim the office of Executor without permission is known as an *Executor De Son Tort* and may be charged with fraud.

### Canon 1277

Property held in Estates are considered either Real or Personal. Real Estate consists of the first right of use by the Estate in land or freeholds which descend to Heirs and may be subsequently leased to Beneficiaries. Personal Estate consists in chattels or movables which go to Executors and their Administrators who may then lease them to Beneficiaries for use.

### Canon 1278

As every Estate requires the existence of a Trust prior to its existence, an Estate can never hold Real Property. Real Estate implies merely first right of use within the constraints of the Estate, whereas Real Property implies the first right of use of a physical object or concept above all other claims.

### Canon 1279

The maximum allowable interest of Real Estate is Fee Simple, also known as Freehold which may be of potentially infinite duration, a life Estate or an Estate for a predetermined number of years. The Owner of Freehold may then typically create smaller Estates from their land known as Leaseholds.

### Canon 1280

There are only two modes of acquiring Title to Real Estate, either by

Case: 2:17-mc-00023-ALM-KAJ Doc #: 3 Filed: 09/24/19 Page: 22 of 22 PAGEID #: 84

descent as an Heir or by Purchase. When a Person acquires Real
Estate by descent they are considered an Heir and when it is acquired
by purchase they are a Purchaser.

### Canon 1281

Consistent with their membership to the Society of One Heaven and
in accordance with the sacred covenant Pactum De Singularis Caelum,
all members who are recognized as continuing to possess real legal
rights as deceased testators hereby order the executors and
administrators of their estates to obey their will and convey all estates
into lawful and valid Trusts consistent with these canons.

### Canon 1282

The existence of Deceased Estate Trusts, also known as Temporary
Testamentary Trusts, also known as Cestui Que Vie Trusts are
forbidden beyond the Day of Redemption.

<<Previous    Continue>>

Copyright © *ab initio* One-Heaven.Org. All Rights reserved.