**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE:                                          Civil Action 2:17-mc-23
                                                                 Chief Judge Algenon L. Marbley
KEVIN BRIAN GUNNELL EL                Magistrate Judge Jolson

**ORDER**

Plaintiff, proceeding *pro se*, filed this action seeking declaratory and injunctive relief against Franklin County Probate, Franklin County Common Pleas Probate Court, and Franklin County Probate Clerk Robert G. Montgomery. (*Id*. at 2). While not entirely clear, Plaintiff's Complaint seems to be based on his allegations that he is a "Moorish American National," who has a right to retain gold taken allegedly taken from "the people" in 1933. (*Id*. at 3). He also claims that Franklin County Probate Clerk Robert G. Montgomery committed "fraud and deceit" "as asserted and confirmed by the Pope's civil orders." (*Id*. at 12).

It is unclear why Plaintiff filed this case as a miscellaneous matter, which is an ancillary and supplementary proceeding related to other cases filed in federal courts. This action does not appear to be related to another case filed in federal court, nor have similar actions been filed as miscellaneous cases. Thus, Plaintiff is **ORDERED** to show good cause within fourteen days why this action should remain as a miscellaneous action and why he should not be charged the full civil filing fee of $400, or in the alternative, be required to file a motion to proceed *in forma pauperis*.

IT IS SO ORDERED.

Date: September 27, 2019                         /s/ Kimberly A. Jolson
                                                                  KIMBERLY A. JOLSON
                                                                    UNITED STATES MAGISTRATE JUDGE