



FILED
RICHARD ~ ~ ~ EL
CLERK OF ~ UR~

2019 OCT 15  ~ 2: 2

~ COURT
SOUTHERN ~ OHIO
EAST ~  ~ MBUS

Moorish National Republic Federal Government
Northwest Amexem/ Northwest Africa/ North America/ The North Gate
Societas Republicae Ea Al Maurikanos
The True and De jure Al Moroccans (Americans)
The Aboriginal/ Indigeous Natural People of the Land

Kevin-Brian; Gunnell El
Executor, heir
C/o PO BOX 6004
Columbus, Ohio 43216
Moorish American National
First party of interest
    Injured party-Plaintiff
        A flesh and blood man with a soul

2: 17 mc 23

KEVIN BRIAN GUNNELL
**ENFANT-ESTATE- CORPORATION-SECURITY**
Registered Trade Name
Post office box 6004
Columbus, Ohio 43216
    Property and Fictitious-Entity

28 U.S. Code § 1333.

     Vs

Robert G. Montgomery dba
ROBERT G. MONTGOMERY
Administrative clerk acting as
Probate Judge, FRANKLIN COUNTY
COLUMBUS, OHIO 43215
Governmental service corporation-Foreign Defendant.

**RESPONSE TO SHOW CAUSE ORDER**

**Notice**: Ms. Jolson acting as Magistrate Judge is fraudulently using KEVIN BRIAN GUNNELL EL, El Gunnell Kevin Brian appellation as the juristic person claiming plaintiff is preceding *pro se*, only the juristic person can be *pro se*.

**Notice**: Plaintiff El Gunnell Kevin by record is the power of Attorney/Attorney-in-Fact and pursuant to Ohio Revised Code ORC 1337.53 Claims and litigation, would be the way Plaintiff El Gunnell Kevin Brian is proceding. See Power of Attorney document attached with UCC Financing Statement Amendment. Otherwise El Gunnell Kevin Brian is executor/ heir secure party/ creditor the appellation in the way it is written on the document instead of writing the appellation like Kevin Brian Gunnell El the appellation is hereby amended to appear on the documents styled like it appear on the UCC 1 financial statement amendment as El Gunnell Kevin Brian relating to the secure party/creditor.

On or about 10/10/2019 Plaintiff El Gunnell Kevin Brian Moorish American National as a right under the universal declaration of human rights. Article **15** of the **Universal Declaration of Human Rights** (UDHR) provides that "[e]veryone has the **right** to a nationality" and that "[n]o one shall be arbitrarily deprived of his nationality nor denied the **right** to change his nationality."

On or about 10/10/2019 Plaintiff El Gunnell Kevin Brian was sent via mail postal service by office of the clerk United States District Court Southern District of Ohio, the mail was an ORDER from Ms. Jolson acting as Magistrate Judge.

Ms. Jolson acting as Magistrate Judge already in violation from her opinion order making a asserting that I El Gunnell Kevin Brian based allegations I El Gunnell Kevin had a right to retain gold allegedly taking from the people. I see this played out many times before, misconstrue what I stated so that the official can formulate a fraudulent decision based off how my statement was misconstrued. The Pope exposed the fraud and deceit, the reason why he extinguished official's license.

Plaintiff El Gunnell Kevin never made such a claim that I El Gunnell Kevin had the right to retain gold etc… from her order it appears to be a conflict of interest in favor of the official; she showing fraud and deceit as asserted within the Pope's civil Orders, the Pope civil orders on file with this tribunal, the civil order on page two 2 last paragraph assert:

"Such —foreign officials‖ include members of the American and British Bar Associations who were licensed to act as privateers against the interests of the American States and the American State Citizens from 1845 to 2013 in flagrant Breach of Trust. All such licenses are now extinguished. Members of the Bar Associations are required to cease and desist assaults against the American States and American State Citizens and shall be subject to arrest, confiscation, and deportation otherwise."

Ms. Jolson is a member of Columbus and Federal Bar Association she is already acting as a privateer against the interests of an American National, a direct violation of the Pope's civil orders and canon laws.

Ms. Jolson is fraudulently trying to make the Injunction relief, be about a right to retain gold, when clearly a blind man can see that the Injunction against Mr. Montgomery is his fraud and deceit in his judgment entry about the Certificate of Termination ORC 2109.301 (B) (2) claiming he lack subject matter jurisdiction to terminate the Estate- birth-certificate.

Ms. Jolson acting as a Magistrate Judge gave order to show good cause why this action should remain as a miscellaneous action and why he Plaintiff Kevin Gunnell El should not be charged the full civil filing fee of $ 400.

