



Moorish National Republic Federal Government
Northwest Amexem/ Northwest Africa/ North America/ The North Gate
Societas Republicae Ea Al Maurikanos
The True and De jure Al Moroccans (Americans)
The Aboriginal/ Indigenous Natural People of the Land

Gunnell El Kevin Brian
Power of Attorney/Attorney-in-Fact
C/o PO BOX 6004                          Civil Action 2: 17 mc 23
Columbus, Ohio 43216                     Chief Judge Algenon L. Marbley
Moorish American National
First party of interest
        Injured party-Plaintiff
                A flesh and blood man with a soul

KEVIN BRIAN GUNNELL                       28 U.S. Code § 1333.
ENFANT-ESTATE- CORPORATION-SECURITY
Registered Trade Name
Post office box 6004                       Article III Court issue
Columbus, Ohio 43216
        Property and Fictitious-Entity

        Vs

Robert G. Montgomery dba            Power of Attorney/Attorney-in-Fact
ROBERT G. MONTGOMERY                ORC 1337.53 CLAIMS AND LITIGATION
Administrative clerk acting as
Probate Judge, FRANKLIN COUNTY
COLUMBUS, OHIO 43215
Governmental Service Corporation-Foreign Defendant.


**<u>OBJECTION TO MAGISTRATE JUDGE REPORT AND RECOMMENDATION</u>**

**Judicial Notice**: I. Introductory Provisions-1.1 Introductory Provisions-Article 02-Positive Law: I.

Canon 666: No law may exist, be written or enforced unless it conforms to body of Canon laws preceding this Canon known as Astrum Iuris Divini Canonum in accordance with Pactum De Singularis Caelum. Notice: this mean all federal and state case law, Statutes and ordinance is inferior to the Canon Laws and shall conform to body of Canon Laws.

5.2 Principles of Law- Article 160-Private Law- Canon 1730

Canon 1730: Private or Private Law is the statutes and ordinances of an Inferior Private Roman Juridic Person under Inferior Roman Canon Law otherwise known as a Private Body Corporate, or Private Corporation.

Canon 1731: Private Law is a deliberately false customary term designed to mislead by hiding the fact that any society operating "Private Law" is actually operating under Inferior Roman Canon Law and Uniform Commercial Code (UCC) as a Private Estate and Private Corporation and not as an Global or Civil Juridic Person.

This injunction is for foreign official(s) of the Unites States (minor) to mandatorily enforce the Pope's Civil Orders as a directive by the Pope himself. The foreign official(s) Article 158-Jurisdiction Canon 1718: Jurisdiction is the Power and Authority of a **Juridic Person** to review, administer and issue certain Statutes or Ordinances. Jurisdiction most frequently applies to the Power and Authority of a Court to hear and adjudicate a matter, particularly in the publication of Ordinances.

This court have jurisdiction over the case pursuant to 28 U.S. Code § 1333 pursuant to Article 158-Jurisdiction Canon 1718: Jurisdiction is the Power and Authority of a jurisdic person (A juridical person is a non-human legal entity to review, administer and issue certain Statues or Ordinances, the non- human legal entity, in other words any organization that is not a single natural person but is authorized by law with duties and rights and is recognized as a legal person and as having a distinct identity. This includes a judge, any incorporated organizations including corporations, government agencies, etc…

Ms. Jolson acting as Magistrate Judge is fraudulently using KEVIN BRIAN GUNNELL EL, Gunnell El Kevin Brian appellation secure party/creditor as the juristic person claiming plaintiff is preceding pro se, and only the juristic person can be pro se.

Plaintiff El Gunnell Kevin by record is the power of Attorney/Attorney-in-Fact and pursuant to Ohio Revised Code ORC 1337.53 Claims and litigation, would be the way Plaintiff Gunnell El Kevin is

1

proceding. See Power of Attorney document attached with UCC Financing Statement Amendment. Otherwise Gunnell El Kevin is a secure party/ creditor. the appellation in the way it is written on the document UCC 1 instead of writing the appellation like Kevin Brian Gunnell El the appellation is hereby amended to appear on the documents styled like it appear on the UCC 1 financial statement amendment as Gunnell El Kevin Brian relating to the secure party/creditor. See attached document.

Ms. Jolson is bias/ prejudice against Plaintiff Gunnell El Kevin because he took notice she by fraud and deceit misconstrued Plaintiff Gunnell El statements in his Injunction filed against Mr. Montgomery, Plaintiff Gunnell El called her out on what she was doing or did.

Ms. Jolson fraudulently was trying to make the Injunction relief be about a right to retain gold, when clearly a blind man can see that the Injunction against Mr. Montgomery is his fraud and deceit in his judgment entry about the Certificate of Termination ORC 2109.301 (B) (2) claiming he lack subject matter jurisdiction to terminate the Estate-birth- certificate; so now she retaliated with defamation of character allegation calling Plaintiff Gunnell El a sovereign citizen, a made up misnomer by the Juridic Person that apply only to a non-Moorish American National U.S. Citizen. In the Pope's civil orders he demonstrate the distinct difference between the United States of America (minor) and The United State of America (major) Plaintiff Gunnell El Kevin fall in the category of The United States of America (Major).

Plaintiff Gunnell El have a right to claim his Nationality and because of him doing so does not give the right of the Jurisdic person having a distinct identity as a judge, magistrate, lawyer to defame his character by calling that man or women with a Status, a Sovereign Citizen, a legal misconceptions that if adopted by fraud, can wreak havoc with a person's chances of winning their case. Many people have bought into bogus legal theory, based upon law which doesn't actually exist. This is the fraud and deceit the Pope asserts about in his civil orders, stated in part, "Such ―foreign officials‖ include members of the American and British Bar Associations who were licensed to act as privateers against the interests of the American States and the American State Citizens from 1845 to 2013 in flagrant Breach of Trust."

Ms. Jolson is bias/prejudice against Plaintiff Gunnell El Kevin because he demonstrated to Ms. Jolson she is doing what the Pope asserted in his civil orders and that she did not have a license to practice law because her license was extinguished, the Pope civil orders asserted:

" Such ―foreign officials‖ include members of the American and British Bar Associations who were licensed to act as privateers against the interests of the American States and the American State Citizens from 1845 to 2013 in flagrant Breach of Trust. All such licenses are now extinguished. Members of the Bar Associations are required to cease and desist assaults against the American States and American State Citizens and shall be subject to arrest, confiscation, and deportation otherwise."

2

Plaintiff showed Ms. Jolson is a member of the Columbus and Federal Bar Association she is already acting as privateer against the interest of a Moorish American National, a direct violation of the Pope's civil orders and canon laws.

The Pope's Civil Orders vs. Ms. Jolson's cited case law of the Sovereign Citizen bogus legal theory, She Ms. Jolson defamed Plaintiff Gunnell El Character by calling Plaintiff Gunnell El a Sovereign citizen because Plaintiff Gunnell El know of the Pope's authority and the power of the civil orders; she Ms. Jolson did actually what the Pope ordered her and other officials not to do and that is:

"Any and all corporate officers of the UNITED STATES or any successor organization(s) inheriting —federall service contracts who support, condone, or promote such crimes against the American States or against American State Citizens shall be subject to arrest and prosecution for commercial and violent crimes. All foreign officials operating as elected or appointed officials of the United States of America (minor) who support, condone, or promote such crimes against the American States or against American State Citizens shall be subject to arrest, confiscation of their assets, and deportation to Puerto Rico, Guam, or such other —statesl as may be willing to receive them."

In Plaintiff Gunnell El, Response Order to Show Cause, he showed seven 7 claims in 7 paragraphs of why Plaintiff Gunnell El Shall not be charged any filing fee of $400, Ms. Jolson omitted two of the claims out of her Report and Recommendation.  See copy of the response order to show cause.

In Ms. Jolson Report and Recommendation she omitted where Plaintiff Gunnell El cited the 28 U.S. Code § 1333.Admiralty, maritime and prize cases. The district courts shall have original jurisdiction, exclusive of the courts of the States, of: (1) any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they are otherwise entitled. Etc. The 28 U.S Code § 1333 was asserted on the Injunction cover page.

Plaintiff Gunnell El don't have any control over what the clerk of court  file , Plaintiff Gunnell El know that he have a Judicial Notice and Proclamation of Nationality filed, affidavit an oath under case  # 2: 17 mc 23 with this court governed pursuant to  U.S. Code § 1481. Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof; presumptions. Therefore, Plaintiff Gunnell El inserted the case # 2:17 mc 23 on the cover page of the Injunction, Ms. Jolson tried to in her order make it seem like there is no existing document filed with the court.

Plaintiff Gunnell El Kevin Brian has on record, secure transactions contracts with the Ohio Secretary of State UCC File # OH00161096702 document # 201225400191 and on file with county recorder. The Power of Attorney/Attorney-in-Fact, Indemnity bond, Hold Harmless and Indemnity Agreement are valid enforceable contracts, the power of Attorney gives the real man secure party/creditor authority over the person(s) Estate such as Plaintiff Gunnell El Kevin secure party/creditor is the Power of

Attorney/Attorney-in-Fact for the debtor-Estate KEVIN BRIAN GUNNELL. The Indemnity bond ,
Hold Harmless and Indemnity Agreement. See full certify copy of UCC Contratcs.

### 1.1 Divine Law Article 02-Astrum Iuris Divini Canonum Canon 1
Canon 1

A law is not a canon, but a false or lesser positive law unless it follows this law and belongs to the body
of laws known as Astrum Iuris Divini Canonum in accordance with Pactum De Singularis Caelum.

Canon 2

A law is a rule, derived from divine instruction, scientific discovery, agreement, customs or practices over
time enjoining or prohibiting certain action

Canon 3

A canon means "rule, bar, norm, maxim, measure or standard". Therefore, valid Canon Law is equal to
the highest standard law and to "rule of law" and may be described as simply as The Law.

Canon 4

A valid canon law neither abrogates nor derogates from the Covenant of One Heaven (Pactum De
Singularis Caelum)

Canon 5

When anyone references, writes or speaks of "rule of law" or the Law in general, it shall mean these
canons and no other.

Canon 6

All are equal under the Law and subject to the Law. Any law that attempts to abrogate this fact is null and
void ab initio and is not a valid canon law.

---

IV. Agreement

4.2 Agreement Creation and Performance

Article 126-Oath

Canon 1480

An Oath is a solemn appeal to the Divine Creator by invocation and the presence of at least two witnesses
that a pronouncement is true or a promise binding.

Canon 1481

An oath is only a valid oath when it is sworn in recognition of the rights of all men and women as
Sponsors to Persons present within the court including the spirit of the living law and includes a pledge to
speak honesty before the court. The touching of any object during such swearing is materially irrelevant
to the validity of any oath.

Canon 1482

The living law is present in a valid court of law when all words are given under oath. When officers of the court do not properly give oath, the living law is absent, even if all parties and witnesses show respect and due process of law

Canon 1483

A man or woman of good standing before the law is any man or woman having sworn an oath before the court, having been found to demonstrate respect for the living law and due process of law.

Canon 1484

No one shall be denied the right to swear and oath before a valid court.

Canon 1485

An oath extorted by malice, force, or grave fear is null by the law itself.

Canon 1486

No one should be heard within a valid court unless they have previous sworn a valid oath for that case. Furthermore, no testimony in written or oral form is valid unless a valid oath has previously been sworn.

Canon 1487

The breaking of an oath, especially by any officer of the court, is a most serious offence which must be treated as the gravest of injury to the living law.

---

V. Law

5.2 Principles of Law

Article 159-Public Law

Canon 1724

Public or Public Law is the statutes and ordinances of an Inferior Public Roman Juridic Person under Inferior Roman Canon Law otherwise known as a Public Body Corporate, Public Corporation or Public Company.

Canon 1725

Public Law is a deliberately false customary term designed to mislead by hiding the fact that any society operating under "Public Law" is actually operating under Inferior Roman Canon Law as a Estate and Public Body Corporate and not as a Civil or Global Juridic Person.

Canon 1726

By custom and deliberate design, Public Law seeks to perpetuate the false belief that a particular society promulgates laws in accordance with their Constitution, rather than the true fact that all laws promulgated by all societies subject to the Inferior Roman Juridic Person model are merely statutes or ordinances, not law.

### Canon 1727

By custom and deliberate design, Public Law to seeks to perpetuate the false belief that the highest law of a particular society is its Constitution when in fact all societies subject to the Inferior Roman Juridic Person model are subject to no less than three (3) superior bodies of law including the Uniform Commercial Code, Roman Canon Law and Talmudic Law.

### Canon 1728

Unlike Inferior Roman Canon Law that seeks to abrogate, to enslave and mislead, in accordance with the sacred covenant Pactum De Singularis Caelum and the seven (7) pronouncements of Ucadia, all societies have been granted recognition as Juridic Society Persons, holding real property rights, elimination of debts and restoration of rule of law awaiting the political, military and judicial classes of these societies to repudiate the deliberate enslavement of their people.

### Canon 1729

As the term Public Law is designed to deceive and mislead, it is forbidden to be used as a valid term of law.

---

I. Introductory Provisions

1.2 Concepts

Article 14-Proof

### Canon 728

Proof is the demonstration or production of one or more facts to support an Argument based on reason and logic. Proof therefore does not depend upon faith or trust.

### Canon 729

As these canons of Divine Law, Natural Law and Positive Law comprehensively prove Divine Law, Natural Law and Positive Law, they stand as the highest proof of law against any other claims of inferior law.

### Canon 730

The denial of valid proof is error in law. Therefore, any denial of the superior proof of these canons is automatically an error in law.

Canon 731

Any claim that the law admits no proof against that which it presumes is false.

Canon 732

A Proof will stand good until the contrary is proved. Therefore in the absence of any challenge by valid Proof equal or greater than these canons, all men, women and persons consent to these canons being the one, true and only rule of law.

Canon 733

When anyone references, writes or speaks of "Proof", "Real Proof", or "Complete Proof" it shall mean these canons and no other.

## OBJECTION TO REPORT AND RECOMMENDATION

Ms. Jolson acting as Magistrate Judge is fraudulently using KEVIN BRIAN GUNNELL EL, Gunnell El Kevin Brian appellation as the juristic person claiming plaintiff Gunnell El is preceding *pro se,* only the Inferior Roman Juridic Person can be *pro se.*

**Judicial Notice**: Plaintiff Gunnell El Kevin by record is the power of Attorney/Attorney-in-Fact and pursuant to Ohio Revised Code ORC 1337.53 Claims and litigation, would be the way Plaintiff Gunnell El Kevin Brian is proceeding. See UCC certified copy pg. 9-10 Power of Attorney

(3) Superior bodies of law including the Uniform Commercial Code, Roman Canon Law and Talmudic Law. See Power of Attorney document attached with UCC Financing Statement Amendment. Otherwise, Plaintiff Gunnell El Kevin Brian secure party/ creditor the appellation in the way it is written on the document instead of writing the appellation like Kevin Brian Gunnell El the appellation is hereby amended to appear on the documents styled like it appear on the UCC 1 financial statement amendment as Gunnell El Kevin Brian relating to the secure party/creditor.

7

Plaintiff El Gunnell Kevin Brian Moorish American National as a right under the universal declaration of human rights. Article **15** of the **Universal Declaration of Human Rights** (UDHR) provides that "[e]veryone has the **right** to a nationality" and that "[n]o one shall be arbitrarily deprived of his nationality nor denied the **right** to change his nationality."

On or about 10/9/2019 Plaintiff Gunnell El Kevin Brian received via mail U.S. postal service from office of the clerk United States District Court Southern District of Ohio, the mail was an ORDER to show cause from Ms. Jolson acting as Magistrate Judge. September 27, 2019 the order to show cause was filed and Plaintiff receive the order to show cause on 10/9/2019. The report and recommendation was filed 10/17/2019 but Plaintiff Gunnell El receive the mail U.S. postal service on 10/28/2019 giving plaintiff 2 days to respond to the report and recommendation.

Ms. Jolson acting as Magistrate Judge already in violation from her opinion order making an assertion that Plaintiff Gunnell El Kevin based allegations Plaintiff Gunnell El Kevin had a right to retain gold allegedly taking from the people. Plaintiff see this played out many times before; misconstrue what Plaintiff Gunnell El stated so that the official can formulate a fraudulent decision based off how Plaintiff's statement that was misconstrued. The Pope exposed the fraud and deceit, the reason why he extinguished official's license.

Plaintiff Gunnell El Kevin never made such a claim that Plaintiff Gunnell El Kevin had the right to retain gold etc... from her order it appears to be a conflict of interest in favor of the official Mr. Montgomery; she showing fraud and deceit as asserted within the Pope's civil Orders, the Pope civil orders on file with this court, the civil order on page two 2 last paragraph assert:

"Such —foreign officialsl include members of the American and British Bar Associations who were licensed to act as privateers against the interests of the American States and the American State Citizens from 1845 to 2013 in flagrant Breach of Trust. All such licenses are now extinguished. Members of the Bar Associations are required to cease and desist assaults against the American States and American State Citizens and shall be subject to arrest, confiscation, and deportation otherwise."

Ms. Jolson is a member of Columbus and Federal Bar Association she is already acting as a privateer against the interests of a Moorish American National, a direct violation of the Pope's civil orders and canon laws.

**Judicial Notice**: Ms. Jolson serves in governmental employment (as a magistrate judge) and in such capacity participated as counsel, lawyer over this case. Ms. Jolson is practicing law as

lawyer from the bench and employed as a magistrate judge. See 28 U.S. Code § 455. Disqualification of justice, judge, or magistrate judge.

**Judicial Notice:** The Covenant (Treaty) Canons of Positive Law Article 138-Perfidy Canon 1601 Perfidy is the deliberately deceitful act of falsely making a promise, a vow, allegiance or agreement for the purpose of gaining proximity and trust in order to undertake an act of treachery and great injury. Canon 1607 In accordance with these Canons and the sacred Covenant Pactum De Singularis Caelum and as penalty for their historic Perfidy, no person who is a member of a Bar Association is permitted to hold any position at law including judge, magistrate, barrister, attorney, lawyer, clerk or assistant. 28 U.S. Code § 455. Disqualification of justice, judge, or magistrate judge derive from Canon 1601 Perfidy.

Ms. Jolson is fraudulently trying to make the Injunction relief, be about a right to retain gold, when clearly a blind man can see that the Injunction against Mr. Montgomery is his fraud and deceit in his judgment entry about the Certificate of Termination ORC 2109.301 (B) (2) claiming he lack subject matter jurisdiction to terminate the Estate- birth-certificate. Mr. Montgomery refuse to terminate the Cestui Que (Vie) Trust and his refusal is by fraud and deceit.

