**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

IN RE:

Kevin Brian Gunnell El

: Civil Action. 2:17-mc-23
: CHIEF JUDGE ALGENON L. MARBLEY
: Magistrate Judge Jolson

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the May 13, 2020 Order, the Court ADOPTED the Report and Recommendation based on the independent consideration of the analysis therein; OVERRULED Plaintiff's Objections.  This case is hereby DISMSSED.

**Date:  May 13, 2020**      Richard W. Nagel, Clerk

   s/Betty L. Clark
Betty L. Clark/Deputy Clerk