OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
85 MARCONI BOULEVARD, ROOM 121
COLUMBUS, OHIO 43215

OFFICIAL BUSINESS

FILED
RICHARD W.
CLERK OF
2020 MAY 27
U.S. DIST
SOUTH
EAST.

Kevin Braswell El
2928 Sunbury courts North
Columbus, OH 43

4321 98030426 AQQ18
43215>2823

NIXIE          430   DE   1              0005/26/20

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 43215282346          *0246-00530-13-40





U.S. POSTAGE >>> PITNEY BOWES

ZIP 43215
02 4W
0000343269 MAY 13 2020

$ 000.65°

https://ecf.ohsd.circ6.dcn/cgi-bin/Dispatch.pl?101987652202441

## Orders on Motions

2:17-mc-00023-ALM-KAJ In re:
Kevin Brian Gunnell El

JURY,PRO SE,R/R

### U.S. District Court

### Southern District of Ohio

### Notice of Electronic Filing

The following transaction was entered on 5/13/2020 at 11:02 AM EDT and filed on 5/13/2020

**Case Name:** In re: Kevin Brian Gunnell El

**Case Number:** 2:17-mc-00023-ALM-KAJ

**Filer:**

**Document Number:** 8

**Docket Text:**
**ORDER adopting Report and Recommendations re [6] Report and Recommendation based on the independent consideration of the analysis therein. OVERRULING Plaintiffs objections to the Magistrate Judges report. It is hereby Ordered that this case be DISMISSED. Signed by Chief Judge Algenon L. Marbley on 5/13/2020. (cw)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.)**

**2:17-mc-00023-ALM-KAJ Notice has been electronically mailed to:**

**2:17-mc-00023-ALM-KAJ Notice has been delivered by other means to:**

Kevin Brian Gunnell El
2928 Sunbury Court North
Columbus, OH 43219

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=5/13/2020] [FileNumber=7103739-0
] [8c6edb89b3852d15fae8e8c779bb1f74bac3c95e42fbfa68e70607d2bbb469b5b84
8f96a8cd39867e136089299a894423920fb2d13e3f2dd03cceb28d051365d]]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

|                          |   |                                      |
|--------------------------|---|--------------------------------------|
|                          | : |                                      |
|                          | : | **Civil Action. 2:17-mc-23**         |
|                          | : |                                      |
|                          | : | **CHIEF JUDGE ALGENON L. MARBLEY**   |
| **IN RE:**               | : |                                      |
|                          | : | **Magistrate Judge Jolson**          |
| **Kevin Brian Gunnell El** | : |                                    |
|                          | : |                                      |
|                          | : |                                      |

## ORDER

This matter comes before the Court on the Magistrate Judge's October 17, 2019, **Report and Recommendation** (ECF No. 6). Plaintiff, proceeding *pro se*, filed an action seeking declaratory and injunctive relief against Franklin County Probate, Franklin County Common Pleas Probate Court, and Franklin Country probate Clerk Robert G. Montgomery. (ECF No. 2). The Magistrate's Report and Recommendation recommended that Plaintiff's case be **DISMISSED** because there is no basis in law for this case to remain pending as a miscellaneous case and for failure to pay the filing fee (ECF No. 6). This Court **ADOPTS** Magistrate's Report and Recommendation based on an independent consideration of the analysis therein. Plaintiff's case is hereby **DISMISSED**.

## I.     BACKGROUND

On September 12, 2019, Plaintiff filed a complaint seeking declaratory and injunctive relief from Franklin County Probate, Franklin County Common Pleas Probate, and Franklin County Probate Clerk Robert G. Montgomery. (ECF No. 2 at 2). Plaintiff's Complaint seeks to claim rights in gold taken from "the people" in 1933. (*Id.* at 3). Plaintiff also claims County Probate Clerk

Robert G. Montgomery committed "fraud and deceit" because he refused "to recognize" Plaintiff's "Moorish nationality." (*Id.* at 13).

On September 27, 2019, Judge Jolson ordered Plaintiff to show good cause within fourteen days for why his action should remain as a miscellaneous action and why he should not be charged the full civil filing fee of $400, or in the alternative, be required to file a motion to proceed *in forma pauperis*. (ECF No. 4). Plaintiff filed his response to the Show Cause Order on October 15, 2019. (ECF No. 5). In his response, Plaintiff contends good cause was shown because "the Pope's laws are obligatory on this tribunal." (ECF No. 5 at 2). Thereafter, Judge Jolson issued a report recommending that that this case be dismissed because there is no basis in law for this case to remain pending as a miscellaneous case, and Plaintiff failed to pay the filing fee or submit an *in forma pauperis* application. (ECF. No 6 at 3). Plaintiff timely filed an objection to the Report and Recommendation. (ECF No. 7).

## II.     STANDARD OF REVIEW

When objections to a Magistrate Judge's report and recommendation are received on a dispositive matter, the assigned district judge "must determine de novo any part of the Magistrate Judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1)(C). After review, the district judge "may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the Magistrate Judge with instructions." Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1)(C). Because Defendant has filed objections to the Report and Recommendation, the Court reviews the recommended disposition de novo.

The Court holds *pro se* complaints "'to less stringent standards than formal pleadings drafted by lawyers.'" *Garrett v. Belmont Cnty. Sheriff's Dep't.*, 374 F. App'x 612, 614 (6th Cir.

## Other Orders/Judgments

2:17-mc-00023-ALM-KAJ In re:
Kevin Brian Gunnell El

CLOSED,JURY,PRO SE

**U.S. District Court**

**Southern District of Ohio**

## Notice of Electronic Filing

The following transaction was entered on 5/13/2020 at 11:09 AM EDT and filed on 5/13/2020
**Case Name:**        In re: Kevin Brian Gunnell El
**Case Number:**      2:17-mc-00023-ALM-KAJ
**Filer:**
**Document Number:** 9

**Docket Text:**
**CLERK'S JUDGMENT entered pursuant to Order signed by Chief Judge Algenon L. Marbley on 5/13/2020. (cw)(This document has been sent by regular mail to the party(ies) listed in the NEF that did not receive electronic notification.)**

**2:17-mc-00023-ALM-KAJ Notice has been electronically mailed to:**

**2:17-mc-00023-ALM-KAJ Notice has been delivered by other means to:**

Kevin Brian Gunnell El
2928 Sunbury Court North
Columbus, OH 43219

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=5/13/2020] [FileNumber=7103774-0
] [5e49923ceb530c094777ab20fd283b3f3ffc3e6b09458e42255c8c7f51da84f2aee
d85ac64ce4045972db036c78b63a26fa1f51c80916db43b1fd23dc8c095ab]]

**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

IN RE:

Kevin Brian Gunnell El

: Civil Action. 2:17-mc-23
:
: CHIEF JUDGE ALGENON L. MARBLEY
:
: Magistrate Judge Jolson
:
:
:

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the May 13, 2020 Order, the Court ADOPTED the Report and Recommendation based on the independent consideration of the analysis therein; OVERRULED Plaintiff's Objections. This case is hereby DISMSSED.

Date: **May 13, 2020**                **Richard W. Nagel, Clerk**

                                    ___s/Betty L. Clark_____
                                    Betty L. Clark/Deputy Clerk