





**Moorish National Republic Federal Government**
~ **Societas Republicae Ea Al Maurikanos** ~
**Moorish Divine and National Movement of the World**
**Northwest Amexem / Northwest Africa / North America / 'The North Gate'**
~ **Temple of the Moon and Sun** ~
**The True and De Jure Natural Divine moors of the Land**
~ **I.S.L.A.M.** ~

**Dominium and Inhabitation:** Dominium vested into the Office of True Person and Executor

**Mineral Value:** Cannot be measured

**Parcel Category:** Divine,Natural, Prime, Allodial

**Parcel Value:** Cannot be measured divine right of use

**Court of Title:** The American (Amorican) moors Consular Court of the Moors National Republic Federal Government, self-governing 8 U.S.C. 1481 14 foreign state.

**Judgement:** The Treaty of Peace and Friendship 1786 and 1836 and the Constitution for the united states 1791, the Declaration of Independence of 1776, Articles of Confederation of 1777, Pope general civil orders and all land mandates to which the moors are part and parcel, house resolution 75 of 1933, moors house resolution 1203., the Constitution for the united states Article 6 section 2 that state treaties are supreme law of the land, the **sacred Covenant known as Pactum De Singularis Caelum** for Divine Trust, True Trust, Superior Trust, Supreme Divine Trust for homo sapiens American "Amorican" moor non-citizen national Divinity. 8 U.S.C. 1481 (14) foreign state. See judgement cont. annexed.

This deed for possession of property is a divine and natural right and it is owned by kevin brian gunnell el. **This document is conveyed into the Trust with record number MACN-R000002061 associated at all times with the sacred Covenant Pactum De Singularis Celum for the Divine Trust, True Trust, Superior Trust etc, the Moorish National Republic Federal Government Trust under record number MACN-R999999999 and the Moorish Divine and National Movement of the World Trust record number MACW-R333333333.** This Superior Trust and document is not subject to any inferior trust interest.
Article 263 – Dominium
Canon 3020

Aboriginal and Indigenous moor Documents: Northwest Amexem / North Africa / North America / 'The Moroccan Empire' – Continental United States: 'Temple of the Moon and Sun': Non – Domestic, Non – Resident, Non-Subject – Being the Rightful Divine creator of the Land. U.S. Certified Mail 7016 1370 0000 7861 9121 to Treasury to administer the Trust property on 9/22/21

  
 

**Moorish National Republic Federal Government**
~ **Societas Republicae Ea Al Maurikanos** ~
**Moorish Divine and National Movement of the World**
**Northwest Amexem / Northwest Africa / North America / 'The North Gate'**
~ **Temple of the Moon and Sun** ~
**The True and De Jure Natural Divine moors of the Land**
~ **I.S.L.A.M.** ~

Dominium is the term used to describe the highest level of authority within any valid system of law. The power of Dominium is invested in the Office of True Person and Executor.
Canon 3021
Dominium comes from the Latin word dominium meaning "absolute ownership, or mastery".
Canon 3022
The Office of True Person is the circumscribed living flesh and temple of Divine Property as defined through the True Trust and all living members of One Heaven in accordance with the ancient covenant and promise by the Divine Creator to all men, women and higher order beings. All True Persons have by Divine Right been granted Authority and Dominium over their name, flesh, mind, energy and divine spirit with all other claimed prior rights, liens, surety, cestui que vie trusts, bonds or other devices or instruments by an inferior trust, corporation or estate automatically null and void from the beginning.
Canon 3023
The Office of Executor is normally granted Dominium over the whole property of a trust or if a community over the community land and property of a society trust under a solemn oath and duty to uphold the laws of the society and to honor the wishes of the people.

Upon the divine person, true person status, we expressed in trust kevin gunnell el , being a divine person, true person, executor in office by birth is the descendant of the Ancient Moabites in other respect known as American – Al Moroccan – moor homo sapiens native to the planted earth standing squarely affirmed upon my divine right to the 'Five Points of Light' – **Love, Truth, Peace, Freedom**, and **Justice**; Being competent In My Own Proper Person to Attest to this deed poll upon which I place my thumb print; Whereas, I State, Proclaim, and Declare the following to be true, correct, not misleading, and not intended to be presented for any misrepresented, 'colored' or improper use or purpose.