## GOOD CAUSE SHOWN

**28 U.S. Code § 1333.Admiralty, maritime and prize cases. The district courts shall have original jurisdiction, exclusive of the courts of the States, of: (1) Any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they are otherwise entitled. Etc. The 28 U.S Code § 1333 was asserted on the cover page.**

3.2 Rights Suspension and corruption. See Ms. Jolson Order document, it appears to be null and void.

The Pope's laws are obligatory on this tribunal and per his the Pope's orders he asserted: "All those (E)states and ESTATES erroneously believed to represent the American States and American State Citizens and which were conveyed by fraud and legal deceit to the United States of America (minor) and more recently to the City-State of the United Nations, are re-venued without exception to the geographically defined American States and the American State Citizens where they shall remain in perpetuity as assets belonging to the rightful and lawful beneficiaries.

"All legal fiction entities however structured and named after the American States and American State Citizens are returned to them and their control, **free and clear of any debt**, promise, encumbrance or obligation alleged against them as a result of false claims made —in their behalf‖ by officers of the United States of America, Inc. and the UNITED STATES, INC. or by any foreign officials operating the United States of America (minor), or the United Nations City State falsely claiming to —represent‖ them or have jurisdiction over them."

2

Plaintiff El Gunnell Kevin Brian cause of action was filed by the clerk under the civil action case # 2; 17-mc-23 because the affidavit contract judicial Notice and Proclamation of Nationality was filed on May 1, 2017 with this tribunal and this case have everything to do with the cause of action injunction filed against Mr. Montgomery in the Probate Court, all other Federal cases are null and void *ab initio* per orders of Pope's civil orders, this tribunal is to compel their rapid understanding and cooperation.

The Judicial Notice and Proclamation of Nationality page two 2 first paragraph gives adverse claim to my El Gunnell property bank note-birth Certificate, Estate KEVIN BRIAN GUNNELL as mentioned in the document. See Ohio Revised Code (ORC) 1307.103 UCC 7-103 and ORC 1309.311., UCC 9-311.

Notwithstanding the Pope's civil orders Plaintiff El Gunnell Kevin Brian have on record, secure transactions contracts with the Ohio Secretary of State File # OH00161096702 document # 201225400191 and on file with county recorder. The Power of Attorney/Attorney-in-Fact, indemnity bond, Hold Harmless and Indemnity Agreement are valid enforceable contracts as to why Plaintiff El Gunnell Kevin Brian shall not be charged any filing fee of $ 400. There is special Numbers ( Cusip and EIN ) on the indemnity bond see documents attached.

For the foregoing reasons El Gunnell Kevin having giving this Tribunal due process and opportunity to learn the facts and enforce the Pope's civil orders, it's been approximately six (6) years since the Pope issued his civil orders to the Trust Management Organization, UNITED STATES INC (minor) etc… in which to correct their operations from top to bottom and because of the peoples lack of knowledge the fraud and deceit continues, it's up to me to use the tools the Pope have giving me so that I El Gunnell Kevin can enjoy my life, liberty and property as a free man.

28 U.S. Code § 1746. (1) Unsworn declarations under penalty of per-jury

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 10/10/2019

By 

Respectfully Submitted

El Gunnell Kevin
C/o Kevin Gunnell El Ex
PO Box 6004
Columbus, Ohio 43206- 9998

## CERTIFICATE OF SERVICE

I certify a true copy of the Civil enforcement proceedings was sent to Robert G. Montgomery at Franklin County probate court 373 south High Street 22nd Floor Columbus, Ohio 43215-6311 by via U.S Mail Postal Service on 10/11/2019 and a true copy was sent by via U.S. Mail Postal Service to the United States District court clerk at 85 Marconi Blvd Room 121, Columbus, Ohio 43215.