Canon 1303 Any Administrator or Executor that refuses to immediately dissolve a Cestui Que (Vie) Trust, upon a Person establishing their status and competency, is guilty of fraud and fundamental breach of their fiduciary duties requiring their immediate removal and punishment. See attached Probate official Robert G. Montgomery judgment order that refuses to immediately dissolve the Cestui Que (Vie) Trust of the KEVIN BRIAN GUNNELL ESTATE.

Ms. Jolson acting as a Magistrate Judge gave order to show good cause why this action should remain as a miscellaneous action and why he Plaintiff Kevin Gunnell El should not be charged the full civil filing fee of $ 400 or motion to proceed in forma pauperis.

### GOOD CAUSE WAS SHOWN

**28 U.S. Code § 1333.Admiralty, maritime and prize cases. The district courts shall have original jurisdiction, exclusive of the courts of the States, of: (1) Any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they are otherwise entitled. Etc. The 28 U.S Code § 1333 was asserted on the cover page.**

3.2 Rights Suspension and corruption. Article 106- canon 1349 etc. see Ms. Jolson Order to show cause document, it appears to be null and void.

The Pope's laws are obligatory on this court and per his the Pope's orders he asserted: "All those (E)states and ESTATES erroneously believed to represent the American States and American State Citizens and which were conveyed by fraud and legal deceit to the United States of America (minor) and more recently to the City-State of the United Nations, are re-venued without exception to the geographically defined American States and the American State Citizens where they shall remain in perpetuity as assets belonging to the rightful and lawful beneficiaries.

"All legal fiction entities however structured and named after the American States and American State Citizens are returned to them and their control, **free and clear of any debt**, promise, encumbrance or obligation alleged against them as a result of false claims made —in their behalfl by officers of the United States of America, Inc. and the UNITED STATES, INC. or by any foreign officials operating the United States of America (minor), or the United Nations City State falsely claiming to —representl them or have jurisdiction over them."

Plaintiff Gunnell El Kevin cause of action was filed by the clerk under the civil action case # 2; 17-mc-23 because the affidavit an Oath Contract Judicial Notice and Proclamation of Nationality was filed on May 1, 2017 with this court and this case have everything to do with the cause of action injunction filed against Mr. Montgomery in the Probate Court, all other Federal cases are null and void *ab initio* per orders of Pope's civil orders, this court is to compel their rapid understanding and cooperation.

The Judicial Notice and Proclamation of Nationality page two 2 first paragraph gives adverse claim to Plaintiff Gunnell El property bank note-birth Certificate, Estate KEVIN BRIAN GUNNELL as mentioned in the document. See Ohio Revised Code (ORC) 1307.103 UCC 7-103 and ORC 1309.311., UCC 9-311.

Notwithstanding the Pope's civil orders Plaintiff Gunnell El Kevin have on record, secure transactions UCC Contracts with the Ohio Secretary of State File # OH00161096702 document # 201225400191 and on file with county recorder. The Power of Attorney/Attorney-in-Fact, Indemnity bond, Hold Harmless and Indemnity Agreement are valid enforceable contracts as to why Plaintiff El Gunnell Kevin shall not be charged any filing fee of $ 400. There is special Numbers ( Cusip and EIN ) on the indemnity bond see documents attached.

**Judicial Notice**: Plaintiff Gunnell El request this court to take judicial notice of the attached Indemnity Bond third paragraph it state in part: Debtor, without the benefit of discussion or division does hereby agree, and undertake to indemnify, defend, and hold Secure Party harmless from and against any and all claims, losses, liabilities, cost, interest, and expenses including, without restriction, legal costs, interests, penalties. See UCC documents attached pg. 15

**Judicial Notice:** Plaintiff Gunnell El request this court to take judicial notice of the attached Hold Harmless and Indemnity Agreement Non-Negotiable between the Parties, second paragraph it read similar the same as asserted in the Indemnity Bond but there is a part that assert the Creditor/Bailor, articulates by covenant and agreement that creditor shall not under any circumstances be considered an accommodating entity nor surety for DEBTOR/BAILEE. See the UCC Financing Statement Amendment Secure Party/Creditor appellation (name) amendment Gunnell El Kevin Brian; therefore, by statute-contract Plaintiff Gunnell El the secure party/creditor was not liable to pay the cost of $400 or file motion to proceed in forma pauperis. See UCC documents attached pg. 16. Whole certified copy attached 36 pages.

The facts are the Pope issued civil orders and officials are in breach of trust, and continue to be in breach of trust and for not returning the Estate(s) to the rightful beneficiary debt free. Comply and honor the real laws, Canon Laws.

Plaintiff Gunnell El have UCC contracts showing he is the secure part/creditor it comes down to the court honoring and complying with the Pope's Civil Orders; honoring and complying with the UCC contracts between the real man with a status, Plaintiff Gunnell El and the juridic person debtor, the Estate KEVIN BRIAN GUNNELL. Ms. Jolson report and recommendation is fraud and deceit.

For the foregoing reasons the case shall proceed in order for plaintiff Gunnell El can terminate the Estate with the Probate court or order the debtor KEVIN BRIAN GUNNELL to pay the filing fee of $400, because Palintiff Gunnell El is not the debtor, juridic person.

28 U.S. Code § 1746. (1) Unsworn declarations under penalty of per-jury

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 10/31/2019

By ___Gunn El El Kevin___

Respectfully Submitted

_Gunnell El Kevin___Agent_____
C/o Kevin Gunnell El Ex
PO Box 6004
Columbus, Ohio 43206- 9998

11

## CERTIFICATE OF SERVICE

 I certify a true copy of the objection to report and recommendation was hand delivered or sent by via U.S. Mail Postal Service to the United States District court clerk at 85 Marconi Blvd Room 121, Columbus, Ohio 43215. Submitted on 10/31/2019

＿＿＿＿ Gunnell El Kevin ＿＿＿＿＿＿＿＿

Filed at Ohio Secretary of State 8/2/2018 9:00 AM FILE#SR184346

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
Kevin Gunnell El 614-625-4832

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Kevin Brian Gunnell El, KEVIN BRIAN GUNNELL
2928 Sunbury Ct N
Columbus, Ohio 43219

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. | This FINANCING STATEMENT AMENDMENT is |
|---|---|---|
| OH00161096702 | ☑ | to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☐ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor _or_ ☑ Secured Party of record. Check only _one_ of these two boxes.
Also check _one_ of the following three boxes _and_ provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.  ☐ DELETE name: Give record name to be deleted in item 6a or 6b.  ☑ ADD name: Complete item 7a or 7b, and also item 7c; also complete items 7e-7g (if applicable).

6. CURRENT RECORD INFORMATION:

| 6a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| OR **KEVIN BRIAN GUNNELL** | | | |
| 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

7. CHANGED (NEW) OR ADDED INFORMATION:

| 7a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| OR | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| Gunnell El | Kevin | Brian | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| C/o 2928 Sunbury Ct. N | Columbus | Oh | [43219] | USA |

| 7d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| Not Applicable | DEBTOR | **ESTATE/TRUST** | **United States America Republic** | ☐ NONE |

8. **AMENDMENT (COLLATERAL CHANGE):** check only _one_ box.
Describe collateral ☐ deleted _or_ ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned

**ALL PROPERTY BELONGS TO DEBTOR BELONGS TO SECURED PARTY**
**DEBTOR IS A TRANSMITTING UTILITY**
**DEBTOR IS A TRUST**
**SEE *A* PROPERTY LIST**

FILED #29
DEC 13 2018
Robert G. Montgomery, Judge
Franklin County Probate Court

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by a Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this Amendment.

| 9a. ORGANIZATION'S NAME |  |  |  |
|---|---|---|---|
| OR | | | |
| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| **Gunnell El** | **Kevin** | **Brian** | |

10. OPTIONAL FILER REFERENCE DATA
**POA UPDATE FINANCING STATEMENT TO BE RECORDED IN REAL ESATE RECORDS**

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 05/22/02)

# UCC FINANCING STATEMENT **AMENDMENT ADDENDUM**
FOLLOW INSTRUCTIONS

11. INITIAL FINANCING STATEMENT FILE NUMBER: Same as Item 1a on Amendment form

**OH00161096702**

12. NAME OF PARTY AUTHORIZING THIS AMENDMENT: Same as Item 9 on Amendment form

12a. ORGANIZATION'S NAME

OR

12b. INDIVIDUAL'S SURNAME

**Gunnell El**

FIRST PERSONAL NAME

**Kevin**

ADDITIONAL NAME(S)/INITIAL(S)

**B**

SUFFIX

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

13. Name of DEBTOR on related financing statement (Name of a current Debtor of record required for indexing purposes only in some filing offices - see Instruction Item 13): Provide only one Debtor name (13a or 13b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); see Instructions if name does not fit

13a. ORGANIZATION'S NAME

**KEVIN BRIAN GUNNELL**

OR

13b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

14. ADDITIONAL SPACE FOR ITEM 8 (Collateral):

15. This FINANCING STATEMENT AMENDMENT:

☐ covers timber to be cut  ☐ covers as-extracted collateral  ☑ is filed as a fixture filing

16. Name and address of a RECORD OWNER of real estate described in item 17 (if Debtor does not have a record interest):

17. Description of real estate:

**ORC 1337.04 A power of attorney for the conveyance, mortgage, or lease of an interest in real property must be recoded in the county in office of the county recorder of the county in which such property is situated, previous to the recording of deed, mortgage, or lease by virtue of such power of attorney. The POA and property list must be updated by amendment to perfect the initial filing.**

18. MISCELLANEOUS:
Amend the filing to perfect the financing statement OH00161096702

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT AMENDMENT ADDENDUM (Form UCC3Ad) (Rev 04/20/11)

Doc ID --> 201225400191

Filed at Ohio Secretary of State 09/07/2012 09:00 AM FILE# OH00161096702

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Kevin Brian Gunnell

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Kevin Brian Gunnell, KEVIN BRIAN
GUNNELL 2928 SUNBURY CT
COLUMBUS, OHIO 43219

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | KEVIN BRIAN GUNNELL | | | | |
| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| 2928 SUNBURY CT | | COLLUMBUS | OH | 43219 | USA |
| | ADD'L INFO RE ORGANIZATION DEBTOR | 1d. TYPE OF ORGANIZATION LEGAL ENTITY | 1e. JURISDICTION OF ORGANIZATION UNITED STATES | | |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| | ADD'L INFO RE ORGANIZATION DEBTOR | 2d. TYPE OF ORGANIZATION | 2e. JURISDICTION OF ORGANIZATION | | |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 3b. INDIVIDUAL'S LAST NAME Gunnell | FIRST NAME Kevin | MIDDLE NAME Brian | | SUFFIX |
| 3c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |
| c/o 2928 sunbury ct | | columbus | OH | 43219 | USA |

4. This FINANCING STATEMENT covers the following collateral:

ALL PROPERTY BELONGS TO DEBTOR BELONGS TO SECURED PARTY
DEBTOR IS A TRASMITTING UTILITY
DEBTOR IS A TRUST
SEE ATTACHMENT "A" PROPERTY LIST

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR ☐ AG. LIEN | ☐ CONSIGNEE/CONSIGNOR ☐ NON-UCC FILING | ☒ BAILEE/BAILOR | ☐ SELLER/BUYER | |
|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum | | [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [optional] [ADDITIONAL FEE] | | ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — (FORM UCC1) (REV. 05/11/08)

UCC 201

Page 1 of 8

Last Revision: 11/04/08

Doc ID --> 201225400191

## UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names**

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| Not Applicable | | | | NONE |

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 12c. MAILING ADDRESS | CITY | STATE / POSTAL CODE | COUNTRY |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14.** Description of real estate:

**16.** Additional collateral description:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**17.** Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

Doc ID --> 201225400191

## UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS CAREFULLY

| 19. NAME OF FIRST DEBTOR (19 or 19) ON RELATED FINANCING STATEMENT | | | | THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY |
|---|---|---|---|---|
| NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 Amendment form) | | | | |
| OR | 19a. ORGANIZATION'S NAME | | | |
| | 19b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME SUFFIX | |
| 20. MISCELLANEOUS | | | | |

| 21. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (21a or 21b) - do not abbreviate or combine names | | | | | |
|---|---|---|---|---|---|
| OR | 21a. ORGANIZATION'S NAME | | | | |
| | 21b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | SUFFIX |
| 21c. MAILING ADDRESS | | | CITY | STATE | POSTAL CODE COUNTRY |
| | 21d. TYPE OF ORGANIZATION | 21e. JURISDICTION OF ORGANIZATION | | | |

| 22. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (22a or 22b) - do not abbreviate or combine names | | | | | |
|---|---|---|---|---|---|
| OR | 22a. ORGANIZATION'S NAME | | | | |
| | 22b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | SUFFIX |
| 22c. MAILING ADDRESS | | | CITY | STATE | POSTAL CODE COUNTRY |
| | 22d. TYPE OF ORGANIZATION | 22e. JURISDICTION OF ORGANIZATION | | | |

| 23. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (23a or 23b) - do not abbreviate or combine names | | | | | |
|---|---|---|---|---|---|
| OR | 23a. ORGANIZATION'S NAME | | | | |
| | 23b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | SUFFIX |
| 23c. MAILING ADDRESS | | | CITY | STATE | POSTAL CODE COUNTRY |
| | 23d. TYPE OF ORGANIZATION | 23e. JURISDICTION OF ORGANIZATION | | | |

| 24. ADDITIONAL SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE) - insert only one secured party name (24a or 24b) | | | | | |
|---|---|---|---|---|---|
| OR | 24a. ORGANIZATION'S NAME | | | | |
| | 24b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | SUFFIX |
| 24c. MAILING ADDRESS | | | CITY | STATE | POSTAL CODE COUNTRY |

| 25. ADDITIONAL SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE) - insert only one secured party name (25a or 25b) | | | | | |
|---|---|---|---|---|---|
| OR | 25a. ORGANIZATION'S NAME | | | | |
| | 25b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | SUFFIX |
| 25c. MAILING ADDRESS | | | CITY | STATE | POSTAL CODE COUNTRY |

UCC3N1                    Page 3 of 6                    Last Revision: 10/04/08

**Doc ID -->**      201225400191

# ATTACHMENT "A" – PROPERTY LIST

**All of the property listed in this Property List is protected by all terms, conditions, and agreements contained in all the documents recorded herein.**

1. All proceeds from Secured Party's labor from every source; from products, accounts, fixtures, crops, mine heads, wellheads, and transmitting utilities, etc.;
2. All rents, wages, earnings, remuneration, and income from every source;
3. All land in which DEBTOR has an interest, including the soil itself; all minerals atop or beneath the soil surface; all air rights; all waters on or in the soil or land surface such as a lake or pond, within the land boundaries;
4. All real property and all documents involving all real property in which DEBTOR has an interest, including all buildings, structures, fixtures, and appurtenances situated on or affixed thereto, as noted in #3 above;
5. All cottages, cabins, houses, mansions, and buildings of whatever type and wherever located;
6. All bank accounts foreign and domestic, bank "safety" deposit boxes and the contents therein; personal security codes, passwords, and the like associated therewith; credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trusts;
7. All inventory from any source;
8. All machinery, either farm or industrial; all mechanical tools, construction tools, tools of trade;
9. All boats, yachts, and watercraft; and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;
10. All aircraft, gliders, balloons, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;
11. All motor homes, trailers, mobile homes, recreational vehicles, houses, cargo, and travel trailers; and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all ancillary equipment, accessories, parts, service equipment, lubricants, fuels, and fuel additives;
12. All animals and all farm livestock; and all things required for the care, feeding, use, transportation, and husbandry thereof;
13. All pets, including cats, dogs, birds, fish, or whatever other of the animal kingdom has been gifted or otherwise acquired; whether kept indoors or outdoors; with all fixtures, vehicles, and housings required for their protection, feeding, care, transportation, shelter, and whatever other needs may arise;
14. All vehicles, autos, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances of any kind, motorized or otherwise, in which DEBTOR has an interest;
15. All computers, computer-related equipment and accessories, flash drives, electronically stored files or data, telephones, electronic equipment, office equipment and machines;
16. All visual reproduction systems, aural reproduction systems, motion pictures, films, video tapes, audio tapes, sound tracks, compact discs, DVDs, ipods, digital audio/video players, phonograph records and players, film, slides and projectors, photography and video and aural production equipment, cameras, projectors, tape recorders, cassette players, etc.;
17. All manuscripts, books, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;
18. All books and financial records of DEBTOR;
19. All trademarks, registered marks, copyrights, patents, proprietary data and technology, inventions, intellectual property, royalties, good will;
20. All public or private scholastic degrees, titles, credentials, medals, trophies, honors, awards, recognitions, meritorious citations, certificates from apprenticeship training and/or continuing education programs, etc., from whatever source, for whatever trade, occupation, work, or endeavor;
21. All military (Army, Navy, Air Force, Marine, National Guard, etc.) discharge papers, and the like;
22. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever;
23. All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, genes, blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal images, and the descriptions thereof; and all other corporal identification factors, and said factors' physical counterparts in any form; and all records, record numbers, and information pertaining thereto;
24. All biometric data, records, information, and processes not elsewhere described; the use thereof and the use of the information contained therein or pertaining thereto;

Doc ID --> 201225400191

25. All rights to obtain, use, request, refuse, or authorize the administration of any food, beverage, nourishment, or water, or any substance to be infused or injected into or affecting the body by any means whatsoever;

26. All rights to obtain, use, request, refuse, or authorize the administration of any drug, manipulation, material, process, procedure, ray, or wave which alters or might alter the present or future state of the body, mind, spirit, free will, faculties, and self by any means, method, or process whatsoever;

27. All keys, locks, lock combinations, encryption codes or keys, safes, secured places, and security devices, security programs, software, user names, passwords, machinery, or devices related therein;

28. All rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, inter alia: cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, and all other methods of communication, energy transmission, and food or water distribution;

29. All rights to barter, buy, contract, sell, or trade ideas, products, services, or work;

30. All rights to barter, buy, contract, sell, or trade any kind of asset, tool, item of value, time, property whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

31. All rights to create, invent, adopt, utilize, or promulgate any system or means of currency, private money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like;

32. All rights to use any free, rented, leased, fixed, or mobile domicile, as though same were a permanent domicile; and to be free from requirement to apply for or obtain any government license or permission, permit and otherwise; and to be free from entry, intrusion, or surveillance, by any means, regardless of duration of lease period;