*I* Am: gunnell el

From the red thumb print of kevin gunnell el , Executor office, All rights Reserved in trust under god.
**Northwest Amexem,** Autograph – **Omnia Iura Reservantis**
Care of P.O. Box 77437 columbus, ohio, Near. Territory ohio state Republic Zip Exempt 43207-9998
Phone: (614) 348-4252
Email: mrkevgunn@yahoo.com

Aboriginal and Indigenous *moor* Documents: Northwest Amexem / North Africa / North America / 'The Moroccan Empire' – Continental United States: 'Temple of the Moon and Sun': Non – Domestic, Non – Resident, Non-Subject – Being the Rightful Divine creator of the Land. U.S. Certified Mail 7016 1370 0000 7861 9121 to Treasury to administer the Trust property on 9/22/21

Page 3 of 4 **MACN000002061**_ **Allodial land realty real property title**







Moorish National Republic Federal Government
~ Societas Republicae Ea Al Maurikanos ~
Moorish Divine and National Movement of the World
Northwest Amexem / Northwest Africa / North America / 'The North Gate'
~ Temple of the Moon and Sun ~
The True and De Jure Natural Divine moors of the Land
~ I.S.L.A.M. ~

U.S. Department of the Treasury
1500 Pennsylvania Ave., NW
Washington, DC 20220

Consular Notification & Access (CAN)
CA/P
SA-17,12TH floor
Washington, Dc20522-1712

100 E Wilson Bridge Rd,
Worthington, Ohio 43085

Aboriginal and Indigenous moor Documents: Northwest Amexem / North Africa / North America / 'The Moroccan Empire' – Continental United States: 'Temple of the Moon and Sun': Non – Domestic, Non – Resident, Non-Subject – Being the Rightful Divine creator of the Land. U.S. Certified Mail 7016 1370 0000 7861 9121 to Treasury to administer the Trust property on 9/22/21

Page 4 of 4 **MACN000002061_ Allodial land realty real property title**

  
  

Judgement cont. for land, realty " real" property
Canonum De Ius Positivum/ Canons of Positive Law, Revision 3a
Updated on 12-17-2010, Article 131; Updated on 1-10-2011 Article 71, 113, 114, 133, 176

**Article 23-Land**

Canon 790
Land is a fictional term used to define the solid terrestrial surface of a planet based rather than any predominantly liquid surface such as a sea or gaseous structure such as an atmosphere or air. Land is also used as a term synonymous with all the solid terrestrial surface of planet Earth.

Canon 791
Land is physical matter within space existing in accordance with Natural Law as defined by these canons. Therefore as an object, it cannot be "owned" by a fiction such as an owner as fictions can only own other fictions.

Canon 792
Except for the Divine Creator, by Divine Law and Natural Law physical matter within space cannot "own" one another only themselves. Therefore, the Divine Creator, also known as Unique Collective Awareness, is the only true "owner" of all Land in the Universe, including the planet Earth expressed into Divine Trust.

Canon 793
In order to enable the lawful "ownership" of Land, a valid fictional form derived from the objective existence of Land is required. This is accomplished by undertaking a valid survey of the Land and creating a description of its metes and bounds and then connected in a succession of surveys to the ultimate survey being the rules and mind of the Divine Creator. When this exists, a valid Location may be proven to exist, being a fictional form of Land capable of being owned.

Canon 794
When a particular Location owing its existence to the first rightful claim of ownership of the Divine Creator to all Land is lawfully conveyed into a True Trust this is called Divine Right of Use, or Divinity representing the highest Right of Use above all other claims of right and title. When some or all of these Rights are then conveyed to a Superior Trust this is known as Realty, or Real Property being first right of use of Land and immovables by Divine Right (Divinity).