El Gunnell Kevin

4

591191

Filed at Ohio Secretary of State 8/2/2018 9:00 AM FILE#SR184346

## UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER** [optional]
Kevin Gunnell El 614-625-4832

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Kevin Brian Gunnell El, KEVIN BRIAN GUNNELL
2928 Sunbury Ct N
Columbus, Ohio 43219

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☑ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| OH00161096702 | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT** (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☑ Secured Party of record. Check only one of these two boxes.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

| ☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☑ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable). |
|---|---|---|

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| **KEVIN BRIAN GUNNELL** | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Gunnell El | Kevin | Brian | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 2928 Sunbury Ct. N | Columbus | Oh | [43219] | USA |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| Not Applicable | | ESTATE/TRUST | United States America Republic | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☑ restated collateral description, or describe collateral ☐ assigned

ALL PROPERTY BELONGS TO DEBTOR BELONGS TO SECURED PARTY
DEBTOR IS A TRANSMITTING UTILITY
DEBTOR IS A TRUST
SEE *A* PROPERTY LIST

FILED #29
DEC 13 2018
Robert G. Montgomery, Judge
Franklin County Probate Court

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| **Gunnell El** | Kevin | Brian | |

10. OPTIONAL FILER REFERENCE DATA
POA UPDATE FINANCING STATEMENT TO BE RECORDED IN REAL ESATE RECORDS

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

## UCC FINANCING STATEMENT **AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS

**11. INITIAL FINANCING STATEMENT FILE NUMBER:** Same as item 1a on Amendment form

**OH00161096702**

**12. NAME OF PARTY AUTHORIZING THIS AMENDMENT:** Same as item 9 on Amendment form

12a. ORGANIZATION'S NAME

OR

| 12b. INDIVIDUAL'S SURNAME | | SUFFIX |
|---|---|---|
| **Gunnell El** | | |
| FIRST PERSONAL NAME | | |
| **Kevin** | | |
| ADDITIONAL NAME(S)/INITIAL(S) | | |
| **B** | | |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**13.** Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction Item 13): Provide only <u>one</u> Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

13a. ORGANIZATION'S NAME

**KEVIN BRIAN GUNNELL**

OR

| 13b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

**14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):**

**15.** This FINANCING STATEMENT AMENDMENT:

☐ covers timber to be cut ☐ covers as-extracted collateral ☑ is filed as a fixture filing

**16.** Name and address of a RECORD OWNER of real estate described in item 17 (if Debtor does not have a record interest):

**17.** Description of real estate:

**ORC 1337.04 A power of attorney for the conveyance,mortgage,or lease of an interest in real property must be recoded in the county in office of the county recorder of the county in which such property is situated, previous to the recording of deed, mortgage,or lease by virtue of such power of attorney. The POA and property list must be updated by amendment to perfect the initial filing.**

**18. MISCELLANEOUS:**

**Amend the filing to perfect the financing statement OH00161096702**

Doc ID --> 201225400191

# ACKNOWLEDGMENT

Grant of Exclusive Power Of Attorney to Conduct All Tax, Business and Legal Affairs of Grantor

# POWER OF ATTORNEY

1) I, KEVIN BRIAN GUNNELL, DEBTOR and GRANTOR, at, 2928 SUNBURY CT COLUMBUS, OHIO 43219 do hereby appoint, Kevin Brian Gunnell, Secured Party Creditor, and Grantee, and attorney in fact, c/o2928 Sunbury ct Columbus Ohio, Republic, near [43219], Non-Domestic without the US, as my Private attorney in fact, to take exclusive charge of, manage, and conduct all of my tax, business and legal affairs, settle debts, make purchases, etc., and for such purpose to act for me in my name and place, without limitation on the powers necessary to carry out this exclusive Power of Attorney in fact as authorized:

(A)  To take possession of, hold, and manage my real estate and all other property;

(B)  To receive money or property paid or delivered to me from any source;

(C)  To deposit funds into, make withdrawals from, or sign checks or drafts against any account standing in my name individually or jointly in any bank or other depository, to cash coupons, bonds, or certificates of deposits to endorse checks, notes or other documents in my name; to have access to, and to place items in or remove them from, any safety deposit box standing in my name individually, and otherwise to conduct bank transactions or business for me in my name;

(D)  To pay my just debts and expenses, including reasonable expenses incurred by my attorney in fact, Kevin Brian Gunnell, in exercising this exclusive power of attorney;

(E)  To retain any investments, invest, and to invest in stocks, bonds or other securities, or in real estate or other property;

(F)  To give general and special proxies or exercise rights of conversion or rights with respect to shares or securities, to deposit shares or securities with, or transfer them to protective committees or similar bodies, to join in any reorganization and pay assessments or subscriptions called for in connection with shares or securities;

(G)  To sell, exchange, lease, give options, and make contracts concerning real estate or other property for such considerations and on such terms as my attorney in fact, Kevin Brian Gunnell may consider prudent;

(H)  To improve or develop real estate, to construct, alter, or repair building structures and appurtenances or real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant, cultivate, harvest, and sell or otherwise dispose of crops and timber, and do all things necessary or appropriate to good husbandry;

(I)  To provide for the use, maintenance, repair, security, or storage of my tangible property;

(J)  To purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as my attorney in fact, Kevin Brian Gunnell, may consider prudent.