33. All rights to manage, maneuver, direct, guide, or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license, permit, certificate, registration, or permission of any kind whatsoever;

34. All rights to marry and procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children, without any requirement to apply for or obtain any government license, permit, certificate, any vaccinations, or permission of any kind whatsoever;

35. All rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, and survival;

36. All rights to protect myself and my family from any animals that threaten my/our safety or well being, or that cause a nuisance to me/us, by using deadly force against any such animals;

37. All rights to exercise dominion over the earth and the resources of the earth including, but not limited to, using mineral and natural resources, timber, water, and harvesting animals for food;

38. All rights, interest, and exclusive title in CERTIFICATE OF BIRTH FILE :                    , il 4, 1969 , issued by OHIO DEPARTMENT OF HEALTH AND VITAL RECORDS SECTION , instilling the pledge represented by the same pignus, hypotheca, hereditaments, res, the energy and all products derived therefrom including, but not limited to all caps name KEVIN BRIAN GUNNELL ,KEVIN GUNNELL ,KEVIN B.GUNNELL,K GUNNELL, or K.B.GUNNELL , or any other derivative thereof;

39. All rights as outlined in the "Constitution for the united States of America" and the Honorable "Bill of Rights";

40. All rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgement of free speech, or the right to publish, or the right to peaceably assemble, or the right to petition government for redress of grievances, or the right to petition any military force of the United States for physical protection from threats to the safety and integrity of person or property by either "public" or "private" sources;

41. All rights to purchase arms and ammunition, keep and bear arms for defense of self, family, and parties entreating physical protection of person or property;

42. All rights to keep and bear arms for hunting, self-protection, protection of family, friends, and property, and target shooting of any kind;

43. All rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

44. All rights to create, carry, and use private documents of travel of any kind whatsoever, inter alia: those signifying diplomatic status and immunity as a free, independent Sovereign;

45. All rights to make video and/or audio recordings, reports and documents of all interactions between me or mine, and any government or quasi-government officials of any kind whatsoever including the right to bring all necessary video/audio recording equipment and necessary assistants and witnesses into government buildings as necessary;

46. All rights to obtain or be presented with a certified copy of the Oath of Office, bond number, and bonding company's name, address, and contact information of/for any government official with whom I interact;

47. All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, i.e., body, mind, spirit, free will, faculties, and self;

48. All rights to privacy and security in person and property, inter alia: all rights to safety and security of all household or sanctuary dwellers or guests, and all papers and effects belonging to DEBTOR or any household or sanctuary dwellers or guests, from governmental, quasi-governmental, de facto governmental, or private intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with

Page 5

Doc ID -->     201225400191

proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law may be promulgated as the authority for any such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant;

49. All names used and all Corporations Sole executed and filed, or to be executed and filed, under said names;

50. All intellectual property, inter alia: all speaking and writing;

51. All thoughts, beliefs, world views, emotions, psychology, etc.;

52. All signatures and seals;

53. All signatures on all applications for and all value associated with all licenses foreign and domestic;

54. All present and future retirement incomes, commissions, compensation, and the fruits of my labor, and rights to such incomes, commissions, compensation, and the fruits of my labor issuing from all accounts and trusts;

55. All present and future medical and healthcare rights; and rights owned through survivorship, from all accounts;

56. All applications, filings, correspondence, information, images, identifying marks, image licenses, travel documents, materials, permits, registrations, and records and records numbers held by any entity, for any purpose, however acquired, as well as the analyses and uses thereof, and any use of any information and images contained therein, regardless of creator, method, location, process, or storage form, inter alia: all processed algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, images, identifying marks, image licenses, travel documents, materials, permits, registrations, records and records numbers, and the like;

57. All signatures on all applications for and all value associated with all library cards;

58. All credit, charge, and debit cards, mortgages, notes, applications, card numbers, and associated records and information;

59. All credit of DEBTOR;

60. All signatures on and all value associated with all traffic citations/tickets;

61. All signatures on and all value associated with all parking citations/tickets;

62. All value from all court cases and all judgments, past, present, and future, in any court whatsoever; and all bonds, orders, warrants, and other matters attached thereto or derived therefrom;

63. All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts; and any storage boxes, receptacles, and depositories within which said items are stored;

64. All ~~ ~~~ondence, filings, notices, coding, record numbers, all benefit from social security account ~~~ ~~ ~~ any information contained therein, wherever and however located, and no matter by whom said . information was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated, or utilized;

65. All bank accounts foreign and domestic, all brokerage accounts, stocks, bonds, certificates of deposit, drafts, futures, insurance policies, investment, securities, all retirement plan accounts, Individual Retirement Accounts, money market accounts, mutual funds, notes, options, puts, calls, pension plans, savings accounts, stocks, warrants, securities, benefits from trusts, 401Ks, and the like;

66. All accounts, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds; and all records and records numbers, correspondence, and information pertaining thereto or derived therefrom;

67. All stockpiles, collections, buildups, amassment, and accumulations, however small, of Federal Reserve Notes (FRNs), gold certificates, silver certificates; and all other types and kinds of cash, coins, currency, and money delivered into possession of Secured Party;

68. All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies, propagating plants, and seeds; and all related storage facilities and supplies;

69. All fitness and/or sports equipment intended to increase vitality, fitness, and health; and whole food complexes, vitamin, mineral, and other supplements to the diet for the same health and fitness purposes; and all juicers, grinders, dehydrators, and storage and delivery devices or equipment;

70. All products of and for agriculture; and all equipment, inventories, supplies, contracts, and accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture;

71. All plants and shrubs, trees, fruits, vegetables, farm and garden produce, indoors and out, watering devices, fertilizers and fertilizing equipment, pots, collections of plants, e.g., bonsai, dry or live assortments of flowers and plants, or anything botanical;

72. All farm, lawn, and irrigation equipment, accessories, attachments, hand tools, implements, service equipment, parts, supplies, and storage sheds and contents;

73. All fuel, fuel tanks, containers, and involved or related delivery systems;

74. All metal-working, woodworking, and other such machinery; and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, tool boxes, work benches, shops, and facilities;

75. All camping, fishing, hunting, and sporting equipment; and all special clothing, materials, supplies, and baggage related thereto;

76. All storage units, safes, rifles, guns, bows, crossbows, other weapons, and related accessories; and the ammunition, reloading equipment and supplies, projectiles, and integral components thereof;

Doc ID --> 201225400191

77. All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas, towers, etc.; and all ancillary equipment, supplies, computers, software programs, wiring, and related accoutrements and devices;

78. All power-generating machines or devices; and all storage, conditioning, control, distribution, wiring, and ancillary equipment pertaining to or attached thereto;

79. All devices, engines, fixtures, fans, plans needed for the production or storage of electrical energy;

80. All computers and computer systems and the information contained therein; as well as all ancillary equipment, printers, and data compression or encryption devices, processes, and processors;

81. All office and engineering equipment, furniture, ancillary equipment, drawings tools, electronic and paper files, and items related thereto;

82. All water wells and well-drilling equipment; and all ancillary equipment, chemicals, tools, and supplies;

83. All shipping, storing, and cargo containers, and all chassis, truck trailers, vans, and the contents thereof, whether on-site, in transit, or in storage anywhere;

84. All building materials and prefabricated buildings; and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection, or vacancy while awaiting occupancy thereof;

85. All communications and data; and the methods, devices, and forms of information storage and retrieval, and the products of any such stored information;

86. All artwork and supplies, paintings, etchings, photographic art, lithographs, and serigraphs, etc.; and all frames and mounts pertaining to or affixed thereto;

87. All food; and all devices, tools, equipment, vehicles, machines, and related accoutrements involved in food preservation, preparation, growth, transport, and storage;

88. All construction machinery; and all ancillary equipment, fuels, fuel additives, supplies, materials, and service equipment pertaining thereto;

89. All medical, dental, optical, prescription, and insurance records, records numbers, and information contained in any such records or pertaining thereto;

90. The Last Will and Testament from any source;

91. All inheritances gotten or to be gotten;

92. All wedding bands and rings, watches, and jewelry;

93. All household goods and appliances, linen, wardrobe, toiletries, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, collectibles, collections, antiques, etc.;

94. All musical instruments, whether new or old, including brass, woodwinds, percussion, strings, etc.;

95. All children's toys, books, clothing, playthings, and possessions of any type or amount;

96. All businesses, corporations, companies, trusts, partnerships, limited partnerships, organizations, proprietorships, and the like, now owned or hereafter acquired; and all books and records thereof and therefrom; all income, commissions, compensation, and the fruits of my labor therefrom; and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

97. All ownership, equity, property, and rights to property now owned or held or hereafter acquired in all businesses, corporations, companies, partnerships, limited partnerships, organizations, proprietorships, and the like; and all books and records thereof and therefrom; all income therefrom; and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

98. All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, DEBTOR or natural man Secured Party, whether received or not received;

99. All telephone numbers;

100. All signatures on all applications for and all value associated with all certificates of birth documents of the natural man Secured Party, and all said documents themselves;

101. All signatures on all applications for and all value associated with all certificates of birth documents of all children and grandchildren of the natural man Secured Party, and all said documents themselves;

102. All signatures on all applications for social security numbers, and all value associated with all accounts,

103. ... signatures on all applications for social security numbers for all children and grandchildren of the natural man Secured Party, and all value associated with all the accounts of those children/grandchildren;

104. All value associated with the private contract trust account number of the natural man Secured Part;

105. All value associated with the private contract trust account numbers of all children and grandchildren of the natural man Secured Party;

106. All signatures on all applications for and all value associated with Driver License #: Q858XXXX;

107. All signatures on all applications for and all value associated with Franklin County Sheriff's Office Concealed Weapon Permit #:N/A;

108. All signatures on all applications for and all value associated with all passports for the natural man Secured Party and his children and grandchildren;

109. All documents as recorded in the public record by and for the natural man Secured Party as indicated herein;

110. All signatures on all applications for and all value associated with all marriage licenses;

111. All private marriage contracts;

Page 7

Doc ID --> 201225400191

112. All signatures on all applications for and all value associated with all professional licenses;
113. All signatures on all applications for and all value associated with all notary licenses, and all notary stamps, embossers and seals used in performing the function of a notary;
114. All private addresses of the natural man Secured Party as indicated herein;
115. All signatures on all applications for and all value associated with all public addresses;
116. All private, registered, bond/account numbers; and all bonds and notes tendered to any and all entities, including the Department of the Treasury, banks, creditors, corporations, etc;
117. The following United States Postal Service Registered Mail Numbers: RB 373 098 001US, RB373 098 005US, RB373 098 009US, RB373 098 013US, RB373 098 017US, RB373 098 021US
118. The following Bond/Account number series: KBGIB0001 to KBGIB9999 inclusive;
119. The following Bond/Account number series: KBGOB0001 to KBGOB9999 inclusive;
120. The following Bond/Account number series: KBGBPN001 to KBG BPN999 inclusive;
121. Any and all property not specifically listed, named, or specified by make, model, serial number, etc., is expressly herewith included as collateral of the natural man Secured Party.

End of Attachment "A" – Property List

LS: _Kevin B. Gunnell_ 9/7/12
Kevin Brian Gunnell, Secured Party Creditor       Date

Doc ID --> 201225400191

# ACKNOWLEDGMENT

Grant of Exclusive Power Of Attorney to Conduct All Tax, Business and Legal Affairs of Grantor

# POWER OF ATTORNEY

1) I, KEVIN BRIAN GUNNELL, DEBTOR and GRANTOR, at, 2926 SUNBURY CT COLUMBUS, OHIO 43219 do hereby appoint, Kevin Brian Gunnell, Secured Party Creditor, and Grantee, and attorney in fact, c/o2926 Sunbury ct Columbus Ohio, Republic; near [43219], Non-Domestic without the US, as my Private attorney in fact, to take exclusive charge of, manage, and conduct all of my tax, business and legal affairs, settle debts, make purchases, etc., and for such purpose to act for me in my name and place, without limitation on the powers necessary to carry out this exclusive Power of Attorney in fact as authorized:

(A)  To take possession of, hold, and manage my real estate and all other property;

(B)  To receive money or property paid or delivered to me from any source;

(C)  To deposit funds into, make withdrawals from, or sign checks or drafts against any account standing in my name individually or jointly in any bank or other depository, to cash coupons, bonds, or certificates of deposits to endorse checks, notes or other documents in my name; to have access to, and to place items in or remove them from, any safety deposit box standing in my name individually, and otherwise to conduct bank transactions or business for me in my name;

(D)  To pay my just debts and expenses, including reasonable expenses incurred by my attorney in fact, Kevin Brian Gunnell, in exercising this exclusive power of attorney;

(E)  To retain any investments, invest, and to invest in stocks, bonds or other securities, or in real estate or other property;

(F)  To give general and special proxies or exercise rights of conversion or rights with respect to shares or securities, to deposit shares or securities with, or transfer them to protective committees or similar bodies, to join in any reorganization and pay assessments or subscriptions called for in connection with shares or securities;

(G)  To sell, exchange, lease, give options, and make contracts concerning real estate or other property for such considerations and on such terms as my attorney in fact, Kevin Brian Gunnell may consider prudent;

(H)  To improve or develop real estate, to construct, alter, or repair building structures and appurtenances or real estate; to settle boundary lines, easements, and other rights with respect to real estate; to plant, cultivate, harvest, and sell or otherwise dispose of crops and timber, and do all things necessary or appropriate to good husbandry;

(I)  To provide for the use, maintenance, repair, security, or storage of my tangible property;

(J)  To purchase and maintain such policies of insurance against liability, fire, casualty, or other risks as my attorney in fact, Kevin Brian Gunnell, may consider prudent.

2) The Secured Party Creditor, Kevin Brian Gunnell, named herein and on the Form UCC-1 recorded with the SECRETARY OF STATE of WASHINGTON, is authorized by law to act for and in control of the DEBTOR, KEVIN BRIAN GUNNELL,KEVIN B GUNNELL,KEVIN GUNNELL, or any derivative thereof. In addition, Kevin Brian Gunnell has the exclusive power of attorney to contract for all business and legal affairs of KEVIN BRIAN GUNNEL EBTOR.

3) The term "exclusive" shall be construed to mean that while this power of attorney is in force, only my attorney in fact may obligate me in these matters, and I forfeit the capacity to obligate myself with regard to same. This grant of Exclusive Power is irrevocable during the lifetime of Kevin Brian Gunnell.

Doc ID --> 201225400191

Executed and sealed by the voluntary act of my own hand, this 7 day of September, 2012

This instrument was prepared by Kevin Brian Gunnell.

Acceptance:

KEVIN BRIAN GUNNELL
KEVIN BRIAN GUNNELL, GRANTOR

LS: Ken B. Gunnell
Kevin Brian Gunnell, Grantee

I, the above named exclusive attorney in fact, do accept the responsibility for the herein-named DEBTOR-Grantor and will execute the herein granted Power of Attorney with Due Diligence.

## ACKNOWLEDGEMENT OF NOTARY

State of Ohio )
)ss.
County of Franklin )

On the 7th day of September, two thousand-, twelve, before me, Derek Herbruck, Notary, personally appeared Kevin Brian Gunnell, known to me (or proved to me on the basis of satisfactory evidence of identification) to be the living man whose name is subscribed upon this instrument and acknowledged to me that he will execute the same in his authorized capacity; and by his signature on this instrument, Kevin Brian Gunnell will execute on behalf of the GRANTOR.

Witnessed by my hand and official seal,

My Commission Expires: 8/9/2016

NOTARY SEAL

DEREK HERBRUCK
Notary Public, State of Ohio
My Commission Expires
February 09, 2016

Page 10

Doc ID -->        201225400191

# COMMERCIAL SECURITY AGREEMENT
## KBG040469-SA01

This non-negotiable and non-transferable Commercial Security Agreement is made and entered into this day of September 6,2012 by and between KEVIN BRIAN GUNNELL, hereinafter "DEBTOR," Organization Number and Kevin Brian Gunnell, hereinafter "Secured Party Creditor," Identification Numb  The Parties, hereinafter "Parties," are identified as follows
DEBTOR: KEVIN BRAIN GUNNELL.  A LEGAL ENTITY

ORGANIZATION NUMBER
Secured Party Creditor:
Kevin Brian Gunnell a "Personam Sojourn and People of Posterity"
c/o 2926 Sunbury ct
Columbus, Ohio Republic; near [43219]
Non-Domestic without the US
Creditor Identification Number

AGREEMENT

NOW, THEREFORE, the parties agree as follows:

DEBTOR, who deems itself insecure, hereby grants Secured Party Creditor a security interest in the collateral described generally herein or specifically on the enclosed Attachment "A" – Property List, incorporated herein as if fully set forth within this Commercial Security Agreement, hereinafter referred to as "collateral." This will secure all DEBTOR's property, as well as all income from every source, and all direct and indirect, absolute or contingent, due or to become due, now existing or hereafter arising, presumed or actual, parole or expressed public indebtedness and liabilities held by DEBTOR in consideration for Secured Party Creditor providing certain things and accommodations for DEBTOR, including but not limited to:

1. Secured Party Creditor signing by accommodation for DEBTOR, when necessary, where the signature of DEBTOR will be required. Secured Party Creditor reserves the right to make sufficient claims to secure such indebtedness until satisfied in whole.

2. Secured Party Creditor issuing a binding commitment to extend credit or to extend immediately available credit, whether or not drawn upon and whether or not reimbursed in the event of difficulties in collection; and

3. Secured Party Creditor providing the security for payment of all sums due or owing, or to become due or owing, by DEBTOR on every public contract entered into by DEBTOR.

DEBTOR declares that it is a legal entity recognized as such and has rights and privileges recognized under the laws of the UNITED STATES, as has been the case since its creation in 1969. All legal means to protect the security interest being established by this Agreement will be used by DEBTOR when necessary; and all support needed by Secured Party Creditor to protect his security interest in the collateral identified herein will be provided by DEBTOR.

Execution of this Commercial Security Agreement incorporates a promise that DEBTOR will execute such commercial forms as may be necessary, including but not limited to financing statements, to assure that Secured Party Creditor's interest is perfected.  The security interest established by this Agreement will continue until Secured Party Creditor is relieved of all liability associated with said services provided to DEBTOR and until all owing and due consideration to Secured Party has been delivered, regardless of whether the collateral identified in this Agreement is in the possession of DEBTOR or Secured Party.