Canon 795
In accordance with the will of the Divine Creator, the sacred covenant Pactum De Singularis Caelum and the seven (7) sacred pronouncements of Ucadia, the Divine rights of ownership and all Land surveyed as valid Locations has been expressed into True Trusts administered by the Society of One Heaven for the benefit of all men, women, higher order beings, animals and life forms living now and forever more.

Canon 796
In accordance with these canons, the sacred covenant Pactum De Singularis Caelum and the seven (7) sacred pronouncements of Ucadia, any and all claims of Land ownership, conveyance or Trusts that are not in accord with these canons and the will of the Divine Creator are henceforth null, void from the beginning.

*a*boriginal and *i*ndigenous *p*eoples' documents: *n*orthwest *a*mexem / *n*orth *a*frica / *n*orth *a*merica / '*t*he *m*oroccan empire' – continental united states: '*t*emple of the *m*oon and *s*un': non – domestic, non – resident, non-subject – Being the Rightful Divine creator to the Land. Certified mail. 7016 1370 0000 7861 9121 to treasury to administer the Divine Trust divinity on 9/22/21

**page 1 of 4 macn-000002061**

  
  

**Article 73-Occupation**

Canon 1062
Occupation is the act, process and intentional condition of possessing and existing at a physical place.

Canon 1063
A person cannot occupy a place when they have no intention of being there, or wishing to occupy it. The proof of intention of Occupation is the presentment of a valid Claim.

Canon 1064
A place occupied by force affords no Rights and all Obligations to the Occupier.

Canon 1065
Occupation does not imply any Rights towards ownership unless peaceful and accompanied by a valid Claim.

**Article 79-Realty**

Canon 1106
Realty or Real Property represents the highest Right of Use above all other claims of right and title. It is formed when original Form owing its existence to the rightful claim of ownership of the Divine Creator is lawfully conveyed into a Superior Trust.

Canon 1107
Realty can only exist in one Superior Trust at any time and is dependent upon the existence of an associated True Trust holding true objects and concepts as well as an associated Divine Trust. Realty can never exist in an Inferior Trust.

Canon 1108
In accordance with the will of the Divine Creator, the sacred covenant Pactum De Singularis Caelum and the seven (7) sacred pronouncements of Ucadia, all Realty is already lawfully expressed into Superior Trusts administered by Ucadian Societies for the benefit of all Persons.

Canon 1109
A member of One Heaven, in possession of their unique membership number is lawfully permitted to express into existence a Superior Trust for the temporary administration of Realty providing the following specific words are followed and a permanent Superior Trust is registered with One Heaven within ninety (90) days. The specific words permitted to create a temporary Superior Trust are: We, the Divine Immortal Spirit, expressed in Trust to the Living Flesh known as [first name] of the Clann [clan name].

Canon 1110
Excluding deliberate obstruction, the failure of a member to register a Superior Trust with One Heaven within ninety (90) days of expressing its creation shall cause the Trust to be closed and any claimed Realty to be lawfully returned to the Society, with the member accepting full liability for any debts, obligations held by the closed Trust.

***a***boriginal and ***i***ndigenous ***p***eoples' documents: ***n***orthwest ***a***mexem / ***n***orth ***a***frica / ***n***orth ***a***merica / '***t***he ***m***oroccan empire' – continental united states: '***t***emple of the ***m***oon and ***s***un': non – domestic, non – resident, non-subject – Being the Rightful Divine creator to the Land. Certified mail. 7016 1370 0000 7861 9121 to treasury to administer the Divine Trust divinity on 9/22/21

**page 2 of 4 macn-000002061**








Canon 1111
A man or woman who has not redeemed their member number of One Heaven is not permitted to express into existence a Superior Trust. Such an expression whether orally or written is automatically null and void from the beginning.

Canon 1112
Any man or woman who unlawfully attempts to create one or more Superior Trusts automatically assumes the full liability, debts and obligations of all associated Persons as sole surety.