2) The Secured Party Creditor, Kevin Brian Gunnell, named herein and on the Form UCC-1 recorded with the SECRETARY OF STATE of WASHINGTON, is authorized by law to act for and in control of the DEBTOR, KEVIN BRIAN GUNNELL,KEVIN B GUNNELL,KEVIN GUNNELL, or any derivative thereof. In addition, Kevin Brian Gunnell has the exclusive power of attorney to contract for all business and legal affairs of KEVIN BRIAN GUNNEL EBTOR.

3) The term "exclusive" shall be construed to mean that while this power of attorney is in force, only my attorney in fact may obligate me in these matters, and I forfeit the capacity to obligate myself with regard to same. This grant of Exclusive Power is irrevocable during the lifetime of Kevin Brian Gunnell.

Doc ID --> 201225400191

Executed and sealed by the voluntary act of my own hand, this ___7___ day of _September_, 2012

This instrument was prepared by Kevin Brian Gunnell.

Acceptance:

KEVIN BRIAN GUNNELL
KEVIN BRIAN GUNNELL, GRANTOR

LS: _Ken B. Gunnell_
Kevin Brian Gunnell, Grantee

I, the above named exclusive attorney in fact, do accept the responsibility for the herein-named DEBTOR-Grantor and will execute the herein granted Power of Attorney with Due Diligence.

## ACKNOWLEDGEMENT OF NOTARY

State of ___Ohio___ }
County of ___Franklin___ } ss.

On the _7th_ day of _September_, two thousand-, twelve, before me, _Derek Herbruck_ Notary, personally appeared Kevin Brian Gunnell, known to me (or proved to me on the basis of satisfactory evidence of identification) to be the living man whose name is subscribed upon this instrument and acknowledged to me that he will execute the same in his authorized capacity, and by his signature on this instrument, Kevin Brian Gunnell will execute on behalf of the GRANTOR.

Witnessed by my hand and official seal,

My Commission Expires: _2/9/2016_

NOTARY SEAL

DEREK HERBRUCK
Notary Public, State of Ohio
My Commission Expires
February 09, 2016

Doc ID --> 201225400191

# INDEMNITY BOND

Know all men by these presents, that KEVIN BRIAN GUNNELL, DEBTOR and INDEMNITOR, hereby establishes this Indemnity Bond in favor of Kevin Brian Gunnell, Secured Party and Indemnitee, in the sum of present and future collateral values up to the sum of one hundred billion United States silver dollars ($100,000,000,000.00) of .999 fine silver, or fiat money at par value, for the payment of which bond DEBTOR hereby firmly binds its successors, heirs, executors, administrators, D/B/As, A.K.A.s (d/b/s, a.k.a.), and third-party assigns, jointly and severally. DEBTOR hereby indemnifies Secured Party against losses incurred as a result of all claims of debts or losses made by any and all persons against the commercial transactions and investments of DEBTOR. The condition of this bond is that Secured Party covenants to do certain things on behalf of DEBTOR, as set forth in the attached Commercial Security Agreement of the same date and executing parties; and DEBTOR covenants to serve as a Transmitting Utility to assure beneficial interest in all accounts established and managed by the UNITED STATES; and all goods and services in commerce are available to or conveyed from DEBTOR to Secured Party, whichever is appropriate.

To avert losses of vested rights in the present or future collateral that is the subject of the attached Commercial Security Agreement, DEBTOR agrees to make available to Secured Party such accounts established for the benefit of the Parties, by operation of law, and/or as constructive trusts, to hold proceeds arising from assets belonging to DEBTOR and administered by the UNITED STATES or its subdivisions, agents, or affiliates. Pursuant to existing laws of the UNITED STATES and the agreement of the parties of the attached Commercial Security Agreement, Secured Party is authorized to assign such funds from said accounts as are necessary to settle all past, present, and future public debts and obligations incurred by DEBTOR on behalf of Secured Party.

DEBTOR, without the benefit of discussion or division, does hereby agree, covenant, and undertake to indemnify, defend, and hold Secured Party harmless from and against any and all claims, losses, liabilities, costs, interests, and expenses including, without restriction, legal costs, interests, penalties, and fines previously suffered or incurred, or to be suffered or incurred by Secured Party, in accordance with any amount that DEBTOR might be deemed to owe to a loans or indebtedness belonging to DEBTOR, including any public claims brought public creditor for any reason whatsoever. Secured Party shall promptly advise DEBTOR of all public claims brought by third parties against the present or future property of DEBTOR, all of which is covered by the attached Commercial Security Agreement up to the indemnification amount declared herein, and to provide DEBTOR with full details of said claim(s), including copies of all documents, correspondence, suits, or actions received by or served upon DEBTOR through Secured Party. Secured Party shall fully cooperate with discussion, negotiation, or other proceedings relating to such claims.