DEBTOR warrants that Secured Party Creditor's claim against the collateral is enforceable according to the terms and conditions expressed herein and according to all applicable laws promulgated for the purpose of protecting the interests of a creditor against a DEBTOR.  DEBTOR also warrants that it holds good and marketable title to the collateral, free and clear of all actual and lawful liens and encumbrances, except for the interest established herein and except for such substantial interest as may have been privately established by agreement of the Parties with full attention to the elements necessary to establish a valid contract under international contract law.  Public encumbrances belonging to DEBTOR, against the collateral, shall remain secondary to this Agreement, unless registered prior to the registration of Secured Party Creditor's interest in the same collateral, as is well established in international commercial law.

Doc ID -->          201225400191

## GENERAL PROVISIONS

**Possession of Collateral.** Collateral or evidence of collateral may remain in the possession of DEBTOR, to be kept at the address given in this Agreement by DEBTOR or such other place(s) approved by Secured Party Creditor, and notice of changes in location must be made to Secured Party Creditor within ten (10) days of such relocation. DEBTOR agrees not to otherwise remove the collateral except as is expected in the ordinary course of business, including sale of inventory, exchange, and other acceptable reasons for removal. When in doubt as to the legal ramifications for relocation, DEBTOR agrees to acquire prior written authorization from Secured Party Creditor. DEBTOR may possess all tangible personal property included in collateral, have beneficial use of all other collateral, and may use it in any lawful manner consistent with this agreement. DEBTOR's right to possession and beneficial use may also apply to collateral that is in the possession of Secured Party Creditor if such possession is required by law to perfect Secured Party Creditor's interest in such collateral. If Secured Party Creditor, at any time, has possession of any part of the collateral, whether before or after an event of default, Secured Party Creditor shall be deemed to have exercised reasonable care in the custody and preservation of the collateral, if Secured Party Creditor takes such action for that purpose as deemed appropriate by Secured Party Creditor under the circumstances.

**Proceeds and Products from Collateral.** Unless waived by Secured Party Creditor Unless waived by Secured Party Creditor, all proceeds and products from the disposition of the collateral, for whatever reason, shall be held in trust for Secured Party Creditor and shall not be commingled with any other accounts or funds without the consent of Secured Party Creditor. Notice of such proceeds shall be delivered to Secured Party Creditor immediately upon receipt. Except for inventory sold or accounts collected in the ordinary course of DEBTOR's public business, DEBTOR agrees not to sell, offer to sell, or otherwise transfer or dispose of the collateral, nor to pledge, mortgage, encumber, or otherwise permit the collateral to be subject to a lien, security interest, encumbrance, or charge, other than the security interest established by this Agreement, without the prior written consent of Secured Party Creditor

**Maintenance of Collateral.** DEBTOR agrees to maintain all tangible collateral in good condition and repair, and not to commit or permit damage to or destruction of the collateral or any part of the collateral. Secured Party and his designated representatives and agents shall have the right at all reasonable times to examine, inspect, and audit the collateral wherever located. DEBTOR shall immediately notify Secured Party of all cases involving the return, rejection, repossession, loss, or damage of or to the collateral; of all requests for credit or adjustment of collateral, or dispute arising with respect to the collateral; and generally of all happenings and events affecting the collateral or the value or the amount of the collateral.

**Compliance with Law.** DEBTOR shall comply promptly with all laws, ordinances, and regulations of all governmental authorities applicable to the production, disposition, or use of the collateral. DEBTOR may contest in good faith any such law, ordinance, or regulation without compliance during a proceeding, including appropriate appeals, so long as Secured Party Creditor's interest in the collateral, in Secured Party Creditor's opinion, is not jeopardized. Secured Party Creditor may, at his option, intervene in any situation that appears to place the collateral in jeopardy.

**Public Disputes.** DEBTOR agrees to pay all applicable taxes, assessments, and liens upon the collateral when due, provided that such taxes, assessments, and liens are proved to be superior to the lawful claim established by this agreement and subsequently perfected by Secured Party Creditor by appropriate registration. In the event that DEBTOR elects to dispute such taxes, assessments, and liens, Secured Party Creditor's interest must be protected at all times, at the sole opinion of Secured Party Creditor, who may, his option, intervene in any situation that appears to jeopardize Secured Party Creditor's interest in the collateral. DEBTOR may elect to continue pursuit of dispute of such taxes, assessments, and liens, only upon production of a surety bond, including all costs and fees associated with such Party Creditor, sufficient to protect Secured Party Creditor from loss, including all costs and fees associated with such dispute. Should public judgment against DEBTOR result from such dispute, DEBTOR agrees to satisfy such judgment from its accounts established and managed by the UNITED STATES or its subdivisions, agents, officers, or affiliates, so as not to adversely affect Secured Party Creditor's interest in the collateral.

**Indemnification.** DEBTOR hereby indemnifies Secured Party Creditor from all harm as expressed in the Indemnity Bond, incorporated herein as if fully set forth within this Commercial Security Agreement.

### SUBORDINATION OF DEBTOR'S DEBTS
### TO SECURED PARTY

Providing that Secured Party Creditor, subsequent to the execution of this agreement, perfects his security interest in the collateral by appropriate county registration, DEBTOR agrees that its indebtedness to Secured Party Creditor, whether now existing or hereafter created, shall have priority over unregistered claims that third parties may raise against DEBTOR or the collateral, whether or not DEBTOR becomes insolvent. DEBTOR hereby expressly subordinates any claim that DEBTOR may have against Secured Party Creditor, upon any account whatsoever, to the claim that Secured Party Creditor has or will have against DEBTOR.

Doc ID --> 201225400191

If Secured Party Creditor so requests, all notes or credit agreements now or hereafter established, evidencing debts or obligations of DEBTOR to third parties, shall be marked with a legend that the same are subject to this Agreement and shall be delivered to Secured Party Creditor. DEBTOR agrees, and Secured Party Creditor is hereby authorized, in the name of DEBTOR, to execute and file such financing statements and other commercial statements as Secured Party Creditor deems necessary or appropriate to perfect, preserve, and enforce his rights under this Agreement.

## DEFAULT

The following shall constitute events of default hereunder:

1. Failure by DEBTOR to pay a debt secured hereby when due;

2. Failure by DEBTOR to perform an obligation secured hereby when required to be performed;

3. Breach by DEBTOR of a warranty contained in this Agreement;

4. Evidence that a statement, warranty, or representation made or implied in this Agreement by DEBTOR is false or misleading in any material respect, either now or at the time made or furnished;

5. Evidence that this Agreement or a document of title is void or ineffective;

6. Dissolution or termination of DEBTOR's existence as a legal entity, the insolvency of DEBTOR, the appointment of a receiver for all or any portion of DEBTOR's property, an assignment for the benefit of public creditors, or the commencement of proceedings under bankruptcy or insolvency laws by or against DEBTOR;

7. Commencement of foreclosure, whether by action of a tribunal, self-help, repossession, or other method, by a creditor of DEBTOR against the collateral;

8. Garnishment of DEBTOR's deposit accounts or employment.

**Cure of Default.** If a fault or dishonor under this Agreement is curable through an account held by DEBTOR but managed by the UNITED STATES or one of its subdivisions, agents, officers, or affiliates, such fault or dishonor may be cured by DEBTOR with authorization by Secured Party Creditor and upon advice by the fiduciary that the fault or dishonor has been cured; and no event of default will have occurred. A dishonor under this Agreement, initiated by third party intervention, will not cause a default if such intervention is challenged by DEBTOR by its good faith effort to confirm or disprove the validity or reasonableness of a public claim which is the basis of the public creditor's proceeding; but DEBTOR must, in that event, deposit such surety with Secured Party Creditor as is necessary to indemnify Secured Party Creditor from loss.

**Acceleration.** In the event of default, Secured Party Creditor may declare the entire indebtedness immediately due and payable without notice.

**Liquidation of Collateral.** In the event of default, Secured Party Creditor shall have full power to privately or publicly sell, lease, transfer, or otherwise deal with the collateral or proceeds or products therefrom, in his own name or in the name of DEBTOR. All expenses related to the liquidation of collateral shall become a part of DEBTOR's indebtedness. Secured Party Creditor may, at his discretion, transfer part or all of the collateral to his own name or to the name of his nominee.

**Rights and Remedies.** Secured Party Creditor shall have all the rights and remedies of a secured creditor under the provisions of the Uniform Commercial Code, as it has been adopted in the state where part or all of the collateral is located or presumed to be located, including but not limited to the right to proceed with self-help with or without a public court or tribunal. Rights and remedies available to Secured Party Creditor may be exercised singularly or jointly and in all venues and jurisdictions concurrently at the sole discretion of Secured Party Creditor.

## MISCELLANEOUS PROVISIONS

**Amendments.** This Agreement, together with all related documents, constitutes the entire understanding and agreement of the Parties as to the matters set forth in this Agreement. No alteration of or amendment to this Agreement shall be effective unless expressed in writing and signed by both Parties.

**Applicable Law.** The governing law of this Agreement is the agreement of the Parties, supported by the Uniform Commercial Code as adopted by the legislature of the STATE OF OHIO , International contract law, the unwritten Law Merchant as practiced before the Uniform Commercial Code was promulgated, and applicable maxims of law.

**Expenses.** DEBTOR agrees to pay upon demand, from such accounts as DEBTOR may have, all Secured Party Creditor's costs and expenses, including reasonable attorney's fees and other expenses incurred by Secured Party Creditor to defend or enforce the provisions of this Agreement.

Doc ID -->        201225400191

**Indebtedness.**  The word "indebtedness" means the indebtedness evidenced by this Agreement as a claim against DEBTOR and all its present and future possessions identified in this Agreement as collateral; and all public obligations, debts, and liabilities ascribed to DEBTOR through its contracts and agreements, whether expressed or implied, known or unknown, or actual or constructive, that are with the UNITED STATES or its subdivisions, agents, officers, affiliates, or other public entities; and all claims made by Secured Party Creditor against DEBTOR, whether existing now or in the future, whether they are voluntary or involuntary, due or not due, direct or indirect, absolute or contingent, liquidated or unliquidated, regardless of whether DEBTOR is or may be liable individually or jointly, or is obligated as, or beneficiary of, a surety or accommodation party.

**Related Documents.**  The phrase "related documents" means all promissory notes, credit agreements, loan agreements, guaranties, security agreements, mortgages, deeds of trust, applications, accounts, licenses, policies, permits, identification cards, account cards, receipts, forms, and all other documents and instruments that DEBTOR or its previous surety has or will execute in connection with DEBTOR's total indebtedness.

**Notices.**  Except for revocation notices by DEBTOR, all notices required to be given by either Party under this Agreement shall be in writing and shall be effective when actually delivered or when deposited with the United States Post Office or a nationally recognized courier service, first class postage prepaid, addressed to the Party to whom the notice is to be given at the address shown on this Agreement or to such other address as either Party may designate to the other in writing.

**Severability.**  If one or more provisions of this Agreement shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable.  If a qualified court finds that one or more provisions of this Agreement is invalid or unenforceable, but that by limiting such provision(s) it would become valid or enforceable, such provision(s) shall be deemed to be written, construed, and enforced as so limited.  In the event that such a finding and limitation causes damage or hardship to either Party, the agreement shall be amended in a lawful manner to make all Parties whole.

**Waiver of Contractual Right.**  The failure of either Party to enforce one or more provisions of this Agreement shall not be construed as a waiver or limitation of that Party's right to subsequently enforce and compel strict compliance with every provision of this Agreement.  Secured Party Creditor shall not be deemed to have waived rights under this Agreement unless such waiver is given in writing and signed by Secured Party Creditor.  No delay or omission on the part of Secured Party Creditor in exercising a right shall operate as a waiver of such right or any other right.  A waiver by Secured Party Creditor of a provision of this Agreement shall not prejudice or constitute a waiver of Secured Party Creditor's right otherwise to demand strict compliance with that provision or any other provision of this Agreement.  No prior waiver by Secured Party Creditor, nor any course of dealing between Secured Party Creditor and DEBTOR, shall constitute a waiver of Secured Party Creditor's rights or of DEBTOR's obligations under this agreement as to future transactions.  Whenever the consent of Secured Party Creditor is required under this agreement, the granting of such consent by Secured Party Creditor in one instance shall not constitute consent over the whole.

**Ambiguities and Interpretation.**  Each Party acknowledges receipt of this agreement and has had the opportunity to have counsel review it.  Any rule of construction claiming ambiguities is to be resolved in favor of Secured Party Creditor and shall not apply in the interpretation of this agreement or its amendments.  All statements in this instrument are important to the Parties.  Misunderstandings have been resolved prior to execution.

**Authority to Represent.**  A signer of this agreement on behalf of a legal entity certifies that he has the authority to sign this agreement and that this transaction has been duly authorized by such entity.

**Gender.**  All references within this agreement to a specific gender include the other.


**SIGNATURES**

Secured Party Creditor accepts all signatures in accordance with the Uniform Commercial Code and acknowledges DEBTOR's signature as representative of all derivations thereof.


*KEVIN BRIAN GUNNELL*                       L.S. *Kevin B. Gunnell*        9/7/12
KEVIN BRIAN GUNNELL, ENS LEGIS, DEBTOR      Kevin Brian Gunnell, a living man,    Date
                                            Secured Party

Doc ID -->        201225400191

# INDEMNITY BOND

Know all men by these presents, that KEVIN BRIAN GUNNELL, DEBTOR and INDEMNITOR, hereby establishes this Indemnity Bond in favor of Kevin Brian Gunnell, Secured Party and Indemnitee, in the sum of present and future collateral values up to the sum of one hundred billion United States silver dollars ($100,000,000,000.00) of .999 fine silver, or flat money at par value, for the payment of which bond DEBTOR hereby firmly binds its successors, heirs, executors, administrators, DB/As, A.K.A.s (d/b/a, a.k.a.), and third-party assigns, jointly and severally. DEBTOR hereby indemnifies Secured Party against losses incurred as a result of all claims of debts or losses made by any and all persons against the commercial transactions and investments of DEBTOR. The condition of this bond is that Secured Party covenants to do certain things on behalf of DEBTOR, as set forth in the attached Commercial Security Agreement of the same date and executing parties; and DEBTOR covenants to serve as a Transmitting Utility to assure beneficial interest in all accounts established and managed by the UNITED STATES; and all goods and services in commerce are available to or conveyed from DEBTOR to Secured Party, whichever is appropriate.

To avert losses of vested rights in the present or future collateral that is the subject of the attached Commercial Security Agreement, DEBTOR agrees to make available to Secured Party such accounts established by intent of the Parties, by operation of law, and/or as constructive trusts, to hold proceeds arising from assets belonging to DEBTOR and administered by the UNITED STATES or its subdivisions, agents, or affiliates. Pursuant to existing laws of the UNITED STATES and the agreement of the parties of the attached Commercial Security Agreement, Secured Party is authorized to assign such funds from said accounts as are necessary to settle all past, present, and future public debts and obligations incurred by DEBTOR on behalf of Secured Party.

DEBTOR, without the benefit of discussion or division, does hereby agree, covenant, and undertake to indemnify, defend, and hold Secured Party harmless from and against any and all claims, losses, liabilities, costs, interests, and expenses including, without restriction, legal costs, interests, penalties, and fines previously suffered or incurred, or to be suffered or incurred by Secured Party, in accordance with Secured Party's personal guarantee with respect to loans or indebtedness belonging to DEBTOR, including any amount that DEBTOR might be deemed to owe to a public creditor for any reason whatsoever. Secured Party shall promptly advise DEBTOR of all public claims brought by third parties against the present or future property of DEBTOR, all of which is covered by the attached Commercial Security Agreement up to the indemnification amount declared herein, and to provide DEBTOR with full details of said claim(s), including copies of all documents, correspondence, suits, or actions received by or served upon DEBTOR through Secured Party. Secured Party shall fully cooperate with discussion, negotiation, or other proceedings relating to such claims.

This bond shall be in force and effect as of the date that it is signed and accepted by the Parties, and provided that Secured Party may cancel this bond and be relieved of further duty hereunder by delivering a thirty- (30) day written notice of cancellation to DEBTOR. No such cancellation shall affect the liability incurred by or accrued to Secured Party prior to the conclusion of said thirty- (30) day period. In such event of notice of cancellation, and in the event that the UNITED STATES reinstitutes its constructive claim against the collateral, DEBTOR agrees to reissue the bond before the end of the thirty- (30) day period for an amount equal to or greater than the above value of the attached Commercial Security Agreement, unless the Parties agree otherwise.

F 0816733  29:5707160

# LIEN

This agreement constitutes an International Commercial Lien on all property of DEBTOR, INDEMNITOR, on behalf of, and for the benefit of, Secured Party, Indemnitee, in the amount of one hundred billion United States silver dollars ($100,000,000,000.00) of .999 fine silver. This lien will expire at the moment that Indemnitee expires or when this lien is satisfied by Indemnitee.

KEVIN BRIAN GUNNELL ·        LS   Kevin B. Gunnell        9/7/12
KEVIN BRIAN GUNNELL, DEMNITOR              Kevin Brian Gunnell, Indemnitee        Date

Page 15

Doc ID --> 201225400191

# HOLD HARMLESS AND INDEMNITY AGREEMENT
# NON-NEGOTIABLE BETWEEN THE PARTIES

## PARTIES

**DEBTOR:** KEVIN BRIAN GUNNELL 2928 SUNBURY CT COLUMBUS, OHIO 43219

**Creditor:** Kevin Brian Gunnell
c/o 2928 Sunbury ct
Columbus, Ohio republic near [43219]
Non-Domestic without the US

DEBTOR's Social Security Account Numb[

I. This Hold Harmless and Indemnity Agreement is mutually agreed upon and permanently entered into on this 6 day of the month of SEPTEMBER, in the year of YHWH two thousand- twelve between the juristic person, BAILEE, KEVIN BRIAN GUNNELL,KEVIN B GUNNELL,KEVIN GUNNELL,K BRIAN GUNNELL,KBG ,KB GUNNELL, DEBTOR, and Kevin Brian Gunnell, Kevin Brian Gunnell ,Kevin B Gunnell ,Kevin Gunnell ,K .Gunnell , or K. B. Gunnell, including all variations of said name of KEVIN BRIAN GUNNELL, DEBTOR, BAILEE, and Kevin Brian Gunnell, Secured Party Creditor, Bailor, who is a living, flesh-and-blood man.