Canon 1113
In accordance with these canons, the sacred covenant Pactum De Singularis Caelum and the seven (7) sacred pronouncements of Ucadia, any and all claims of Realty (Real Property) that are not in accord with these canons and the will of the Divine Creator are henceforth null, void from the beginning.

**Article 80-Property**
Canon 1114
Property is any fictional Right of Use expressed into a Trust relationship with other Forms whereby there exists a claimed Form of Ownership, Form of Trustee(s) administering the Form as Property and Forms of Beneficiaries. Hence Property is the Rights of an Owner to Use the Form, never ownership of the object or concept itself.

Canon 1115
Property is equivalent to Rights of Use of an Object or Concept, not Rights of Ownership of an Object or Concept.

Canon 1116
Realty or Real Property can only exist in one Superior Trust at any one time. However, lesser forms of Property derived from Real Property in Superior Trust may be conveyed and exchanged.

Canon 1117
Property cannot exist in Reality without an Owner, at least one Trustee and at least one Beneficiary. Form not expressed into Trust by some lawful conveyance does not exist in Reality as Property.

Canon 1118
All valid Property Rights are derived from the Trusts expressed in accordance with the property rights promulgated through the original Ucadian Pronouncements and sacred Covenant Pactum De Singularis Caelum.

Canon 1119
The Ownership Rights of Property cannot exceed the Ownership Rights of the original Owner that conveyed the Form into the first Trust in the beginning.

*a*boriginal and *i*ndigenous *p*eoples' documents: *n*orthwest *a*mexem / *n*orth *a*frica / *n*orth *a*merica / '*t*he *m*oroccan empire' – continental united states: '*t*emple of the *m*oon and *s*un': non – domestic, non – resident, non-subject – Being the Rightful Divine creator to the Land. Certified mail. 7016 1370 0000 7861 9121 to treasury to administer the Divine Trust divinity on 9/22/21

**page 3 of 4 macn-000002061**

  
  

Canon 1120
By definition, any claimed property ownership that contravenes the seven (7) Ucadian Pronouncements and sacred Covenant Pactum De Singularis Caelum is therefore void from the beginning.

Canon 1121
Any person who claims ultimate possession and ownership of property that contravenes these canons assumes the full liability of any and all associated debts, obligations and injury associated with this property, even if others have consented as surety.

Canon 1122
When anyone references, writes or speaks of "Property Laws", or "Laws of Property", it shall mean these canons and no other.

*a*boriginal and *i*ndigenous *p*eoples' documents: *n*orthwest *a*mexem / *n*orth *a*frica / *n*orth *a*merica / '*t*he *m*oroccan empire' – continental united states: '*t*emple of the *m*oon and *s*un': non – domestic, non – resident, non-subject – Being the Rightful Divine creator to the Land. Certified mail. 7016 1370 0000 7861 9121 to treasury to administer the Divine Trust divinity on 9/22/21

**page 4 of 4 macn-000002061**

**Moorish National Republic Federal Government**
~ Societas Republicae Ea Al Maurikanos ~
**Moorish Divine and National Movement of the World**
**Northwest Amexem / Northwest Africa / North America / 'The North Gate'**
~ Temple of the Moon and Sun ~
**The True and De Jure Natural Divine moors of the Land**
~ I.S.L.A.M. ~

## ~ Ecclesiastical Deed Poll for Superior Trust Allodial Land, Realty,"Real" Property ~
Metes: 13504sqft Bounds: 0.31acre lot
Single Family Home "House" Possession Title
*Ex. Rel.* 2908 S Dorchester Rd, Upper Arlington, Ohio 43211