This bond shall be in force and effect as of the date that it is signed and accepted by the Parties, and provided that Secured Party may cancel this bond and be relieved of further duty hereunder by delivering a thirty- (30) day written notice of cancellation to DEBTOR. No such cancellation shall affect the liability incurred by or accrued to Secured Party prior to the conclusion of said thirty- (30) day period. In such event of notice of cancellation, and in the event that the UNITED STATES reinstitutes its constructive claim against the collateral, DEBTOR agrees to reissue the bond before the end of the thirty- (30) day period for an amount equal to or greater than the above value of the attached Commercial Security Agreement, unless the Parties agree otherwise.

# LIEN

This agreement constitutes an International Commercial Lien on all property of DEBTOR, INDEMNITOR, on behalf of, and for the benefit of, Secured Party, Indemnitee, in the amount of one hundred billion United States silver dollars ($100,000,000,000.00) of .999 fine silver. This lien will expire at the moment that Indemnitee expires or when this lien is satisfied by Indemnitee.

KEVIN BRIAN GUNNELL      LS    Kevin B. Gunnell    9/7/12
KEVIN BRIAN GUNNELL, DEMNITOR          Kevin Brian Gunnell, Indemnitee      Date

Doc ID --> 201225400191

# HOLD HARMLESS AND INDEMNITY AGREEMENT
# NON-NEGOTIABLE BETWEEN THE PARTIES

## PARTIES

**DEBTOR:** KEVIN BRIAN GUNNELL 2928 SUNBURY CT COLUMBUS, OHIO 43219

**Creditor:** Kevin Brian Gunnell
c/o2928 Sunbury ct
Columbus, Ohio republic near [43219]
Non-Domestic without the US

DEBTOR's Social Security Account Numbr

I. This Hold Harmless and Indemnity Agreement is mutually agreed upon and permanently entered into on this 6 day of the month of SEPTEMBER, in the year of YHWH two thousand- twelve between the jurisfic person, BAILEE, KEVIN BRIAN GUNNELL,KEVIN B GUNNELL,KEVIN GUNNELL,K BRIAN GUNNELL,KBG ,KB GUNNELL, DEBTOR, and Kevin Brian Gunnell, Kevin Brian Gunnel ,Kevin B Gunnell ,Kevin Gunnell ,K .Gunnell , or K. B. Gunnell, including all variations of said name of KEVIN BRIAN GUNNELL, DEBTOR, BAILEE, and Kevin Brian Gunnell, Secured Party Creditor, Bailor, who is a living, flesh-and-blood man.

II. For binding verification, DEBTOR/BAILEE hereby expressly agrees and covenants, without benefit of discussion, without division, holding said Creditor harmless, causing indemnification of Creditor from and against, but not limited to any and all claims or legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summons(es), lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due or may become due arising hereinafter now and forevermore. Kevin Brian Gunnell Kevin Brian Gunnell, Creditor/Bailor, articulates by covenant and agreement that creditor shall not under any circumstances be considered an accommodating entity nor surety for DEBTOR/BAILEE.

**Words Defined Glossary of Terms:** In witnessing by hand this "HOLD HARMLESS AND INDEMNITY AGREEMENT" the foregoing words and terminology utilized herein are non-obstinate:

1. **Appellation:** HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "A general term introduces and specifies a particular term used in addressing, greeting, calling out for, and making appeals of a particular living breathing flesh and blood man."

2. **Conduit:** HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Conduit signifies means of transmitting and distributing energy and affects the production of labor, goods, or services by way of KEVIN BRIAN GUNNELL, KEVIN B GUNNELL, KEVIN GUNNELL, K BRIAN GUNNELL, KBG,KB GUNNELL, including, but not limited to, any and all variations and derivatives of DEBTOR/BAILEE except Kevin Brian Gunnell, Kevin B. Gunnell , Kevin Gunnell , K Brian Gunnel , or K.B .Gunnell."

3. **Creditor:** HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Means Kevin Brian Gunnell as Creditor and Bailor".

4. **Secured Party Creditor:** HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Means Kevin Brian Gunnell and all variations of that name."