II. For binding verification, DEBTOR/BAILEE hereby expressly agrees and covenants, without benefit of discussion, without division, holding said Creditor harmless, causing indemnification of Creditor from and against, but not limited to any and all claims or legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summons(es), lawsuits, costs, fines, liens, levies, penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due or may become due arising hereinafter now and forevermore. Kevin Brian Gunnell Kevin Brian Gunnell, Creditor/Bailor, articulates by covenant and agreement that creditor shall not under any circumstances be considered an accommodating entity nor surety for DEBTOR/BAILEE.

**Words Defined Glossary of Terms:** In witnessing by hand this "HOLD HARMLESS AND INDEMNITY AGREEMENT" the foregoing words and terminology utilized herein are non-obstinate:

1. Appellation: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "A general term introduces and specifies a particular term used in addressing, greeting, calling out for, and making appeals of a particular living breathing flesh and blood man."

2. Conduit: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Conduit signifies means of transmitting and distributing energy and affects the production of labor, goods, or services by way of KEVIN BRIAN GUNNELL, KEVIN B GUNNELL, KEVIN GUNNELL, K BRIAN GUNNELL ,KBG,KB GUNNELL, including, but not limited to, any and all variations and derivatives of DEBTOR/BAILEE except Kevin Brian Gunnell, Kevin B. Gunnell ,Kevin Gunnell , or K.B Gunnell."

3. Creditor: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Means Kevin Brian Gunnell as Creditor and Bailor".

4. Secured Party Creditor: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Means Kevin Brian Gunnell and all variations of that name."

5. DEBTOR: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "KEVIN BRIAN GUNNELL,KEVIN B GUNNELL,KEVIN GUNNELL,K BRIAN GUNNELL,KBG,KB GUNNELL means including, but not limited to, any and all variations and derivatives in spelling of said name except Kevin Brian Gunnell, Kevin B Gunnell ,Kevin Gunnell , K. Brian Gunnel , or K.B. Gunnell ."

6. Derivative: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Coming from another; taken from something preceding secondary; that which has not the origin in itself, but obtains existence from something foregoing and a fundamental nature; anything derived from another."

7. Ens legis: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "A creature of the law; an artificial being, as contrasted with a natural person, such as a corporation, considered as deriving its existence entirely from the law."

Doc ID --> 201225400191

## NON-NEGOTIABLE SECURITY AGREEMENT

1. All property of BAILEE, DEBTOR KEVIN BRIAN GUNNELL 2926 SUNBURY CT COLUMBUS, OHIO 43219, is now hereby secured property as bailment of Bailor, Secured Party Creditor Kevin Brian Gunnell, c/o2928sunbury CT, Columbus, Ohio, Republic; near [43219]; Non-Domestic without the US. Secured Party Creditor must be fully compensated before any property can be exchanged, sold, tendered, disposed of, or forfeited in any manner. This property now owned or hereinafter acquired includes, but is not limited to, all: proceeds, products, accounts and fixtures from crops, mine heads, wellheads, transmitting utilities, etc., rent, wages, salary, all and any income, all and any interest, all and any dividends, land, mineral, water, and air rights, cottages, houses, buildings, structures, bank accounts, private treasury accounts, bank deposit boxes and contents therein, retirement plans, derivatives, stocks, bonds, securities, benefits from trusts, inheritances received or in receivership, inventory from any source, all machinery and tools including farm and industrial, livestock, equipment, fifth wheel trailers, automobiles, trucks, four wheelers, boats, water craft, aircraft, motor homes, mobile homes, jewelry, gold, gold bullion, silver, silver bullion, diamonds, gens, precious stones, wedding bands, rings, watches, all household goods, appliances, any type of furniture, kitchen utensils, cooking utensils, radios, televisions, computers, disk drives, books, financial records, papers, musical instruments, antiques, all sporting equipment, firearms, guns, ammunition, safes, and all other property held for benefit by myself or others. Any and all property not specifically referenced by make, model, and serial number is also included.

2. This privately held Non-Negotiable Security Agreement in hand cannot be discharged in bankruptcy court or any other court, as holder's property is exempt from levy. Secured Party Creditor accepts all signatures in accordance with UCC3-419. Adjustment of this recording is from HJR 192, Public Law 73-10, and UCC-1-104. All proceeds, accounts, and orders therefrom are released to Secured Party Creditor.

3. This Non-Negotiable Security Agreement instrument in hand supersedes any and all, but not limited to, documents or claims purporting to have a higher standing against Undersigned's bona-fide, original, wet ink signature set forth by proper English appellation Kevin Brian Gunnell in correlating correct accounting practice numbers.


*KEVIN BRIAN GUNNELL*
KEVIN BRIAN GUNNELL, BAILEE, DEBTOR

LS: *Kevin B. Gunnell*
Kevin Brian Gunnell, Bailor,
Secured Party Creditor

*9/7/12*
Date

Doc ID -->     201225400191

**International Registered Private Tracking Number —**
UCC1 RECORDED in OHIO –Secured Transaction Registry Number –

**ATTENTION AND WARNING**
<u>THIS IS A LEGAL NOTICE AND DEMAND</u>
FIAT JUSTITIA, RUAT COELUM

*(Let right be done, though the heavens should fall)*

NON WAR POWERS
ACT FLAG

**To:** All City, County, State, Federal and International Public Officials, by and through
OHIO SECRETARY OF STATE JON HUSTED
TAKE NOTICE: IGNORANCE OF THE LAW IS NO EXCUSE.
THIS IS A CONTRACT IN ADMIRALTY JURISDICTION.

Take a moment to read this before you proceed any further.
I do not wish to speak to you under any circumstances excluding federal judicial review.

**THIS TITLE IS FOR YOUR PROTECTION!**

(1)  I, one Kevin Brian Gunnell, freeman, the Undersigned, herein request that you present anything that you say to me in writing, signed under penalty of perjury as required by your law as shown in this instrument. **Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent.** Attachment "A" Property List and Legal Notice and Demand Definitions are included and are part of this contract.

(2)  This Notice is in the nature of a Miranda Warning. Take due heed of its contents. If, for any reason, you do not understand any of these statements or warnings, it is incumbent upon you to summon a superior officer, special prosecutor, federal judge, or other competent legal counsel to immediately explain to you the significance of this presentment as per your duties and obligations in respect to this private, formal, notarized, registered Statute Staple Securities Instrument. As per Title 11 USC 501(a), 502(a); 11 USC 7001, 7013, and Federal Rules of Civil Procedure Sections 8-A, AND 13-A, the claim or presumption that I, Kevin Brian Gunnell, am a DEBTOR to the "UNITED STATES" or any of its agencies or sub-corporations is forever rebutted by this contract. This rebuttal is a counterclaim in Admiralty.

(3)  Your Failure to timely do so leaves you in the position of accepting full responsibility for any and all liabilities for monetary damages, as indicated herein, that I incur by any adversely affecting injuries caused by your overt or covert actions, or the actions of any of your fellow public officers and agents in this or any other relevant matters as described herein. You have thirty (30) days, from the date that this document is received by the Clerk of the Public Record, to respond and rebut the presumptions of this contract by submitting to me signed, certified, authenticated documents of the laws that rebut these presumptions point by point, On and For the Record under penalties of the law including perjury. This document will be on file in the public record; and the clerk in charge of the public record is charged to distribute this to any and all responsible parties, i.e., officers of the court, and/or law enforcement officers including local, state, federal, international, multi-jurisdictional, or any and all officers, representatives, contractors, agencies, or any such entity or person that may bring any type of action, whether civil or criminal or other, against me, and whether in this county, state, region, area, country, corporation, federal zone, or in any venue and/or jurisdiction. Your failure to timely rebut the statements and warnings herein constitute your complete, tacit agreement with all statements and warnings contained herein. Your presumptions that I, the Undersigned, am a "Corporate Fiction" or "Legal Entity" and under your corporate "UNITED STATES" jurisdiction are now and forever rebutted.

4)  I, the Undersigned, tendering this document, am a Private People of Posterity; a Sovereign Personam Sojourn; by fact; not a 14th Amendment citizen or surety within; or subject for; or allegiance to; your corporate "UNITED STATES"; or to any de facto, compact, corporate, commercial STATES contracting therein; only to the "united States of America," nonetheless carrying with me exclusive, original, sovereign jurisdiction and venue having one supreme court and United States Court of International Trade. This is a matter of public record, tendered by way of certified mail to OHIO SECRETARY OF STATE. These pages are also recorded in locations for public Notice including, but not limited to, http://www.nationalrepublicregistry.com.

(5)  I, the Undersigned, now tendering this legally binding Legal Notice and Demand in hand am not a surety under your jurisdiction nor a subject under your corporate veil "Color of Law Venue," being acknowledged by silence and

Page 19

Doc ID --> 201225400191

(5) acquiescence of JON HUSTED, respectfully OHIO SECRETARY OF STATE, also but not limited to any public officers, agents, contractors, assigns, employees, and subsidiaries of your office, regarding my Legal Notice and Demand tendered by certified mail with fiber book number and page affixed.

(6) Silence of Corporate Office SECRETARY OF STATE ratifies severances of any nexus or relationship to de facto, corporate, commercial STATE offices; being fraudulent conveyance by operating under "Color of Authority" upon the Real Man or Woman, Secured Party Creditor. Let this be known by the "Good Faith (Oxford) Doctrine" to all men and women. I do not consent to any warrantless searches, or searches that are not compliant with the "Constitution for the united States of America" and/or all of the amendments of the Honorable "Bill of Rights," whether of my dwellings, cars, land craft, watercraft, aircraft, me, mine, current location, property, hotel rooms, apartments, business records, businesses, or my machinery, vehicles, equipment, supplies, computer equipment, buildings, grounds, land in my private possession or control, past, present, and future, now and forevermore, so help me God.

(7) By this record let it be known that I do not at any time waive any rights or protections, as acknowledged by the aforementioned Constitution and/or Honorable "Bill of Rights," nonetheless, demanding that you protect these as you swore an oath to do so. I accept your lawfully required Oath of Office, bonds of any type, insurance policies, and property of any type for my protection and making whole. Furthermore, should you witness any public officers at this time, or any time past, present, or future violating any of my rights or protections, it is your sworn duty (of oath) to immediately arrest, or have them arrested. You are legally required to charge them as you should any law breaker, regardless of officer's title, rank, uniform, cloak, badge, position, stature, or office; or you shall henceforth be accountable for monetary damages from, but not limited to, your monetary liability, your CORPORATE bond, your law-required private bond, compensatory costs, punitive procurements, and sanctioned-by-attorney attributions.

(8) Note: A true and correct, notarized copy of this Statute Staple Securities Instrument is also recorded in locations for public Notice including, but not limited to http://www.nationalpublicregistry.com. It is my policy to present this document to any officer, agent, or representative that has any interaction with me. I have a lawful right to travel, by auto vehicle, whatever means, via land, sea, or air, without any officer, agent, employee, attorney, or judge willfully causing adverse affects or damages upon me by an arrest, detainment, restraint, or deprivation. I will be granted the status and treatment of a foreign Sovereign, a foreign diplomat, by all customs officials. This document or the deposited copy becomes an evidentiary document certified herein, as if now fully reproduced, should any court action be taken upon me as caused by your acts under color of law with you, your officers, and employees. Take note: You are now monetarily liable in your personal and COROPORATE capacity. I, Kevin Brian Gunnell, freeman the Undersigned, a Sovereign, notwithstanding anything contrary, abide by all laws in accordance with the aforementioned Constitution and Honorable "Bill of Rights" which are applicable to Sovereigns. I, Kevin Brian Gunnell, wish no harm to any men/women. You agree by your non-response to uphold my "Right to Travel"; or you must rebut my presumption by lawfully documented evidence in law on and For the Record, Under Oath, and penalty of perjury, within the thirty (30) days as aforementioned in this Admiralty Contract.

(9) BE WARNED, NOTICED, AND ADVISED that I rely upon, in addition to constitutional limits of the "Constitution for the united States of America" and/or the Honorable "Bill of Rights," governmental authority, the rights and protections guaranteed under Uniform Commercial Codes, common equity law, laws of admiralty, and commercial liens and levies pursuant to, but not limited, to Title 42 (Civil Rights), Title 18 U.S.C.A. (Criminal Codes), Title 28 U.S.C.A. (Civil Codes), and additional OHIO constitution penal codes, in as much as they are in compliance with the aforementioned Constitution and/or "Bill of Rights." There can be no violation of any of these laws unless there is a victim consisting of a natural, flesh and blood man or woman who has been damaged. When there is no victim, there is no crime or law broken. Unless this is rebutted within the time limit contained herein, and the conditions of the rebuttal are met, you, or any representative in any capacity of any agency, government, corporation, or the like, agree to abide by this contract anytime that you interact with me. I, Kevin Brian Gunnell, Freeman, the Undersigned, am of lawful majority age, clear head, and sound mind.

(10) Remember, you took a solemn binding oath to protect and defend the original "Constitution for the united States of America" (1787) adopted circa 1791. Violations of said oath are perjury, being a bad-faith doctrine by constructive treason and immoral dishonor. I accept said Oath of Office that you have sworn to uphold. I declare that any and all presumptions that I am a citizen, subject, resident, participant, legal entity, strawman, fiction, or any such thing, of any and all jurisdictions of the UNITED STATES OR ANY OF ITS SUBDIVISIONS, AGENCIES, ENTITIES, DEPARTMENTS, SUBSIDIARIES are now and forever rebutted. You may rebut my presumptions by submitting certified copies of lawful documents that have been certified by a OHIO state's attorney while under oath and on the official record and under penalty of perjury and waiving all immunities from prosecution. You have thirty (30) days to rebut my statements as indicated herein, or my statements will stand as true, lawful, and legal in all of your courts and/or hearings.

(11) This legal and timely notice, declaration, and demand is: prima facie evidence of sufficient Notice of Grace. The terms and conditions of this presentment agreement are a quasi-contract under the Uniform Commercial Code and Fair Debt Collection Practices Act. These terms and conditions are not subject to any or all immunities that you may claim, should you in any way violate my rights or allow violations by others. Your CORPORATE commercial acts against me or mine and your failures to act on behalf of me or mine are ultra vires and injurious by willful and gross negligence.

(12) The liability is upon you, and/or your respondent superior, and upon others including any and all local, state, regional, federal, multijurisdictional, international, and/or corporate agencies, and/or persons of the foregoing, involved directly or indirectly with you via any nexus acting with you; and said liability shall be satisfied jointly and/or severally at my

Page 20

Doc ID -->        201225400191

discretion.  You are sworn to your Oath of Office, and I accept your Oath of Office and your responsibility to uphold the rights of me and mine at all times.
**BILLING COSTS ASSESSED WITH LEVIES AND LIENS UPON VIOLATIONS SHALL BE:**

(13)   Unlawful Arrest, Illegal Arrest, or Restraint, or Distraint, Trespassing/Trespass, without a lawful, correct, and complete 4th amendment warrant: $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

Excessive Bail, Fraudulent Bond, Cruel and Unusual Punishment, Violation of Right to Speedy Trial, Violation of the Right of Freedom of Speech, Conspiracy, Aiding and Abetting, Racketeering, or Abuse of Authority as per Title 18 U.S.C.A., §241 and §242, or definitions contained herein: $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

Assault or Assault and Battery without Weapon: $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

Assault or Assault and Battery with Weapon: $3,000,000.00 (Three Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

Unfounded Accusations by Officers of the Court, or Unlawful Determination: $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

(14)   Denial and/or Abuse of Due Process:  $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

Obstruction of Justice: $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

Unlawful Distraint, Unlawful Detainer, or False Imprisonment: $5,000,000.00 (Five Million) lawful US Silver Dollars, per day, per occurrence, per officer, or agent involved, plus 18% annual interest.

Reckless Endangerment, Failure to Identify and/or Present Credentials and/or Failure to Charge within 48 (Forty-Eight) Hours after being detained: $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, per officer, or agent involved.

Counterfeiting Statute Staple Securities Instruments: $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, per officer, or agent involved.

(15)   Unlawful Detention or Incarceration: $2,000,000.00 (Two Million) lawful US Silver Dollars, per day, per occurrence, per officer, or agent involved.

Incarceration for Civil or Criminal Contempt of Court without lawful, documented-in-law, and valid reason: $2,000,000.00 (Two Million) lawful US Silver Dollars per day, per occurrence, per officer, or agent involved.

Disrespect by a Judge or Officer of the Court: $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, per officer, or agent involved.

Threat, Coercion, Deception, or Attempted Deception by any Officer of the Court: $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, per officer, or agent involved.

Unnecessary Restraint: $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved.

Violation of Rights: $2,000,000.00 (Two Million) lawful US Silver Dollars, per occurrence, per officer, or agent involved. This includes, but is not limited to rights on the enclosed "ATTACHMENT 'A' – PROPERTY LIST."

Refusal of Lawful Bailment as provided by the aforementioned Constitution and/or Honorable "Bill of Rights": $2,000,000.00 (Two Million) lawful US Silver Dollars per day of confinement, to be prorated by the hour as per Trafficant vs. Florida, per occurrence, per officer, per agent involved.

Coercion or Attempted Coercion of the Natural Man or Woman to take responsibility for the Corporate Strawman against the Natural Man or Woman Secured Party's Will: $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, per officer or agent involved.

The Placing of an Unlawful or Improper Lien, Levy, Impoundments, or Garnishment against any funds, bank accounts, savings accounts, retirement funds, investment funds, social security funds, intellectual property, or any other property belonging to the Natural Man or Woman Secured Party by any agency: $2,000,000.00 (Two Million) lawful US Silver Dollars per occurrence, and $100,000.00 (One Hundred Thousand) lawful US Silver Dollars per day penalty until liens, levies, impoundments, and/or garnishments are ended and all funds reimbursed, and all property returned in the same condition as it was when taken, with 18% annual interest upon the Secured Party's declared value of property.

Destruction, Deprivation, Concealment, Defacing, Alteration, or Theft, of Property, including buildings, structures, equipment, furniture, fixtures, and supplies belonging to the Natural Man or Woman Secured Party will incur a penalty of

Doc ID -->       201225400191

total, new replacement costs of property as indicated by Owner and Secured Party, including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type, like, kind, and/or quality, and quantity as affected items. The list and description of affected property will be provided by the Owner and Secured Party and will be accepted as complete, accurate, and uncontestable by the agency or representative thereof that caused such action. In addition to the aforementioned cost, there will be a $200,000.00 (Two Hundred Thousand) lawful US Silver Dollars per day penalty until property is restored in full, beginning on the first day after the incident, as provided by this contract.