*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*

We, the Divine Immortal Spirit, expressed in Trust, to the circumscribed person living flesh Homo sapiens Divine Living Body known as kevin gunnell el, "kevin brian gunnell" expressed in Trust, Realty or "Real" Property can only exist in one Superior Trust at any one time and is dependent upon the existence of an associated True Trust holding true objects and concepts as well as an associated Divine Trust. However, lesser forms of Property derived from Real Property in Superior Trust may be conveyed and exchanged. The true person kevin gunnell el "kevin brain gunnell" unique membership number: **F0816733**- associated redeemed number: **16038465-1** to the unique membership number is lawfully expressed herein. **Realty can never exist in an Inferior Trust, such an estate or in form of a mortgage**, Keller Williams Capital Partners at 100 E Wilson Bridge Rd, Worthington, Oh, 43085 or any associated merchant banks holds false title or ownership of property in fiction and by or thru Inferior Trust whether orally or written and is automatically null and void from the beginning. We, demand by One Faith of God, One Islam or One Spirit Tribe containing Divine Property known as Divine Rights of Use, or Divinity be administered by the Treasury for the nationals free society of One Heaven as Trustee in accordance with my authority True Person and Executor office the canons and its sacred Covenant as Deed for the Benefit of the True Person kevin gunnell el "kevin brian gunnell" and convey the land, realty "real" property for our possession divine right of use of divinity to domicile; occupation. Trustees or agents from the Inferior Trust that dishonor Divine Trust, True Trust and Dominium accept full liability.

**Title Number:** MACN-R000002160 **Time of Divine:** Ancient Time Immemorial

**Status:** Divine Creator, True person and Executor by birth

**Parcel:** Cannot be measured by divine right of use

**Title Value:** Cannot be measured by divine right of use

*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*~*

Aboriginal and Indigenous *moor* Documents: Northwest Amexem / North Africa / North America / 'The Moroccan Empire' – Continental United States: 'Temple of the Moon and Sun': Non – Domestic, Non – Resident, Non-Subject – Being the Rightful Divine creator of the Land. U.S. Certified Mail 7016 1370 0000 7861 9121 to Treasury to administer the Trust property on 9/22/21







**Moorish National Republic Federal Government**
**~ Societas Republicae Ea Al Maurikanos ~**
**Moorish Divine and National Movement of the World**
**Northwest Amexem / Northwest Africa / North America / 'The North Gate'**
**~ Temple of the Moon and Sun ~**
**The True and De Jure Natural Divine moors of the Land**
**~ I.S.L.A.M. ~**

**Dominium and Inhabitation:** Dominium vested into the Office of True Person and Executor

**Mineral Value:** Cannot be measured

**Parcel Category:** Divine,Natural, Prime, Allodial

**Parcel Value:** Cannot be measured divine right of use

**Court of Title:** The American (Amorican) moors Consular Court of the Moors National Republic Federal Government, self-governing 8 U.S.C. 1481 14 foreign state.

**Judgement:** The Treaty of Peace and Friendship 1786 and 1836 and the Constitution for the united states 1791, the Declaration of Independence of 1776, Articles of Confederation of 1777, Pope general civil orders and all land mandates to which the moors are part and parcel, house resolution 75 of 1933, moors house resolution 1203., the Constitution for the united states Article 6 section 2 that state treaties are supreme law of the land, the **sacred Covenant known as Pactum De Singularis Caelum** for Divine Trust, True Trust, Superior Trust, Supreme Divine Trust for homo sapiens American "Amorican" moor non-citizen national Divinity. 8 U.S.C. 1481 (14) foreign state. See judgement cont. annexed.

This deed for possession of property is a divine and natural right and it is owned by kevin brian gunnell el. **This document is conveyed into the Trust with record number MACN-R000002061 associated at all times with the sacred Covenant Pactum De Singularis Celum for the Divine Trust, True Trust, Superior Trust etc, the Moorish National Republic Federal Government Trust under record number MACN-R999999999 and the Moorish Divine and National Movement of the World Trust record number MACW-R333333333.** This Superior Trust and document is not subject to any inferior trust interest.
Article 263 – Dominium
Canon 3020

Aboriginal and Indigenous moor Documents: Northwest Amexem / North Africa / North America / 'The Moroccan Empire' – Continental United States: 'Temple of the Moon and Sun': Non – Domestic, Non – Resident, Non-Subject – Being the Rightful Divine creator of the Land. U.S. Certified Mail 7016 1370 0000 7861 9121 to Treasury to administer the Trust property on 9/22/21