5. **DEBTOR:** HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "KEVIN BRIAN GUNNELL,KEVIN B GUNNELL,KEVIN GUNNELL,K BRIAN GUNNEL,KBG,KB GUNNELL means including, but not limited to, any and all variations and derivatives in spelling of said name except Kevin Brian Gunnell, Kevin B Gunnell ,Kevin Gunnell , K. Brian Gunnel , or K.B. Gunnell ."

6. **Derivative:** HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Coming from another; taken from something preceding secondary; that which has not the origin in itself, but obtains existence from something foregoing and a fundamental nature; anything derived from another."

7. **Ens legis:** HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "A creature of the law; an artificial being, as contrasted with a natural person, such as a corporation, considered as deriving its existence entirely from the law."

Doc ID -->      201225400191

8. Juristic person: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "An abstract legal entity ens legis such as a corporation created by construct of law considered possessing certain legal rights/duties of a human being; an imaginary entity, such as DEBTOR, i.e. KEVIN BRIAN GUNNELL, upon basis of legal reasoning, is legally treated as a human being for purpose of conducting commercial activity for benefit of a biological living being such as Creditor."

9. Sentient Living being: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "The Creditor, i.e .Kevin Brian Gunnell , Bailor, a living breathing flesh and blood man, as distinguished from an abstract legal construct such as an artificial entity juristic person corporation partnership and association."

10. KEVIN BRIAN GUNNELL: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "The DEBTOR KEVIN BRIAN GUNNELL, KEVIN B GUNNELL, KEVIN GUNNELL, K BRIAN GUNNELL, KBG, KB GUNNELL means KEVIN BRIAN GUNNELL including, but not limited to, any and all variations and derivatives in the spelling of said name except Kevin Brian Gunnell, Kevin B. Gunnell. Kevin Gunnell , K. Brian Gunnell K. Gunnell , or K.B .Gunnell."

11. Living breathing flesh and blood man: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "The Creditor Kevin Brian Gunnell, Bailor, a sentient living being, as distinguished from an artificial legal construct, ens legis, i.e. a juristic person, created by contract of law."

12. Transmitting Utility: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "The term transmitting utility means a conduit, e.g., the DEBTOR, i.e., KEVIN BRIAN GUNNELL," including, but not limited to, any and all variations and derivatives in the spelling of said name except Kevin Brian Gunnell ,Kevin B. Gunnell ,Kevin Gunnell , K. Brian Gunnell , or K.B .Gunnell."

13. U.C.C: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "U.C.C. means Uniform Commercial Code."

14. Non obstinate: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "The term non obstinate means words anciently used in public and private instruments with intent of precluding in advance "any interpretation" other than certain declared objects, purposes."

15. DEBTOR: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "KEVIN BRIAN GUNNELL and KEVIN B GUNNELL and KEVIN GUNNELL". BAILEE.

16. Creditor: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Kevin Brian Gunnell accepts DEBTOR's signature, endorsement mark below in accordance with UCC 1-201(39) as per UCC 3-401(b)."

17. BAILEE: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "BAILEE is a person who receives personal property from another as bailment."

18. Bailment: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "A delivery of personal property by one individual, the Bailor, to another person, the BAILEE, who holds the property for a certain purpose under an expressed or implied-in-fact contract."

19. Bailor: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "A Person who delivers personal property to another as a bailment."

III. The Undersigned Kevin Brian Gunnell is Beneficiary (BFY) as Secured Party and Non-Enemy, Non-Tax Protestor, Non-Belligerent, NON-UNITED STATES CORPORATE TITLE 28 U.S.C 3002 (15) CITIZEN, Non-Surety, Non-Combatant American National Sovereign hereinafter "Creditor" and "Bailor."


KEVIN BRIAN GUNNELL
KEVIN BRIAN GUNNELL, DEBTOR, BAILEE

LS: _Kevin B. Gunnell_
Kevin Brian Gunnell , Creditor, Bailor

9/7/12
Date

**United States of America**

**State of Ohio**

**Office of the Secretary of State**

*I, **JON HUSTED**, Secretary of State, do hereby certify that I am the duly elected, qualified and acting Secretary of State of the State of Ohio, and I further certify that* RICHARD W. NAGEL

*is the elected, qualified and acting Clerk of the United States Southern District Court, Franklin County, Ohio, and that he is the legal custodian of such records as the attached document. He is the proper officer to make said attestation, which is in due form and his official acts are entitled to full faith and credit.*

*This certification certifies only the authenticity of the signature of the official who signed the document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp, which the document bears. This certification does not imply that the contents of the document(s) are correct, nor that they have the approval of this office.*

*IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the official Seal of the Secretary of State of Ohio, at Columbus, Ohio, this* 29th *day of* August, 2017.