### CAVEAT

(16) The aforementioned charges are billing costs deriving from, but not limited to, Uniform Commercial Codes and Fair Debt Collection Practices Act and this contract. These charges shall be assessed against persons, governmental bodies, and corporate entities supra, or any combination thereof when they individually and/or collectively violate my natural and/or civil rights as an American by declaration. The aforementioned Constitution and/or the Honorable "Bill of Rights" establishes jurisdiction for you in your normal course of business. All violations against me, the Undersigned, will be assessed per occurrence, per officer, representative, or agent of any agency that is involved in any unlawful action against me.

(17) By your actions, you shall lack recourse for all claims of immunity in any forum. Your officers' knowing consent and admission of perpetrating known acts by your continued enterprise is a violation of my rights. This Statute Staple Securities Instrument exhausts all state maritime Article 1 administrative jurisdictions and protects my Article III court remedies including, but not limited to, Title 42 U.S.C.A, Title 18 U.S.C.A., Title 28 U.S.C.A., and Title 18 U.S.C.,§ 242.

### IGNORANCE OF THE LAW IS NO EXCUSE!

(18) I, one Kevin Brian Gunnell, Freeman, the Undersigned, am the principal; and you are the agent! Fail not to adhere to your oath, lest you be called to answer before one God and one Supreme Court Exclusive Original Jurisdiction, which is the court of first and last resort, not excluding my "Good Faith (Oxford) Doctrine" by my conclusive Honorable "Bill of Rights."

(19) This Statute Staple Securities Instrument is not set forth to threaten, delay, hinder, harass, or obstruct, but to protect guaranteed Rights and Protections assuring that at no time my Unalienable Rights are ever waived or taken from me against my will by threats, duress, coercion, fraud, or without my express written consent of waiver. None of the statements contained herein intend to threaten or cause any type of physical or other harm to anyone. The statements contained herein are to notice any persons, whether real or CORPORATE, of their potential, personal, civil, and criminal liability if and when they violate my Unalienable Rights as protected by the original Constitution of 1787, adopted circa 1791, and/or the Honorable "Bill of Rights." A bona fide duplicate of this paperwork is safely archived with those who testify under oath that it is my standard policy to ALWAYS present this notice to any public or private officer attempting to violate me and my rights. It is noted on the record that by implication of said presentment, this Notice has been tendered by way of certified mail to OHIO SECRETARY OF STATE JON HUSTED. This is prima facie evidence of your receipt and acceptance of this presentment in both your CORPORATE and individual capacity, jointly and severally for each and all governmental, political, and corporate bodies. Any other individuals who have been, are, or hereafter become involved in the instant actions or any future actions against me shall only correspond to me in writing while signing under penalty of perjury pursuant but not limited to Title 28 U.S.C.A. § 1746. This document is now on record in for public notice including, but not limited to, http://www.nationalrepublicregistry.com.

Doc ID --> 201225400191

## SUMMATION

(20) Should you move against me in defiance of this presentment, there is no immunity from prosecution available to you or to any of your fellow public officers, officials of government, judges, magistrates, district attorneys, clerks, or any other persons who become involved in the instant actions, or any future actions, against me by way of aiding and abetting. Take due heed and govern yourself accordingly. Any or all documents tendered to me, lacking bona fide wet ink signatures or dates per title 18 U.S.C.A. § 513-514, are counterfeit security instruments causing you to be liable in your CORPORATE and individual capacity for fraudulent conveyance now and forevermore. If and when you cause any injury and/or damage to the Natural Man or Woman Secured Party by violating any of the rights, civil rights, privileges, or any terms herein, you agree to voluntarily, with no reservation of rights and defenses, at the written request of the Natural Man or Woman Secured Party, surrender, including but not limited to, any and all bonds, public and/or corporate insurance policies, and CAFR funds as needed to satisfy any and all claims as filed against you by the Natural Man or Woman Secured Party. This applies to any and all agents, or representatives, individually and severally, of the "UNITED STATES" or any of the subdivisions thereof, as described herein.

### NOTICE TO AGENT IS NOTICE TO PRINCIPAL AND
### NOTICE TO PRINCIPAL IS NOTICE TO AGENT

(21) This document cannot be retracted by any employee, agent, representative, or officer of the court, or any individuals, excluding the Natural Man or Woman Secured Party on this registered document, for one hundred years from the date on this legally binding Statute Staple Securities Instrument.
Attention: All Agents, Representatives, Officers, and/or such, of the "UNITED STATES" or its subdivisions including local, state, federal, and/or international or multinational governments, corporations, agencies, and the like: You have thirty(30) days to rebut any portion of this document, or you stand in total agreement. Non-response is agreement. Partial response is agreement. Rebuttal must be in written form with legal/lawful, verified, certified documentation in law, with copies of same law enclosed. This documentation must be provided under penalty of perjury. Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent. Ignorance of the law is no excuse.

(22) All other corporations including, but not limited to telephone companies, cable companies, utility companies, contractors, builders, maintenance personnel, investors, journeymen, inspectors, law enforcement officers, officers of the court, manufacturers, wholesalers, retailers, and all others, including all persons, are bound by all paragraphs, terms, and conditions, herein, regardless of nature of limited liability corporations or affiliations as "D/B/As," "A.K.As," incorporations, or any types of businesses in commerce as deeded by this securities agreement and decree.

(23) YOU ARE NOTICED having been given knowledge of the law and your personal financial liability in event of any violations of my rights and/or being. This Statute Staple Securities Instrument now in your hand constitutes timely and sufficient warning by good faith, notice, and grace.

(24) Dated this ___7___ day of ___September___, in the year of our Lord, two thousand twelve. This contract being of honor is presented under the "Good Faith (Oxford) Doctrine." I accept the Oath of Office of all officers of the court, including, but not limited to the clerk of the court; all judges and attorneys from all jurisdictions; all local, state, federal, international law enforcement officers, and all agents of the "UNITED STATES" or any subdivisions thereof.

(25) Any agent, law enforcement officer, employee, contractor, representative, or the like of the "UNITED STATES" or any of its subsidiaries or sub-corporations, SHALL NOT ENTER, AT ANY TIME, FOR ANY REASON, ANY PROPERTY AT WHICH I AM LOCATED, or LEASE, OWN, or CONTROL, WITHOUT MY EXPRESS WRITTEN PERMISSION. Violation of this notice will be considered criminal trespass and will be subject to a $2,000,000.00 (Two Million) lawful US Silver Dollar penalty plus damages, per violation, per violator.

(26) Attention: Any and all lending institutions, brokerage firms, credit unions, depository institutions, insurance agencies, credit bureaus, and the officers, agents and employees therein: You have now been notified of the law as to your CORPORATE and individual financial liability in the event of any violations upon the rights and/or being of Kevin Brian Gunnell. . This Statute Staple Securities Instrument constitutes timely and sufficient warning by Good Faith Notice of your liability regardless of your political affirmations. All penalties contained herein will be subject to a penalty increase of $1,000,000.00 (One Million) lawful US Silver Dollars per day, plus interest, while there is any unpaid balance for the first thirty (30) days after default of payment. This penalty will increase by 10% per each day until balance is paid in full, plus 18% annual interest, beginning on the thirty-first (31st) day after default of payment. All penalties in this document are assessed in lawful money and are to be paid in one troy ounce US Silver Dollars that are .999 fine silver or equivalent per

Page 23

Doc ID --> 201225400191

value if paid in legal tender or fiat paper money. Par value will be determined by the value established by a one troy ounce .999 fine silver coin at the US MINT, or by law, whichever is higher value at the time of the incident. Any dispute over the par value will be decided by the Secured Party, or his designee.

**Definitions:** All definitions in the attached Statute Staple Securities Instrument "Legal Notice and Demand Definitions" are included as a part of this contract and will be applied as written herein. Any dispute of any definition will be decided by the Secured Party. There is no contradiction of terms as written within the confines of this title pursuant to the "Constitution for the united States of America." If any contradiction is found, the meaning will be determined by the Secured Party. Definitions as they apply to this contract are enclosed in the Statute Staple Securities Instrument "Legal Notice and Demand Definitions" and are included as a legal part of this contract.

All collateral, property, and rights described generally herein or specifically on the enclosed "ATTACHMENT 'A' – PROPERTY" referencing DEBTOR: KEVIN BRIAN GUNNEL and Secured Party Creditor: Kevin Brian Gunnell , are incorporated herein as if fully set forth within this Statute Staple Securities Instrument.

LS: _Kevin B. Gunnell_ 9/7/12

Kevin Brian Gunnell, Secured Party Creditor        Date

- Remainder of page intentionally left blank. -

Doc ID –>       201225400191

## NOTICE TO NATIONAL REPUBLIC REGISTRY

(27)  Pursuant to Title 18 U.S.C., chapter 101 § 2071(b), "Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this Title or imprisoned not more than three years, or both; and shall forfeit his office and shall be disqualified from holding any office under the United States."

LS: _Kevin B. Gunnell_  9/7/12
       Kevin Brian Gunnell, Secured Party Creditor       Date

State of ___Ohio___ }
                                      } ss.
County of ___Franklin___ }

SUBSCRIBED AND AFFIRMED:  On this ___7th___ day of ___September___, 2012 AD, before me, ___Derek Herbruck___, Notary, personally appeared Kevin Brian Gunnell known to me (or proved to me on the basis of satisfactory evidence of identification) to be the living man whose name is subscribed on this Statute Staple Securities Instrument – LEGAL NOTICE AND DEMAND.

NS: _____
       Signature of Notary Public

DEREK HERBRUCK
Notary Public, State of Ohio
My Commission Expires
February 09, 2016

We, the undersigned witnesses, do hereby swear or affirm that Kevin Brian Gunnell has stated to us that it is his policy to present this "Statute Staple Securities Instrument – LEGAL NOTICE AND DEMAND" to all law enforcement officers, agents, or representatives of the "UNITED STATES" anytime that he has any interaction with them.

_Melissa M Washington_          Living Location c/o _1473 Kenmore Rd_
First Witness Printed Name

LS: _____ 9/7/12        _COl-OH-43211_
First Witness Signature        Date        Non-Domestic without the US

_Chase D Mitchell_          Living Location c/o _838 Cook St apt_
Second Witness Printed Name

LS: _____ 9/7/12        _Cols, Oh 43205_
Second Witness Signature        Date        Non-Domestic without the US

_Kemia Davis_          Living Location c/o _1429 Hudson St_
Third Witness Printed Name

LS: _Kemia Davis_        _COl, OH 43211_
Third Witness Signature        Date        Non-Domestic without the US

Doc ID -->        201225400191

## "LEGAL NOTICE AND DEMAND DEFINITIONS"

1. **Unlawful Arrest:** Means restricting a man's or woman's right to move about freely without the proper use of a lawful 4th Amendment warrant signed by a judge of competent jurisdiction while under oath. This includes unnecessary use of restraint devices, traffic stops, raids, or any other type of interaction, when an officer is presented with and ignores a "Notice and Demand," "Public Servant's Questionnaire," "Right to Travel" Documents, or other documents notifying the officer of the sovereign, lawful rights of the Natural Man or Woman Secured Party, created by God, who is not to be confused with the Corporate Fiction "STRAWMAN" which was created by the STATE. This includes arrest when a Natural Man or Woman Secured Party is incarcerated for refusing to sign any citation; arrest due to contempt of court when he or she is not violent or a physical threat to the court; arrest by Internal Revenue Service for failure to produce books, records, or other documents; arrest and refusal of Habeas Corpus; arrest for conspiracy of any kind without lawfully documented affidavits from at least three (3) eye witnesses, signed under oath and penalty of perjury.

2. **Illegal Arrest:** Means same as above item # 1, "Unlawful Arrest."

3. **Unlawful Detention:** Means restraining a Natural Man or Woman Secured Party's freedom of movement, and/or Right to Travel, against his will for more than sixty (60) seconds without a properly authorized lawful 4th Amendment warrant signed by a judge of competent jurisdiction while under oath. This includes routine traffic stops, raids, random identification checks, security checks, only after the officer, agent, or representative has been notified by the Natural Man or Woman Secured Party of his status and after the officer has been given documents to prove said status, along with up to ten (10) minutes for officer to examine said documents.

4. **Unlawful Distraint:** Means seizure or taking of any property that is lawfully owned or in possession of the Natural Man or Woman Secured Party without proper probable cause, and/or due process, and lawful 4th Amendment warrant. This includes any seizure by any officer, agent, representative, in any capacity, or relationship with the "UNITED STATES" or any of its agencies, contractors, subdivisions, subsidiaries, or the like.

5. **Lawful 4th Amendment Warrant:** Means a warrant that follows the provisions of the 4th Amendment to the original "Constitution for the united States of America." This warrant must not deviate from the exact procedures as outlined by the 4th Amendment.

6. **Right to Speedy Trial:** Means trial will commence within 70 days of the date of arrest.

7. **Interstate Detainer:** Means the same as unlawful detainer as when involving a Natural Man or Woman Secured Party and involving more than one agency or STATE of the "UNITED STATES" corporation, or any representative, agent, or officer who has any agreement with, contract with, or permission to act on behalf of any municipal corporation of the "UNITED STATES" or any subsidiary or sub-corporation thereof.

8. **Unlawful Restraint:** Means any action by any officer, agent, representative, contractor, associate, officer of the court, or the like, to prevent, coerce, intimidate, hinder, or in any way limit the right of a Natural Man or Woman Secured Party from any type of freedom of legal/ lawful speech, travel, movement, action, gesture, writing, utterance, or enjoyment of any right or privilege that is commonly enjoyed by any member of the public, or any Sovereign.

9. **Freedom of Speech:** Means the right to speak open and plainly without the fear of reprisal. This includes the right of a Natural Man or Woman Secured Party to speak at hearings and trials, before magistrates, judges, and officers of the court, agents, representatives, or the like, of the "UNITED STATES." It also means that no attempt to suppress this right will be made by any officer of the court or of the "UNITED STATES" corporation. No judge or officer of any court or tribunal will threaten contempt of court for free speech by any Natural Man or Woman Secured Party. This also includes the right of a Natural Man or Woman Secured Party to speak openly in any public forum on any topic or subject without limitation.

10. **US Dollars:** Means a one troy ounce fine silver dollar minted by the US MINT with "fine" defined as approximately 0.999 fine silver. The full assessed Billing Cost as represented in a claim shall be payable in US Silver Dollars; alternatively, the full assessed Billing Cost as represented in a claim shall be paid on a dollar for dollar basis at par value in the currently recognized medium of exchange as used by the general public at the time of offense. All claims and damages which are paid in the currently recognized medium of exchange shall be paid at par value as indicated. Par value will be the current par value established by written law or the value established by the US MINT, whichever is higher at the time of offense, for the purchase of an official one troy ounce .999 fine silver coin.

11. **Obstruction of Justice:** Means any attempt by any officer of the court or representative of any agency that represents the "UNITED STATES," or any of its subdivisions, agencies, contractors, etc., to deprive, hinder, conceal, coerce, or threaten a Natural Man or Woman Secured Party in an attempt to prevent any and every opportunity to legally/lawfully defend himself by attempting to produce and file lawful documents and or testimony to agents, officers, judges, magistrates, the court, clerk of the court, representatives, or investigators in order to settle any legal/lawful controversy. This also includes any attempt by a judge or officer of the court to hinder the Natural Man or Woman Secured Party from filing, recording, admitting, presenting, discussing, questioning, or using any evidence, document, paper, photographs, audio and/or video recordings, or any other type of evidence that he desires to submit as evidence in any type of court

Page 26

proceeding. The determination of what is evidence and what will be admitted is to be solely determined by the Natural Man or Woman Secured Party. Any evidence will be tried on merits of the lawful content and validity. Any judge or officer of the court who attempts to suppress or dismiss legal or lawful evidence will voluntarily surrender all bonds, insurance, property, corporate property, bank accounts, savings accounts, or any corporate property of value to the Natural Man or Woman Secured Party upon written demand and surrender all rights to and defenses against said property. This also includes evidence that is supported by case law. This includes attempts by any officer of the court to make motions, to issue orders such as gag orders, or to use any other means of keeping information suppressed from the public or the official record. The determination of whether the acts of the court are an attempt to suppress evidence will be solely determined by the Natural Man or Woman Secured Party. This also includes the provision as indicated in item # 18 "Racketeering."

12. **Excessive Bail:** Means any amount of bail set at an unreasonable rate as per the 8th amendment of the "Constitution for the united States of America." This also means bail in excess of the amount of the fine, penalty, or penal sum that is associated with the alleged crime committed. This also means that if a Natural Man or Woman Secured Party has lived as an upstanding member in a community or area for more than one year, works a regular job, or is a member of or involved with a church group, civic group, community enterprise, or can produce at least two affidavits from members of his community or area stating that he is involved with his community, he cannot be held without bail as a flight risk or a threat to society. If the Natural Man or Woman Secured Party can produce at least four (4) affidavits stating that he lives, works, and is involved in his community, or the prior community in which he lived, he must be released on his own recognizance without any bail required. This provision does not apply to anyone charged with rape, murder, or violent crimes.

13. **Cruel and Unusual Punishment:** Means physical violence of any type or form that is used against a Natural Man or Woman Secured Party and that causes invisible or undetectable or visible physical injury, e.g., marks, scrapes, scratches, bruises, abrasion, avulsions, fractures, sprains, restraint marks, dislocations, punctures, cuts, loss of blood, loss of body fluids, etc. This includes any other type of physical stress to the body or any chemically-induced, altered mental state of the Natural Man or Woman Secured Party. This also includes any attempt to incarcerate, restrain; question; detain; withhold food when requested; withhold drink when requested; withhold medications as requested; withhold use of bathroom facilities and supplies when requested; withhold reading and writing materials; withhold communication with friends, family, legal counsel, and religious counsel; withhold legal library and internet access; withhold proper clothing as needed for comfort; withhold blankets when requested; withhold hot and cold water for showers; withhold freedom when requested. This also includes ridicule, coercion, threats, verbal insults, rude and offensive language, veiled threats, or any other type of mental stress or anguish.

14. **Conspiracy:** Means the cooperation of two or more persons working together to restrict, suppress, inhibit, or in any way deprive a Natural Man or Woman Secured Party of any right, benefit, or privilege that would ordinarily be offered by the "Constitution for the united States of America" and the Honorable "Bill of Rights" to any member of the general American public, or to a Sovereign. This also includes the provisions in item # 18, "Racketeering."

15. **Victim:** Means any Natural Man or Woman Secured Party who has received direct damages to himself or his property as the result of an unlawful or illegal act by another.