**Jon Husted**

*Secretary of State*

SEC4000 (Rev. 1/11)

C072099



FILED
RICHARD W. NAG...
CLERK OF C...

2017 MAY -1 PM 2:01

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

2: 17 mc    23

Notice by:
Kevin Brian Gunnell El
C/o 2928 Sunbury Court North
Columbus, Ohio state, near [43219]
Zip exempt/ Nonresident/ Non-Domestic/ Republic;
Without the U.S. by order of *lex domicilii*
(Al Moroc/ Amexem/ Washitaw Territory & Empire)

John Kasich, Governor of Ohio or the holder of the seat,
Riffe Center, 30th Floor 77 South High Street,
Columbus, OH 43215-3555; *Via* Certified Mail
No.: 7016 0340 0000 2996 6273, with return receipt

# Judicial Notice and Proclamation of Nationality

L @ S. (SELF) L. (LAW) A. (AM) M. (MASTER)          *Moorish Americans – Northwest Amexem*

**To All Elected United States Republic Officials and Public Servants of Federal, State, City, and Municipal Governments, Personnel and Corporate Entities: Concerning the Constitution and all Statutory and Civil Law Codes of the Land, etc., Know All Men by These Presents:**

**Upon** my inherited Nobility, and upon my Private Aboriginal / Indigenous, Proper Person Status and Commercial Liability, I, Kevin Brian Gunnell El, have chosen this new name as my connection to my Aboriginal Indigenous Murrish/Moorish Ancestors; being duly Affirmed under Consanguine Unity; pledge my National, Political, and Spiritual Allegiance to my Moabite / Moorish Nation - being the archaic Aboriginals / Indigenes of Amexem (the Americas); standing squarely affirmed upon my Oath to the 'Five Points of Light' - Love, Truth, Peace, Freedom, and Justice; do squarely Affirm to tell the truth, the whole truth, and nothing but the truth; and having knowledge and firmly - established belief upon the historical, lawful, and adjudicated Facts contained herein. Being competent (In My Own Proper Person) to Attest to this Affidavit upon which I place my Signature; Whereas, I State, Proclaim, and Declare the following to be true, correct, certain, complete, not misleading, supreme, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose, to wit:

**That** I, Kevin Brian Gunnell El, Am a Noble of the Al Moroccan Empire (North America) In Propria Persona (my own proper self); being Moorish American - a Descendant of the Ancient Moabites / Moors, by Birthright, Freehold, Primogeniture and Inheritance; being Aboriginal and Indigenous to the Land /s (Amexem / Americas) Territorium of my Ancient Moabite / Moorish Fore-Mothers and Fore-Fathers - to wit:

**The** Al Moroccan (American) Continents - are the Lands of the Moors; being North America, South America, Central America; including the adjoining Islands (Americana / Ameru / Al Moroc). I have, acknowledge, claim and possess, by said Inheritance and Primogeniture, the Freehold Status thereto; all Unalienable and Substantive Rights, to Be, to Enjoy, and to Act, distinct in my Aboriginal Customs and Culture; and determining my own political, social, and economic status of the State. Turning my heart and mind back to my Ancient Mothers and

1



## House of Representatives
### COMMONWEALTH OF PENNSYLVANIA
### HARRISBURG

FROM:     PA House of Representatives
          Right-to-Know Office

SUBJECT:  PA Right-to-Know Law Request for House Resolution 75 of 1933

Dear Requester,

This memo is applicable to PA *Right-to-Know Law* requests for PA House Resolution 75 of
1933. Please find attached to this memo a self-authenticated copy of HR 75 of 1933. Also
attached, please find copies of the corresponding House Journal pages from May 4, 1933 (the
date HR 75 was passed in the House).

### Position on Statement of Certification

According to Pennsylvania Rule of Evidence 902(5): "**Extrinsic evidence of authenticity as
a condition precedent to admissibility is not required with respect to the following:**"

> (5) "*Official Publications*. **Books, pamphlets, or other publications
> purporting to be issued by public authority.**"

**This means that official publications, such as House Resolutions, issued by public
authority, such as the PA House of Representatives, are self-authenticating**. Therefore, no
statement of certification is necessary for this document in order to use it in an official
capacity.