16. **Victimless Law:** Means any law that is passed or presumed to be passed that creates a violation of law in which no Natural Man or Woman has been damaged. This includes any statute, ordinance, regulation, policy, or color of law provision. These types of laws will not be used in any action, of any kind, against any Natural Man or Woman Secured Party.

17. **Aiding and Abetting:** Means the efforts of any officer, agent, or representative of the "UNITED STATES" or officer of the court to assist another of the same to hinder, coerce, restrict, resist, suppress, or deprive in any way, a Natural Man or Woman Secured Party from receiving any and all rights, benefits, or privileges, as provided by the "Constitution for the united States of America," and/or the Honorable "Bill of Rights," or that would normally be offered to the general American public, or to a Sovereign. This also includes the provisions as provided in item # 18 "Racketeering" and suppression of evidence.

18. **Racketeering:** Means any attempt by any two or more officers of the Corporation to restrict, suppress, coerce, manipulate, inhibit, or in any way deprive a Natural Man or Woman Secured Party from receiving every right, benefit, or privilege that is outlined by the "Constitution for the united States of America," and/or the Honorable "Bill of Rights." This also includes any effort by the officers of the court to hinder in any way the introduction of evidence, law, facts, affidavits, statements, witness testimony, or any information that is considered relevant by the Natural Man or Woman Secured Party, or any attempt to prevent a jury from hearing this evidence. This also includes any attempt to prevent this evidence from being heard in a public forum and before any and all members of the general public, as many as can be accommodated by the main courtroom. All hearings, or trials will be held in a public place; and any and all members of the general public will be allowed to attend, without restriction. This also includes questioning and/or interrogation by police officers before, during, and after an arrest.

19. **Federal Zone:** Means any land, property, building, area, zone, 911 zone, or postal zone that is presumed to be within the territorial jurisdiction of the "UNITED STATES" or any of its representatives as defined herein. This does not include any land, property, building, structure, dwelling, area, zone that is held by deed, title, warranty deed, contract, or any written or

Doc ID -->        201225400191

verbal agreement, or any such thing by a Natural Man or Woman Secured Party who is located outside of THE DISTRICT OF COLUMBIA and WASHINGTON, D.C. proper. All privately held properties of any type that are being held by any Natural Man or Woman Secured Party are excluded from any federal zone or any jurisdiction of any representatives of the "UNITED STATES" or any of its territories. This is fact and may be presented in any court by affidavit of any Natural Man or Woman Secured Party of interest involved in any interaction with the "UNITED STATES" or any of its representatives, as outlined in this contract.

20.  State: Means any of the forty-eight areas known as states of the "united States of America" which is not the same as the "UNITED STATES" corporation. These forty-eight states are designated by Upper and Lower Case spelling of the name of each state, vs. UPPER CASE spelling. The ALL UPPER CASE NAME denotes a STATE that is a part of the "UNITED STATES" corporation, whereas the spelling of the Upper and Lower Case Name denotes that it is not a part of the "UNITED STATES." This will be determined by the Natural Man or Woman Secured Party as a condition of this contract. The Natural Man or Woman Secured Party will also determine whether or not his state is a part of the jurisdiction of the "UNITED STATES"; and his decision shall not be challenged by any representative of the "UNITED STATES." The Natural Man or Woman Secured Party will determine if the alleged offense occurred within the limits of the "UNITED STATES." A violation of this provision will be Unlawful Determination and punishable as indicated by this contract agreement.

21.  Trespassing/Trespass: Means the entry into or onto the domain, property, residence, area, location, grounds, dwellings, buildings, barns, sheds, factories, warehouses, garages, shops, caves, structures, lands, storage areas, tunnels, automobiles, trucks, safe houses, underground shelters, automobiles, motor vehicles, recreational vehicles, boats, planes, trains, ships, containers, vans, heavy equipment, farm implements, culverts, driveways, trees, yards, real property, real estate, land, etc., of the Natural Man or Woman Secured Party without his express written permission, or without a lawfully executed (4th) Amendment warrant. Any and all agents or representatives of the Corporation will fully and completely observe any and all protections as outlined in the "Constitution for the united States of America" and/or the Honorable "Bill of Rights." Any personal property that is damaged, lost, stolen, or misplaced, etc., will be recoverable as indicated in this Notice and Demand document. I solemnly swear and affirm that I do not have any illegal contraband on my property; I have never had any illegal contraband on or around my property and never will. Any contraband, if it is found on my property, would have been placed there by the officers or agents during the time of trespass. I simply do not allow it on my property. Contraband or illegal items if they are found in a search do not belong to me and may not be used in any attempt in any claim against me. Any and all officers, agents, and representatives of the Corporation will be held individually liable for the full amount of damages as outlined in this Notice and Demand document for trespassing.

22.  Natural Man or Woman Secured Party: Means any flesh and blood, living, breathing Man or Woman, created by God, who notifies any representative of the Corporation, verbally or in writing, that he is a Sovereign, Non-"UNITED STATES" corporate citizen, free man or free woman, and not subject to the jurisdiction of the Corporation or any of its representatives. This is not to be confused with the Fictitious Legal Entity that was created by the state and is represented by an ALL CAPITAL LETTER NAME. Any attempt to notify any officer, agent, or representative of the status of the Natural Man or Woman Secured Party will be sufficient notice. Sufficient notice will be determined by oath, statement, or affidavit by the Natural Man or Woman Secured Party; and the validity of such will not be challenged by any officer of the court.

23.  County or City: Means any subdivision of any state of the "united States of America." This subdivision excludes any jurisdiction, zone, or territory of the "UNITED STATES" Corporation that is described by the Natural Man or Woman Secured Party in ALL CAPITAL LETTERS. Any dispute over any errors contained in spelling or grammar will be resolved at the discretion of the Natural Man or Woman Secured Party and will not be challenged by any representative of the Corporation.

24.  Agency, Entity, Department, Subdivision, Subsidiary, Contractor, Employee, Inspector, Investigator, Organization, Officer, Agent, Authorized Representative, Policeman, Participant: Means any person, corporation, or entity of any kind which works for, is compensated all or in part by, receives funds from, collects funds for, contracts with, receives any benefit from, receives any privilege from, participates with, has allegiance to, or in any way has a relationship with the "UNITED STATES" or any of its subsidiaries, sub-corporations, departments, or agencies, etc.

25.  Contract: Means any agreement in writing that has been offered for review and acceptance by another party wherein the receiving party has ten (10) days or more, or as stipulated in the contract, to review, respond, accept, or rebut any provisions of the contract as indicated in the contract. Non response on the part of the receiving party or agent of the receiving party will be a lawful offer and acceptance of all the terms and conditions contained in said contract. Rebuttal by the receiving party of any provision of the contract by any other means than is indicated in the contract will be non response. Return of the contract unopened and/or without review will be acceptance of all conditions of said contract. Recording the contract with the clerk of court or any public records officer will be a lawful offer and notification and will be presentment to all officers of the court in that state or county. Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent.

26.  False Imprisonment: Means any attempt by any officer of the court or the Corporation to incarcerate any Natural Man or Woman Secured Party against his will and/or against any and all protections of the laws and provisions of the "Constitution for the united States of America" and/or the Honorable "Bill of Rights".

Doc ID --> 201225400191

27. **Representative:** Means any agent, agency, department, officer, investigator, entity, subsidiary, sub-corporation, contractor, employee, inspector, individual, or corporation that has any affiliation or association with, collects or distributes funds for, does any task for, receives any benefit or privilege from, of, or for the "UNITED STATES." This includes anyone or anything that represents the interests of, or is being funded by, or receives funds from, or has any attachment to the "UNITED STATES" or any of its subdivisions or sub-corporations.

28. **Corporation:** Means any representative, agency, sub-corporation, contractor, or any person or entity that is employed by, receives or distributes funds for, receives any benefit or privilege from, or has any relationship of any kind with the "UNITED STATES" contract.

29. **Interpretation:** Means if any conflict arises concerning the definition of any of the terms and/or conditions of this contract, the conflict concerning the meaning of the term or condition will be decided by the Natural Man or Woman Secured Party. His decision will be final and not subject to review or argument. No liability or penalty will be incurred by the Natural Man or Woman Secured Party due to his interpretation of such terms and or conditions.

30. **Corporate Capacity:** Means acting for, or on behalf of, a corporation, or government entity, while under law or color of law.

31. **Legal Counsel:** Means anyone that a Natural Man or Woman Secured Party chooses to have as legal assistance of counsel, whether counsel is licensed or not, or a member of the Bar Association. Counsel may assist, represent, speak on behalf of, write cases for, or perform any act in or out of court for the Natural Man or Woman Secured Party without any hindrance, threat, prosecution, charge, repercussion, etc., from any officer of the court, or representative of the "UNITED STATES" corporation, or any representative, officer, or agent thereof.

32. **Abuse of Authority:** Means anyone who denies, withholds, refuses, deprives, limits, inhibits, counteracts, conceals any right, benefit, protections, or privilege, as protected by the "Constitution for the united States of America" and/or the Honorable "Bill of Rights." This includes arrest or detainment without documented evidence that a lawful crime has been committed by the Natural Man or Woman Secured Party. This includes use of restraint devices on a Natural Man or Woman Secured Party and/or physical abuse that makes or does not make any marks, scars, cuts, abrasions, or the like. This also includes denial of lawful Due Process, Habeas Corpus, Excessive Bail, Unlawful Arrest, Unlawful Detention, or the like, as outlined in this contract.

33. **Verbal Abuse:** The use of offensive and/or threatening, spoken words, body language, and non-verbal gestures or actions by any representative of the Corporation as defined herein upon a Natural Man or Woman Secured Party. If a controversy arises about an incident, the version told by the Natural Man or Woman Secured Party will be accepted as truth and will not be contested.

34. **Assault and Battery with Weapon:** Means any actual, threatened, or perceived use of any weapons, by any representative of the "UNITED STATES" corporation, against the Natural Man or Woman Secured Party, that creates an atmosphere of fear for the Natural Man or Woman Secured Party. This includes non lethal weapons such as tasers, stun guns, mace, pepper spray, any chemical used to incapacitate, rubber bullets, shock force weapons, electronic weapons, or any other type of weapon that may be used to control or to create fear. If a conflict arises about the events, the version told by the Natural Man or Woman Secured Party will be accepted as truth and will not be contested.

35. **Unfounded Accusations:** Means any accusation, charge, or claim, civil or criminal or in admiralty, that is alleged or made by any representative of the "UNITED STATES" corporation, against the Natural Man or Woman Secured Party, that creates an documented evidence presented under oath and penalty of perjury by an authorized agent or representative of the Corporation. The accuser has eight (8) hours to provide said documents to be reviewed and to put them into the possession of the Natural Man or Woman Secured Party; and failure to do so will be Unfounded Accusations and subject to the penalties contained herein.

36. **Encroachment:** Means to invade, intrude, or in any way prevent a Natural Man or Woman Secured Party the full and complete use of property, including surveillance, trespass or impeding ingress or egress to the property of a Natural Man or Woman Secured Party; and to limit the ability of a Natural Man or Woman Secured Party to freely access, claim, hold, possess, use, convey, sell, rent, lease, barter, exchange, or in any way make full and unfettered use of his property. This includes the application of unlawful liens and encumbrances of any and all property including wages; salaries; stocks; bonds; bank accounts (foreign or domestic); savings accounts; contents of safety deposit boxes; gold; silver; notes; insurance funds; annuities; retirement accounts; social security benefits; motor vehicles; automobiles; recreational vehicles; land; real estate; homes; structures; roads; driveways; personal property of any kind that is held by title, deed, contract, lease, agreement (written or verbal), or is in a Natural Man or Woman Secured Party's possession. This includes, but is not limited to, traffic stops; searches of vehicles; home invasion; audio or video recordings, confiscation of any lawful property owned by the Natural Man or Woman Secured Party, in his/her possession, or under his/her control.

37. **Assault and Battery without a Weapon:** Means the verbal abuse or physical contact, of any kind, upon a Natural Man or Woman Secured Party without his express voluntary written consent. If a conflict arises about the facts involving the incident, the version as told by the Natural Man or Woman Secured Party will be accepted as truth, without question, and will not be contested.

38. **Abuse of Due Process:** Means any action against a Natural Man or Woman Secured Party, when said action does not abide by all the rights and defenses contained in or represented by the "Constitution for the united States of America"

Doc ID →        201225400191

and/or the Honorable "Bill of Rights." This includes any charge, or claim, civil or criminal, or in admiralty, that is alleged or made by any representative of the "UNITED STATES" corporation.

39. **Denial of Due Process:** Means any attempt by any officer of the court and or Corporation to deny, deprive, restrict, prevent, or in any way inhibit the proper Due Process to any Natural Man or Woman Secured Party as outlined in the "Constitution for the united States of America" and/or the Honorable "Bill of Rights." Any public law, statute, regulation, ordinance, home rule, etc., that is incompatible with the aforementioned Constitution and/or Honorable "Bill of Rights" is null and void and will not be used in any action against any Natural Man or Woman Secured Party.

40. **Unlawful Detainer:** Means any attempt by any officer of the court or representative of the Corporation to arrest, check, hinder, delay, possess, hold, keep in custody, restrain, retard, stop, withhold a Natural Man or Woman Secured Party without affording him every protection as outlined by the "Constitution for the united States of America" and/or the Honorable "Bill of Rights." Any public law, statute, regulation, ordinance or the like will be null and void and will not be used in any action in which a Natural Man or Woman Secured Party is involved.

41. **Reckless Endangerment:** Means any attempt by any officer of the court or Corporation as defined herein to endanger, attempt or threaten to attempt to endanger the life or property of any Natural Man or Woman Secured Party. This includes dangerous driving in a car, use or threatened use of lethal or non lethal weapons or chemicals, improper use of restraint devices, use of restraint devices on a non-combative Natural Man or Woman Secured Party. If a conflict arises as to whether or not reckless endangerment has occurred, the version of the Natural Man or Woman Secured Party will be considered as truth.

42. **Failure to Respond:** Means any attempt by any officer or representative of the Corporation to ignore, inhibit, withhold, delay, or deny a request for information from a Natural Man or Woman Secured Party.

43. **Failure to Charge within Forty Eight (48) Hours:** Means any attempt by any officer or representative of a Corporation to delay, inhibit, prevent, or in any way stop a Natural Man or Woman Secured Party from being lawfully charged by the court within forty-eight (48) hours of arrest.

44. **Failure to Identify:** Means any time a Natural Man or Woman Secured Party has interaction with any officer or representative of the court or Corporation, the officer or representative must, upon request of the Natural Man or Woman Secured Party, provide proper identification, written proof of authority, state what his business is with the Natural Man or Woman Secured Party, complete a "Public Servant's Questionnaire" in advance of arrest or detention, provide documentation properly identifying the officer or respondeat superior's name and contact information, and any other relevant information as requested by the Natural Man or Woman Secured Party. The officer may not detain the Natural Man or Woman Secured Party for more than ten (10) minutes while he obtains and provides this information.

45. **Counterfeiting Statute Staple Securities Instruments:** Means any attempt by any officer or representative of a corporation to copy, duplicate, replicate any document that has "Statute Staple Securities Instrument" typed, printed, or hand written anywhere on the document, without the express, written, voluntary permission of the document's owner who is the Natural Man or Woman Secured Party who filed said document in the public record, or is in possession of said document, or who is the maker of said document. If a dispute about permission to duplicate arises, the statements of the Natural Man or Woman Secured Party will be accepted as fact without question and will not be contested.

46. **Coercion or Attempt to Coerce:** Means any attempt by any officer or representative of a corporation to threaten, intimidate, deprive, conceal, or in any way prevent a Natural Man or Woman Secured Party from receiving and/or enjoying any right or privilege that is granted, outlined, or secured by the "Constitution for the united States of America" and/or the Honorable "Bill of Rights," or allow another to do so.

47. **Purchase Price:** Means the new replacement costs of items of property at the time of replacement. This includes locating, packing, shipping, handling, delivery, set up, installation, and any other fee associated with total replacement of property.

48. **Destruction of Property:** Means any alteration, damage, deprivation, defacing, removing, changing, breaking, separating, removing parts from, erasing of files from, throwing, shooting, kicking, stomping, smashing, crushing, or the like of any property belonging to or in possession of the Natural Man or Woman Secured Party.

49. **Deprivation of Rights or Property:** Means the concealment of, keeping from, hiding of, obstructing of any rights, property, or privileges that are outlined or protected by the "Constitution for the united States of America" and/or the Honorable "Bill of Rights."

50. **Concealment:** Means withholding or keeping information that should normally be revealed, about property and/or rights from a Natural Man or Woman Secured Party. This includes keeping evidence or law from a jury that could favorably alter the outcome of a case to the benefit of the Natural Man or Woman Secured Party. No officer of any court or representative of any corporation may conceal any law and/or any evidence of any kind that is considered relevant by the Natural Man or Woman Secured Party, and/or fail to disclose any law that benefits the Natural Man or Woman Secured Party.

51. **Defacing:** Means the changing or altering the appearance of an item. This also includes changing or altering the meaning of laws, rights, property, documents, or any other thing that has value as determined by the Natural Man or Woman Secured Party.

**Doc ID -->**     201225400191

He must supply bonds or other lawful funds to be held in trust by The Panel until The Panel determines if any actions of the officer, agent, or representative have violated any laws or caused damage to the Secured Party. The Panel will have the sole power to determine if any damage has occurred and will release the funds according to The Panel's adjudication. The decision of The Panel will be final with no recourse. The surety bonds and/or funds held in escrow by The Panel must be at least four (4) times the estimated value of the property that is liened, levied, garnished, or attached. The assessment of value will be recorded via affidavit by the Secured Party and delivered to The Panel. The Panel's determination and the assessment thereof will be accepted as truth without question or recourse. Said officer, agent, or representative agrees to surrender, including, but not limited to, any and all surety bonds, public and/or corporate insurance policies, CAFR funds, or corporate property as needed to satisfy any and all claims and/or assessments as filed against said officer, agent, or representative by the Secured Party. Said officer, agent, or representative agrees that any and all property or collateral with a current or existing lien will remain in the custody and control of the Secured Party until such time as a determination has been made by a jury of twelve of the Secured Party's Peers as defined herein. In the event that a jury of twelve of the Peers cannot be convened or has not been convened within sixty (60) days from the date of the order of the lien, levy, attachment, or garnishment, any action against the Secured Party shall be dismissed with prejudice; and every lien, levy, attachment, or garnishment shall be released within ten (10) days and all property rights restored, unencumbered. The officer, agent, or representative who has authorized said lien, levy, attachment, or garnishment agrees to surrender any and all surety bonds, public and/or corporate insurance policies, CAFR funds, or corporate property as needed to satisfy any and all claims and/or assessments as filed against said officer, agent, or representative by the Secured Party.