4342        JOURNAL OF THE        [May 4

## THURSDAY, MAY 4, 1933

The House of Representatives met at 11:00 o'clock A. M.

The Speaker (Grover C. Talbot) in the chair.

The Chaplain, Rev. George F. Conner offered prayer.

The Journal of Thursday, May 4, 1933 was partly read.

Whereupon,

Mr. Long moved that the further reading of the Journal be dispensed with, and the Journal approved.

Which was agreed to.

Mr. Hutton offered a resolution from the Committee on Rules fixing the order of business for the day, which was twice read, as follows:

Resolved, That the order of business of the House for the Session, Thursday, May 4, 1933, shall be as follows:

1. Communications from the Governor and the Senate, reference of bills or petitions to committees; signing of bills or other papers; and clearing the table privileged at any time.

2. The asking of leave of absence.

3. The receiving reports of committees. Reports from committees may also be received immediately before or after a recess or before adjournment. (All bills reported from committee, shall be read for the first time).

4. Resolutions:

     A. House and concurrent resolutions originating in the House other than those to discharge committee from consideration of bills and fixing special orders of business.

     B. Resolution recalling bills from the Governor and the Senate, and resolutions returning bills to the Governor are privileged.

5. Motions to recommit (this motion may also be made when a bill is reached in its regular order).

6. Motions to reconsider privileged at any time.

7. Bills on second reading.

8. Bills on final passage recalled from the Governor.

9. Bills on final passage (bills on the final passage postponed calendar may be called up under this order of business).

10. Bills on third reading (bills on the third reading or final pas-

Case: 2:17-mc-00023-ALM-KAJ Doc #: 5 Filed: 10/15/19 Page: 17 of 18 PAGEID #: 103

Mr. Peters moved that the vote by which Resolution No. 80 passed the House be reconsidered.

Mr. Forrest seconded the motion.

The motion was agreed to.

Mr. Peters moved that this resolution be laid upon the table.

The motion was agreed to.

Mr. Witkin called up resolution No. 75.

The resolution was read as follows:

In the House of Representatives, April 17, 1933.

Many sons and daughters of that proud and handsome race which inspired the architecture of Northern Africa and carried into Spain the influence of its artistic temperament have become citizens of this Nation.

In the City of Philadelphia there exists a Moorish-American Society made up of Moors who have found here the end of their quest for a home and of the children of those who journeyed here from the plains of Morocco.

This Society has done much to bring about a thorough absorption by these people of those principles which are necessary to make them good American citizens.

These Moorish-Americans have since being here missed the use of the titles and name annexations that were so familiar at home and which are used in accordance with the doctrines of the religious faith to which they are adherents therefore be it

Resolved, That this House commends the Moorish-American Society of Philadelphia for the efficient service it has rendered the Nation in bringing about a speedy and thorough Americanization of these former Moors and that in accordance with the fullest right of religious independence guaranteed every citizen we recognize also the right of these people to use the name affixes El or Ali or Bey or any other prefix or suffix to which they have heretofore been accustomed to use or which they may hereafter acquire the right to use.

On the question,

Will the House adopt the resolution?

It was adopted.

Mr. Root offered the following resolution which was twice read, considered and adopted.

## 1933 - LEGISLATIVE JOURNAL - HOUSE - PAGE 5759

### RESOLUTION No. 75

Mr. WITKIN, Mr. Speaker, I desire at this time to call up Resolution No. 75, Printer's No. 1034.

**The Resolution was read by the Clerk as follows:**

In the House of Representatives, April 17, 1933. Many sons and daughters of that proud and handsome race which inspired the architecture of Northern Africa and carried
into Spain the influence of its artistic temperaments have become citizens of this Nation.
In the City of Philadelphia there exists a Moorish-American Society made up of Moors who have found here the end of their quest for a home and of the children of those who journeyed here from the plains of Morocco.

This Society has done much to bring about a thorough absorption by these people of those principles which are necessary to make them good American citizens. These Moorish-Americans have since being here missed the use of the titles and name annexations that were so familiar at home and which are used in accordance with the doctrines of the religious faith to which they are adherents therefore be it, Resolved That this House commends the Moorish-American Society of Philadelphia for the efficient service it has rendered the Nation in bringing about a speedy and thorough Americanization of these former Moors and that in accordance with the fullest right of religious independence guaranteed every citizen we recognize also the right of these people to use the name affixes El or Ali or Bey or any other prefix or suffix to which they have heretofore been accustomed to use or which they may hereafter acquire the right to use.

On the question, Will the House Adopt the resolution?

**It was Adopted May 4, 1933**