69.  Peer: Means a Natural Man or Woman Secured Party who has recorded into the public record documents to prove his sovereign status.  In addition, any Peer must also hold similar beliefs as the Natural Man or Woman Secured Party Creditor regarding the authority of the Bible, the right to keep and bear arms, and the historic Christian faith.

70.  Ignore: Means to refuse or in any way to deny a lawful request by the Natural Man or Woman Secured Party to have an officer, agent, or representative provide completed legal documents.

71.  Natural Man or Woman:  Means a flesh and blood, living, breathing, biological man or woman created by God, as represented by the Upper and Lower Case Name, including "Natural Man or Woman," or "Real Men," or "Real Woman," or "Real Man/Woman." This is not to be confused with the Fictitious Legal Entity that was created by the STATE and that is represented by the ALL CAPITAL LETTER NAME.

72.  DEBTOR: Means the Fictitious Legal Entity that was created by the STATE and that is represented by the ALL CAPITAL LETTER NAME.

73.  Sovereign:  Means the Natural Man or Woman Secured Party, created by God; the free man or free woman who is not subject to the jurisdiction of the Corporation or any of its representatives; the free man or free woman who is the author and source of law; the one who retains sovereignty even while sovereign powers are delegated to the agencies of government; the one by whom and for whom all government exists and acts; the one who retains the fundamental rights to life, liberty, and the pursuit of happiness; the one who is never compelled to hold his life, or the means of living, or any material right essential to the enjoyment of life, at the mere will of another.

End of Definitions

- Remainder of page intentionally left blank. -

Doc ID --> 201225400191

52. **Constitution:** Means, for the purpose of this contract, "The Constitution for the united States of America" circa 1791, as opposed to the "Constitution of the UNITED STATES" corporation circa 1868.

53. **Bill of Rights:** Means, for the purposes of this contract, the original, Honorable "Bill of Rights" circa 1791.

54. **Rights and Defenses:** Means one's legal and/or lawful right and/or ability to defend himself in any action. Upon agreement, the defendant in an action may give up his right to defend himself in a given action. This includes tacit agreement or agreement by default; and the Natural Man or Woman Secured Party is never the defendant.

55. **Willingly:** Means that a Natural Man or Woman Secured Party is in full knowledge, understanding, agreement, and full consent, at all times, without fear of reprisal, threat, or coercion, during any interaction in which he is involved with any agent, officer, or representative of any court or Corporation, including incorporated governments.

56. **Individual Capacity:** Means acting on one's behalf to do a thing. The officer, representative, agent, or the like may be acting under law or color of law and go outside of the capacity of the law and take on a personal liability.

57. **Artificial Person:** Means a fictitious entity that was created by the STATE for transacting commerce. This Artificial Man or STRAWMAN is represented by the ALL CAPITAL LETTER NAME that appears to be spelled the same as the name of the Natural Man or Woman and the Natural Man or Woman Secured Party. When the Artificial Person is used in commerce by the Natural Man or Woman Secured Party, it is a transmitting utility.

58. **Agreement:** Means any contract which is expressed in writing by letters or marks, or expressed orally in spoken words or utterances by a Natural Man or Woman Secured Party. Any question of any agreement or contract will be resolved by an affidavit from the Natural Man or Woman Secured Party. His affidavit will be considered fact in any action or dispute, without question by any officer, agent, or representative of any Corporation including incorporated governments.

59. **Unlawful Determination:** Means any statement, speech, gesture, writing, presentment, or the like that suggests an idea that negatively represents the character, actions, plans, procedures, customs, ways of a Natural Man or Woman Secured Party, or group of Natural Men or Women Secured Parties, that is not proven by documented, authorized, certified, evidence, on and for the record under penalty of perjury. This includes off color statements, accusations, or remarks by a judge or other officer of the court and any other representative of any Corporation including incorporated governments.

60. **Statute Staple Securities Instrument:** Means an edict or proclamation from a Natural Man or Woman Secured Party.

61. **Clerk of the Public Record:** Means any clerk who records or files documents in the public record who is employed by a city, county, state, municipality, federal government, and/or international, multi-national, or multi-jurisdictional corporation, including incorporated governments.

62. **Public Record:** Means any document or record that is filed or recorded into the public record by the Natural Man or Woman Secured Party. For example, when this document is recorded at a Registrar of Deeds Office, it becomes a public record.

63. **Presumption:** Means legal assumption or inference that places the burden of proof or burden of production on the other party, but never on the Natural Man or Woman Secured Party. No presumption shall prevail against the Natural Man or Woman Secured Party without lawful, documented evidence that supports the presumption which is/ certified by the officers of the court, on and for the record under penalty of perjury.

64. **Unalienable Rights:** Means Natural Rights given by God as acknowledged by the Law of Nations and Incorporated into the "Bill of Rights," such as, but not limited to, Right to Bear Arms; Freedom of Speech; Right to Trial by a Jury of one's Peers; Right to Due Process; Right of Habeas Corpus; Right to be Exempt from Levy as a Natural Man or Woman Secured Party Creditor; Right to be Secure in One's Private Papers and Effects.

65. **Right to Travel:** Means the right to freely move about and/or control any type of craft by whatever means, via land, sea, or air, without any interference by any officer, agent, employee, attorney, or judge that in any manner willfully causes adverse affects or damages upon the Natural Man or Woman Secured Party by an arrest, inhibition, detainment, restraint, deprivation, prevention, etc.

66. **Disrespect:** Means anything said or written to any Natural Man or Woman Secured Party, about him or his, that he does not like, including body language, or anything that makes him or any reasonable man uncomfortable or fearful.

67. **Violation of Rights:** Means any attempt by any officer or representative of the Corporation to threaten, intimidate, deprive, conceal, or in any way prevent a Natural Man or Woman Secured Party from receiving and/or enjoying any right that is identified in the enclosed "ATTACHMENT 'A' -- PROPERTY LIST" referencing DEBTOR:KEVIN BRIAN GUNNELL and Secured Party Creditor: Kevin Brian Gunnell which is incorporated herein as if fully set forth within this "Statute Staple Securities Instrument and Legal Notice and Demand" and within this "Statute Staple Securities Instrument and Legal Notice and Demand Definitions," or allow another to do so.

68. **The Placing or Filing of an Unlawful Lien, Levy, Garnishment, or Attachment:** Means any attempt by any officer, agent, or representative of a corporation to place a lien, levy, garnishment, or attachment on the property or collateral of a Natural Man or Woman Secured Party, herein referred to as Secured Party. Any said officer, agent, or representative must first prove his authority to do so by lawfully documented evidence, furnishing all documents, forms, and papers as necessary to prove his authority to do so to a neutral, three (3) Notary Panel, hereinafter referred to as The Panel, selected by the Secured Party. Said officer, agent, or representative must guarantee in writing that the officer, agent, or representative signing said documents will be personally liable for any damages due to his unlawful and/or illegal actions.

Page 32

Doc ID -->     201225400191

# AFFIDAVIT OF POLITICAL STATUS

I declare this is an Affidavit of Political Status and this includes all attached documents.

GRANTOR: KEVIN BRIAN GUNNELL
Grantee: Kevin Brian Gunnell

LS: _____  12-1-14
Kevin Brian Gunnell, Secured Party Creditor    Date

RETURN ADDRESS:

KEVIN BRIAN GUNNELL
2928 SUNBURY CT
COLUMBUS, OHIO 43219

SPACE ABOVE THIS LINE FOR RECORDER'S USE

Page 33

Doc ID --> 201225400191

Archetype

Form: publici sui juris / Affidavit
Session: one Supreme Court

### Act of State
### Reaffirmation of Character
### And Renunciation of Attempted Expatriations

I, Kevin Brian Gunnell, by International Common Law Registration, being at the age of majority, complete in my faculties, a natural born Divine creation, and a Private, Sentient, Sovereign within the constitutional Public survey boundaries within Ohio, a Republic, of the constitutional Township, Columbus, within the body of a constitutional county, Franklin, the proper jurisdiction of a Common Law thereto, do solemnly make this Reaffirmation of Character, pursuant to my absolute freedom of religion, of an Ambassador and Subject-Citizen of the Kingdom of Heaven under its King, Jesus the Christ; and an American Sovereign Citizen-Principal in good standing and Behavior, Public Minister (Ambassador), and "dominium" (absolute owner) inhabitant of the organic United States ("a more perfect union") under the Constitution for the united States of America (1791 to date) as ordained and established, with reservation of all Divinely created and inherent unalienable Rights/Privileges. It is, at the same time that I renounce and declare void, ab initio, any and all attempts (De Facto / Renegade / Corporate) by means of fictions or otherwise, of any changes in my lawful Citizenship Status to that of a Corporate Statutory / Military / Maritime / Admiralty / Fictitious U.S.: "person", "consumer", "individual", "citizen", "citizen-subject", "plaintiff/defendant", "resident", "whoever", "taxpayer", "driver", "gun/firearm owner", "DEBTOR", et al, subject to the seizure of Alien Properties by the hypothecated, Corporate/Legislative/Military/Admiralty/Fictitious Democracy UNITED STATES, et al. Such corporations, fraudulent and non-existent in the Law, include, but are not limited to, the UNITED STATES, U.S., US, STATE OF OJIO, COUNTY OF FRANKLIN, CITY OF COLUMBUS, KEVIN BRIAN GUNNELL, KEVIN B GUNNELL, K BRIAN GUNNELL, KEVIN GUNNELL, or any variation thereof, 295-70-XXXX, etc. This doctrine of "Piercing the Corporate Veil", with its "Instrumentality Rule", will serve Notice, (judicial, presidential or otherwise), that all acting as Corporate officers, etc., whether by color of law or color of official right, are acting or have acted without the usual immunities afforded in lawful civil/judicial proceedings. For the peace and safety of all Corporate officers, etc., as well as myself, I have identified all my guaranteed, absolute properties ("Life, Liberty, and the Pursuit of Happiness"),until such times as the present De Facto / Renegade / Corporate government can make the necessary changes to its structure to insure the same. These identifications will list the International Seal Number (Seal) Number (Apostille Number), as has been recognized, received, recorded, and issued by the De Facto / Renegade / Corporate government. As this number is the International registration, National authentication, and State certification of a Public Document of the United States of America, my Nations, and my Citizenships, as well as identification of all guaranteed, properties, whether Public or Private, and are have been in Lawful possession of me. Any confiscation or seizure of any kind of any of the guaranteed, Private or Public properties by any of the De Facto/Corporate officers, etc. will result in damages of Ten Million Dollars of United States Treasury States, nation-state specie Money (United States Dollars silver) that being enumerated in Article I, Section 10, Clause 1 as "gold and silver coin" in the Constitution for the united States of America (1791 to date) to be multiplied by not only the damaging party(ies), but all those in concert and cause of action. This Declaration is made absolute by the enclosed Apostille (the State of Ohio), copy and pursuant to 15 Stat. Ch. 249 pg. 223 (1868), shall be made final, adopted, and accepted by the Doctrines of Estoppel (by acquiescance), Law of the Record, (Apostille), Moral Obligation (peremptory mandamus), and the Divine Law (380 U.S. 163; The Bible is law to be applied nationally); or upon the passing of a customary and reasonable time of ten (10) consecutive calendar days from receipt of the service guaranteed U.S. Mail (Certified) or otherwise. It will be the President's absolute ministerial duty to identify, restore, and correct any and all errors, injuries, wrongs, and damages at any time applied and/or attached to Me pursuant to Congressional demand within 15 Stat. Ch 249. Dates: spiritual "In the Beginning" plus Six days: Announcement of Diplomatic Arrival: APRIL 4, 1969.

_Ke___ B D_____  12-1-14
Me, American, Private, Christian, Sentient;     Date
Sovereign; Divine Inhabitant within North America; within Ohio, a Republic;     12-1-14
"within" a constitutional county and a constitutional township republic.
"... at the mouths of two, or at the mouths of three this matter is established."
Deuteronomy 19:15

_O____ W_____  12-1-14    _Korlene Orlen Robinson_
Divine, Sentient, and Common Law Witness  Date    Divine, Sentient, and Common Law Witness    Det X2Ca

Page 34

Doc ID --> 201225400191

---

Form: publici sui juris / Affidavit       **Archetype**       RECEIVED
Session: one Supreme Court

FEB - 2 2015

**Act of State**
**Primary Signature Certification**     Secretary of State
**(Convention de La Haye du 5 October 1961)**
TIAS 10072, 33 UST 883, 527 UNTS 189. (Convention # 12)

I, _Kevin B. G._____, do hereby certify the Sentient signature on the Archetype document enclosed to be a true, correct, complete and not misleading original, containing the primary signature as sealed below. This notarization is for the purpose of signature (autograph) certification only, for foreign use (i.e., United States of America) of the U.S. originated document. This is pursuant to the Hague Conference on Private International Law dated October 5th, 1961, at the Convention Abolishing the Requirement of Legislation for Foreign Public Documents. It was on 15 October, 1981 in which the United States declared as being a signatory to this Convention, and this procedure is required for the legalization of administrative/judicial documents as herein enclosed.

**The State of Ohio**       Acknowledged before me the _1st_ day of _December_ 2014 A.D.

**The County of Franklin**

_Kevin B. Gunnell_       _Hannah Sullivan_
**Sentient Citizen; Autograph**      **Notary Signature**

NOTARY *(notary seal: SHANAFEE SULLIVAN, NOTARY PUBLIC, STATE OF OHIO)*

**Apostille Number:** _____

      (applied manually upon issuance)

*Reaffirmation of Character and Renunciation of Attempted Expatriation / Act of State*

---

Page 35

Doc ID --> 201225400191

**Archetype**

RECEIVED

FEB - 2 2015

Secretary of State

**Form: publici sui juris / Affidavit**
**Session: one Supreme Court**

**Act of State**
**Primary Signature Certification**
**(Convention de La Haye du 5 October 1961)**
TIAS 10072, 33 UST 883, 527 UNTS 189. (Convention # 12)

I, Kevin B. G[illegible]nnell, do hereby certify the Sentient signature on the Archetype document enclosed to be a true, correct, complete and not misleading original, containing the primary signature as sealed below. This notarization is for the purpose of signature (autograph) certification only, for foreign use (i.e., United States of America) of the U.S. originated document. This is pursuant to the Hague Conference on Private International Law dated October 5th, 1961, at the Convention Abolishing the Requirement of Legislation for Foreign Public Documents. It was on 15 October, 1981 in which the United States declared as being a signatory to this Convention, and this procedure is required for the legalization of administrative/judicial documents as herein enclosed.

**The State of Ohio** **Acknowledged before me the** 1st **day of** December **2014 A.D.**

**The County of Franklin**

**Sentient Citizen; Autograph** **Notary Signature**

SHAWNAFEE SULLIVAN, NOTARY PUBLIC, STATE OF OHIO

**Apostille Number:** ______________________

(applied manually upon issuance)

***Reaffirmation of Character and Renunciation of Attempted Expatriation / Act of State***

Doc ID -->        201225400191

8. Juristic person: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "An abstract legal entity ens legis such as a corporation created by construct of law considered possessing certain legal rights/duties of a human being: an imaginary entity, such as DEBTOR, i.e. KEVIN BRIAN GUNNELL upon basis of legal reasoning, is legally treated as a human being for purpose of conducting commercial activity for benefit of a biological living being such as Creditor."

9. Sentient Living being: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "The Creditor, i.e .Kevin Brian Gunnell , Bailor, a living breathing flesh and blood man, as distinguished from an abstract legal construct such as an artificial entity juristic person corporation partnership and association."

10.KEVIN BRIAN GUNNELL: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "The DEBTOR KEVIN BRIAN GUNNELL,KEVIN B GUNNELL,KEVIN GUNNELL,K BRIAN GUNNELL, KBG,KB GUNNELL means KEVIN BRIAN GUNNELL including, but not limited to, any and all variations and derivatives in the spelling of said name except Kevin Brian Gunnell, Kevin B. Gunnell. Kevin Gunnell , K. Brian Gunnell K. Gunnell , or K.B .Gunnell."

11. Living breathing flesh and blood men: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "The Creditor Kevin Brian Gunnell, Bailor, a sentient living being, as distinguished from an artificial legal construct, ens legis, i.e. a juristic person, created by contract of law."

12. Transmitting Utility: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "The term transmitting utility means a conduit, e.g., the DEBTOR, i.e., KEVIN BRIAN GUNNELL," including, but not limited to, any and all variations and derivatives in the spelling of said name except Kevin Brian Gunnell ,Kevin B. Gunnell ,Kevin Gunnell , K. Brian Gunnell , or K.B.Gunnell."

13. U.C.C: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "U.C.C. means Uniform Commercial Code."

14. Non obstante: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "The term non obstante means words anciently used in public and private instruments with intent of precluding in advance "any interpretation" other than certain declared objects, purposes."

15. DEBTOR: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "KEVIN BRIAN GUNNELL and KEVIN B GUNNEL and KEVIN GUNNELL" BAILEE.

16. Creditor: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "Kevin Brian Gunnell accepts DEBTOR's signature, endorsement mark below in accordance with UCC 1-201(38) as per UCC 3-401(b)."

17. BAILEE: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "BAILEE is a person who receives personal property from another as bailment."

18. Bailment: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "A delivery of personal property by one individual, the Bailor, to another person, the BAILEE, who holds the property for a certain purpose under an expressed or implied-in-fact contract."

19. Bailor: HOLD HARMLESS AND INDEMNITY AGREEMENT DOCUMENT IN HAND SHOWS: "A Person who delivers personal property to another as a bailment."

III. The Undersigned Kevin Brian Gunnell is Beneficiary (BFY) as Secured Party and Non-Enemy, Non-Tax Protestor, Non-Belligerent, NON-UNITED STATES CORPORATE TITLE 28 U.S.C 3002 (15) CITIZEN, Non-Surety, Non-Combatant American National Sovereign hereinafter "Creditor" and "Bailor."


_KEVIN BRIAN GUNNELL_          LS: _Kevin B. Gunnell_
KEVIN BRIAN GUNNELL, DEBTOR, BAILEE          Kevin Brian Gunnell , Creditor, Bailor

_9/7/12_
Date

Page 17